| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Galleria 2425 Owner, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   3 6 – 4 8 9 6 7 3 8

**4. Debtor's address**

Principal place of business:
1001 West Loop South
Number   Street
Houston, TX 77027
City    State   ZIP Code

Harris
County

Mailing address, if different from principal place of business:
Number   Street
City    State   ZIP Code

Location of principal assets, if different from principal place of business:
Number   Street
City    State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other. Specify:  Limited Liability Company

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor   Galleria 2425 Owner, LLC    Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  5  3  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. **Check all** that apply:

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District Southern District of Texas   When 7/5/2023   Case number 23-60036
                                                    MM / DD / YYYY
     District _____   When _____   Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____   Relationship _____
     District _____   When _____
                                                 MM / DD / YYYY
     Case number, if known _____

Debtor  Galleria 2425 Owner, LLC  
      Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number    Street <br> _____ <br> City      State      ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor        Galleria 2425 Owner, LLC
              Name

Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/05/2023
              MM/ DD/ YYYY

X   /s/ Dward Darjean                                        Dward Darjean
Signature of authorized representative of debtor             Printed name

Title         Manager

**18. Signature of attorney**

X          /s/ James Q. Pope                    Date  12/05/2023
Signature of attorney for debtor                      MM/ DD/ YYYY

James Q. Pope
Printed name

The Pope Law Firm
Firm name

6161 Savoy Drive 1125
Number      Street

Houston                                          TX           77036
City                                             State        ZIP Code

(713) 449-4481                                   jamesp@thepopelawfirm.com
Contact phone                                    Email address

24048738                                         TX
Bar number                                       State

**Fill in this information to identify the case:**

Debtor name: Galleria 2425 Owner, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729 | | | | $25,092,415.80 | $17,500,000.00 | $7,592,415.80 |
| 2 | Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027 | | | | | | $960,000.00 |
| 3 | Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441 | | HVAC Repair | | | | $1,548.31 |
| 4 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070 | | Tax Lien | | $800,238.37 | $17,500,000.00 | $800,238.37 |
| 5 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 | | | | | | $27,000.00 |
| 6 | City of Houston<br>PO Box 1560<br>Houston, TX 77251 | | | | | | $7,500.00 |
| 7 | CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674 | | | | | | $63,216.48 |
| 8 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814 | | | | | | $18,626.10 |

Debtor  Galleria 2425 Owner, LLC    Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Firetron<br>PO Box 1604<br>Stafford, TX 77497 | | | | | | $30,040.34 |
| 10 | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | | | | | | $5,507.36 |
| 11 | Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002 | | | | | | $57,799.06 |
| 12 | Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 | | | | $957,825.16 | $17,500,000.00 | $957,825.16 |
| 13 | HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362 | | | | | | $58,207.11 |
| 14 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373 | | | | | | $2,813.33 |
| 15 | MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702 | | | | | | $34,445.48 |
| 16 | National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171 | | | Disputed | $26,000,000.00 | $17,500,000.00 | $26,000,000.00 |
| 17 | Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027 | | | | | | $32,549.70 |
| 18 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005 | | | | | | $46,984.22 |
| 19 | TKE<br>3100 Interstate North Cir SE 500<br>Atlanta, GA 30339 | | | | | | $57,881.13 |
| 20 | Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063 | | | | | | $2,110.88 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Galleria 2425 Owner, LLC**   CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____12/05/2023_____   Signature _____/s/ Dward Darjean_____
                                                                Dward Darjean, Manager

| | | |
|---|---|---|
| 2425 WL, LLC<br>13498 POND SPRINGS RD.<br>AUSTIN, TX 78729 | ADT<br>PO BOX 382109<br>PITTSBURGH, PA 15251 | ALI CHOUDHRY<br>1001 WEST LOOP SOUTH 700<br>HOUSTON, TX 77027 |
| ASH AUTOMATED CONTROL SYSTEMS, LLC<br>PO BOX 1113<br>FULSHEAR, TX 77441 | CAZ CREEK LENDING<br>118 VINTAGE PARK BLVD NO. W<br>HOUSTON, TX 77070 | CFI MECHANICAL, INC<br>6109 BRITTMOORE RD<br>HOUSTON, TX 77041 |
| CIRRO ELECTRIC<br>PO BOX 60004<br>DALLAS, TX 75266 | CITY OF HOUSTON<br>PO BOX 1560<br>HOUSTON, TX 77251 | CNA INSURANCE CO<br>PO BOX 74007619<br>CHICAGO, IL 60674 |
| COMCAST<br>PO BOX 60533<br>CITY OF INDUSTRY, CA 91716 | DATAWATCH SYSTEMS<br>4520 EAST WEST HIGHWAY 200<br>BETHESDA, MD 20814 | ENVIRONMENTAL COALITION INC<br>PO BOX 1568<br>STAFFORD, TX 77497 |
| FERGUSON FACILITIES SUPPLIES<br>PO BOX 200184<br>SAN ANTONIO, TX 78220 | FIRETRON<br>PO BOX 1604<br>STAFFORD, TX 77497 | FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD<br>NORTHBROOK, IL 60062 |
| GULFSTREAM LEGAL GROUP<br>1300 TEXAS ST<br>HOUSTON, TX 77002 | HARRIS COUNTY TAX ASSESSOR<br>PO BOX 4622<br>HOUSTON, TX 77210 | HNB CONSTRUCTION, LLC<br>521 WOODHAVEN<br>INGLESIDE, TX 78362 |
| KINGS 111 EMERGENCY COMMUNICATIONS<br>751 CANYON DRIVE, SUITE 100<br>COPPELL, TX 75019 | LEXITAS<br>PO BOX BOX 734298 DEPT 2012<br>DALLAS, TX 75373 | LOGIX FIBER NETWORKS<br>PO BOX 734120<br>DALLAS, TX 75373 |
| MACGEORGE LAW FIRM<br>2921 E 17TH ST BLGD D SUITE 6<br>AUSTIN, TX 78702 | MUELLER WATER TREATMENT<br>1500 SHERWOOD FOREST DR.<br>HOUSTON, TX 77043 | NATIONAL BANK OF KUWAIT<br>299 PARK AVE. 17TH FLOOR<br>NEW YORK, NY 10171 |
| NATIONWIDE SECURITY<br>2425 W LOOP S 300<br>HOUSTON, TX 77027 | NICHAMOFF LAW FIRM<br>2444 TIMES BLVD 270<br>HOUSTON, TX 77005 | TKE<br>3100 INTERSTATE NORTH CIR SE 500<br>ATLANTA, GA 30339 |
| WASTE MANAGEMENT<br>PO BOX 660345<br>DALLAS, TX 75266 | ZINDLER CLEANING SERVICE CO<br>2450 FONDREN 113<br>HOUSTON, TX 77063 | |