UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-34815 |
|---|---|---|---|
| Debtor | In Re: | Galleria 2425 Owner, LLC | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Patrick E. Fitzmaurice<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019; (212) 858-1171<br>patrick.fitzmaurice@pillsburylaw.com<br>NY Bar No. 4093852 |
|---|---|

Seeks to appear as the attorney for this party:

| National Bank of Kuwait, S.A.K.P., New York Branch | |
|---|---|
| Dated: 12/05/2023 | Signed: /s/ Patrick E. Fitzmaurice |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:       Signed: _____
                    Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                          United States Bankruptcy Judge