United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER DENYING EMERGENCY CONSIDERATION AND SETTING EXPEDITED HEARING

This matter is before the Court on Rodney Drinnon's Emergency Motion for Relief from the Automatic Stay (ECF No. 24). The movant seeks an emergency hearing to lift the automatic stay to allow a hearing on the Texas Citizens Participation Act claim filed by Drinnon in the 281st Judicial District Court of Harris County, Texas. Upon review, the Court finds that there is insufficient time to give adequate notice of the hearing to all parties prior to the scheduled hearing date of December 12, 2023, as it is today. Therefore, emergency relief is denied.

However, the Court will grant expedited consideration of the motion. Therefore, hearing is set on the Rodney Drinnon's Emergency Motion for Relief from the Automatic Stay (ECF No. 24) at 12:00 p.m. on December 19, 2023, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on December 18, 2023. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.[1]

SO ORDERED.

SIGNED 12/12/2023

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman