UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GALLERIA 2425 OWNER, LLC, | § | CASE NO. 23-34815 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### UNITED STATES TRUSTEE'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTOR'S APPLICATION TO EMPLOY ATTORNEYS [ECF 67]

*Responds and Objects the Pleading Filed at [ECF 67]*

TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:

KEVIN M. EPSTEIN, the United States Trustee for Region 7 (the "U.S. Trustee), files this *Limited Objection and Reservation of Rights to Debtor's Application to Employ Attorneys [ECF 67]* (the "Limited Objection") responding and objecting, pursuant to 11 U.S.C. § 327, to the *Debtor's Application to Employ Attorneys* [ECF 67] (the "Application"), because the U.S. Trustee submitted comments and requested revisions to the proposed retention order to which the Debtor has not responded, and states as follows:

### I. Procedural and Factual Background

1. On December 5, 2023, (the "Petition Date"), Galleria 2425 Owner, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). This Court has not appointed a Trustee or Examiner, nor has an official committed been established in this Chapter 11 proceeding. On January 10, 2024, the meeting of creditors was held and concluded.

2. This is a single asset real estate case, pursuant to 11 U.S.C. §101(51B). The Debtor owns a commercial high-rise office building located at 2425 West Loop South, Houston, Texas

77027.

3. On December 22, 2023, Debtor filed the Application seeking authority to retain and employ the Reese W. Baker and Baker & Associates (collectively, "Baker") as its attorney in all matters arising in or related to this case, effective as of December 6, 2023.

4. On January 26, 2024, the U.S. Trustee submitted written comments to the Application and requested specific revisions to the proposed Order to conform the Debtor's retention and employment of Baker, as counsel, to the requirements of 11 U.S.C. §§ 327 and 330. As of the date of this Limited Objection, Debtor has failed to respond to the U.S. Trustee's written comments and requested revisions. Accordingly, the U.S. Trustee files this Limited Objection to reserve its right to seek additional time and information from the Debtor to support its Application.

## II. Limited Objection

5. To be clear, the U.S. Trustee does not object to the Debtor's retention and employment of Baker.

6. With respect the terms of the proposed Order, however, the U.S. Trustee has numerous issues and, in connection with those terms, has requested revisions. To date, the Debtor has failed to respond to those requested revisions.

7. Accordingly, the U.S. Trustee objects to entry of the proposed Order [ECF 67-1] without implementation of the U.S. Trustee's requested revisions.

## III. Reservation of Rights

8. The U.S. Trustee reserves his right to supplement and/or amend this Limited Objection and to raise additional or further objections to the Application, at or prior to the hearing on the Application, or any other relevant hearing.

## IV.  Prayer

WHEREFORE, the U.S. Trustee prays that the Court: (a) sustain this Limited Objection; (b) continue the U.S. Trustee's objection deadline to the Application to a date acceptable to the U.S. Trustee so as to allow the U.S. Trustee to adequately respond to Debtor's response to the comments and requested revisions; and (c) grant such other and further relief as the Court deems just and equitable.

Dated: January 26, 2024

    Respectfully submitted,

    KEVIN M. EPSTEIN
    UNITED STATES TRUSTEE
    Region 7
    Southern and Western Districts of Texas

    By: */s/  Jana Smith Whitworth*
        Jana Smith Whitworth
        Trial Attorney
        SBOT No. 00797435/Fed ID 20656
        515 Rusk Avenue, Suite 3516
        Houston, TX 77002
        Telephone: (713) 718-4650
        Facsimile: (713) 718-4670
        Email: Jana.Whitworth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic means on all PACER participants, as listed below, on January 26, 2024.

    By: */s/  Jana Smith Whitworth*
        Jana Smith Whitworth

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-34815<br>Southern District of Texas<br>Houston<br>Fri Jan 26 17:36:41 CST 2024 | 2425 WL, LLC<br>2425 West Loop South 11th floor<br>Houston, TX 77027-4304 | CC2 TX, LLC<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road Suite 850<br>Dallas, TX 75251-1364 |
| City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Galleria 2425 Owner, LLC<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 |
| Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | National Bank of Kuwait, S.A.K.P., New York |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729-4422 | ADT<br>PO Box 382109<br>Pittsburgh, PA 15251-8109 |
| Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441-2013 | CFI Mechanical, Inc<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 |
| CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674-7619 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 |
| City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 |
| Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Environmental Coalition Inc<br>PO Box 1568<br>Stafford, TX 77497-1568 | Ferguson Facilities Supplies<br>PO Box 200184<br>San Antonio, TX 78220-0184 |
| Firetron<br>PO Box 1604<br>Stafford, TX 77497-1604 | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062-7917 | Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 |
| HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 | Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210-4622 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 |
| Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 | MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702-1572 | Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 |
| National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 | Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 |
| TKE<br>3100 Interstate North Cir SE  500<br>Atlanta, GA 30339-2296 | U.S. Trustee's Office<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 |
| Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 | Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division
Harris County Attorney's Office
P.O. Box 2928
Houston, TX 77252-2928 United States

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2425 West Loop, LLC

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47