Case 23-34815   Document 88-18   Filed in TXSB on 01/29/24   Page 1 of 6



# 2425 W Loop S
## Central to the River Oaks District and Galleria



## ICONIC GALLERIA OFFICE SPACE AVAILABLE IMMEDIATELY

**BUILDING & MONUMENT SIGNAGE AVAILABLE**

**RESPONSIVE OWNERSHIP**



# AMENITIES

**AMENITIES INCLUDE**

- Updated natural outdoor courtyard setting for outdoor breaks and brainstorming
- Continuous window line offers natural light and expansive panoramic views
- The Tri-be. a high-end fitness center with locker rooms and showers, offering community driven yoga, massage and fitness options
- A breathtaking 11-story +10,000 square foot ground floor lobby, bathed in natural light and featuring bespoke furniture for breaks, meetings and available to tenants for pre-arranged social functions
- On-site management & courtesy officer
- 24-hour secure keycard access
- Multi-level parking garage / free valet parking for visitors and guests
- Lobby recently renovated and available for tenant events
- Available for immediate occupancy available with Herman Miller furniture and CAT 6 data cabling in place
- New prime ground floor tenant lounge and conference facility
- Retina scanners for building and floor access
- Jetvan Shuttle





**AREA AMENITIES**

- The Galleria & Memorial Park
- Abundant shopping, hotels & banks nearby
- Easy access to 610 Loop, I-10, I-69 & Westpark Tollway
- On METRO bus route
- Adjacent to Hotel Derek, new Equinox hotel, and River Oaks District
- Walkable to Galleria and new METRO Post Oak Bus Rapid Transit
- Over 15 restaurants in walking distance





















" Architecture is the very mirror of life. You only have to cast your eyes on buildings to feel the presence of the past, the spirit of a place; they are the reflection of society."
— Ieoh Ming Pei

Known for his creative use of modernist architecture in combination with natural elements and open spaces, I.M. Pei is celebrated for iconic designs such as the Louvre Pyramid in Paris, the Bank of China Tower in Hong Kong, the JFK Library in Boston, Herbert Johnson Museum of Art in Cornell University, Doha Islamic Arts Museum, Ronald Regan Building in Washington DC, the First International Bank of Israel in Tel Aviv, University Plaza in New York, The Landmark in Irvine, California and the NASCAR Hall of Fame… Just to name a few!



Louvre Pyramid. Paris, France.



Museum of Islamic Art. Doha, Qatar.



Bank of China Tower. Hong Kong.



2425 has an onsite Wellness Collective called Tri.be. We believe that a healthy mind and body create a better working environment. Located on the third floor, Tri.be is a boutique wellness community for our tenants, with holistic wellness services. All 2425 tenants are eligible for a subsidized membership that include unlimited classes such as HIIT, MAT, BARRE, YOGA, YOGA BURN and MEDITATION. The wellness collective will also be inviting in wellness practitioners specializing in diet, acupuncture, massage, hypnotherapy, mediation, reiki, and more.




# READY TO GO

Available for immediate occupancy - Plug and Play 200,000 SF contiguous floors with available Herman Miller furniture and CAT 6 cabling in place.



Typical Floor Plan
151– Workstations
11– Offices
10 – Conference/Huddle







CONTACT US

VISIT

Area Map

2425 West Loop South, Houston, TX 77027



