United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER ABATING MOTION TO CONVERT TO CHAPTER 7 AND APPOINTING CHAPTER 11 TRUSTEE

Before the Court is the Motion to Convert (ECF No. 72) filed by National Bank of Kuwait; S.A.K.P. Hearing was held on January 31, 2024. For the reasons stated on the record the Court sua sponte **ORDERS** the appointment of a Chapter 11 Trustee.

The United States Trustee shall confer with the debtor and determine if there are sufficient funds available from the debtor or third parties to fund a Chapter 11 Trustee. Should sufficient funds not be available, or the United States Trustee is unable to find a suitable candidate then the Trustee shall so report.

Should a Trustee not be appointed then the Court will convert the case sua sponte to Chapter 7.

**SO ORDERED**.

SIGNED 01/31/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-34815-jpn |
| Galleria 2425 Owner, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf001 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Galleria 2425 Owner, LLC, 1001 West Loop South 700, Houston, TX 77027-9084 |
| cr | + | 2425 WL, LLC, 2425 West Loop South 11th floor, Houston, TX 77027-4304 |
| cr | + | CC2 TX, LLC, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road Suite 850, Dallas, TX 75251-1364 |
| cr | + | Rodney Drinnon, McCathern Houston, 2000 W Loop S, Ste. 1850, Houston, TX 77027-3744 |
| 12601583 | + | 2425 WL, LLC, 13498 Pond Springs Rd., Austin, TX 78729-4422 |
| 12601584 | + | ADT, PO Box 382109, Pittsburgh, PA 15251-8109 |
| 12601585 | + | Ali Choudhry, 1001 West Loop South 700, Houston, TX 77027-9084 |
| 12601586 | + | Ash Automated Control Systems, LLC, PO Box 1113, Fulshear, TX 77441-2013 |
| 12601588 | + | CFI Mechanical, Inc, 6109 Brittmoore Rd, Houston, TX 77041-5610 |
| 12601591 | + | CNA Insurance Co, PO Box 74007619, Chicago, IL 60674-7619 |
| 12601587 | + | Caz Creek Lending, 118 Vintage Park Blvd No. W, Houston, TX 77070-4095 |
| 12601589 | | Cirro Electric, PO Box 60004, Dallas, TX 75266 |
| 12601590 | + | City of Houston, PO Box 1560, Houston, TX 77251-1560 |
| 12601593 | + | Datawatch Systems, 4520 East West Highway 200, Bethesda, MD 20814-3382 |
| 12601594 | + | Environmental Coalition Inc, PO Box 1568, Stafford, TX 77497-1568 |
| 12601595 | + | Ferguson Facilities Supplies, PO Box 200184, San Antonio, TX 78220-0184 |
| 12601596 | + | Firetron, PO Box 1604, Stafford, TX 77497-1604 |
| 12601597 | + | First Insurance Funding, 450 Skokie Blvd, Northbrook, IL 60062-7917 |
| 12601598 | #+ | Gulfstream Legal Group, 1300 Texas St, Houston, TX 77002-3509 |
| 12601600 | + | HNB Construction, LLC, 521 Woodhaven, Ingleside, TX 78362-4678 |
| 12601599 | + | Harris County Tax Assessor, PO Box 4622, Houston, TX 77210-4622 |
| 12601601 | + | Kings 111 Emergency Communications, 751 Canyon Drive, Suite 100, Coppell, TX 75019-3857 |
| 12601602 | + | Lexitas, PO Box Box 734298 Dept 2012, Dallas, TX 75373-4298 |
| 12601603 | + | Logix Fiber Networks, PO Box 734120, Dallas, TX 75373-4120 |
| 12601604 | + | MacGeorge Law Firm, 2921 E 17th St Blgd D Suite 6, Austin, TX 78702-1572 |
| 12601605 | + | Mueller Water Treatment, 1500 Sherwood Forest Dr., Houston, TX 77043-3899 |
| 12601606 | + | National Bank of Kuwait, 299 Park Ave. 17th Floor, New York, NY 10171-0023 |
| 12601607 | + | Nationwide Security, 2425 W Loop S 300, Houston, TX 77027-4205 |
| 12601608 | + | Nichamoff Law Firm, 2444 Times Blvd 270, Houston, TX 77005-3253 |
| 12601609 | + | TKE, 3100 Interstate North Cir SE 500, Atlanta, GA 30339-2296 |
| 12601610 | + | Waste Management, PO Box 660345, Dallas, TX 75266-0345 |
| 12601611 | + | Zindler Cleaning Service Co, 2450 Fondren 113, Houston, TX 77063-2314 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Feb 01 2024 20:03:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: taxbankruptcy.cao@harriscountytx.gov | | |
| | | Feb 01 2024 20:03:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2928, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: pdf001 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Houston, TX 77252-2928, UNITED STATES |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 01 2024 20:03:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 01 2024 20:03:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| 12609381 | | Email/Text: houston_bankruptcy@LGBS.com | Feb 01 2024 20:03:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12601592 | + | Email/Text: documentfiling@lciinc.com | Feb 01 2024 20:03:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 12601597 | ^ | MEBN | Feb 01 2024 20:02:48 | First Insurance Funding, 450 Skokie Blvd, Northbrook, IL 60062-7917 |
| 12609407 | | Email/Text: houston_bankruptcy@LGBS.com | Feb 01 2024 20:03:00 | Houston Community College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12609406 | | Email/Text: houston_bankruptcy@LGBS.com | Feb 01 2024 20:03:00 | Houston ISD, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12626800 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Feb 01 2024 20:03:00 | U.S. Trustee's Office, 515 Rusk, Suite 3516, Houston, Texas 77002-2604 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 2425 West Loop, LLC |
| cr | | National Bank of Kuwait, S.A.K.P., New York Branch |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Clayton Conrad | on behalf of Creditor National Bank of Kuwait  S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com;docket@pillsburylaw.com |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: pdf001 | Total Noticed: 41 |

Charles Clayton Conrad
on behalf of Defendant National Bank of Kuwait  S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com;docket@pillsburylaw.com

D. Hunter Polvi
on behalf of Plaintiff Naissance Galleria  LLC polvih@passmanjones.com

David W Tang
on behalf of Defendant Azeemeh Zaheer airtang@gmail.com

Howard Marc Spector
on behalf of Creditor CC2 TX  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

James Q. Pope
on behalf of Debtor Galleria 2425 Owner  LLC ecf@thepopelawfirm.com, ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

James Q. Pope
on behalf of Plaintiff Galleria 2425 Owner LLC ecf@thepopelawfirm.com ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

James Q. Pope
on behalf of Plaintiff Naissance Galleria  LLC ecf@thepopelawfirm.com, ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

James Robert MacNaughton
on behalf of Creditor 2425 West Loop  LLC robert@porterpowers.com

Jana Smith Whitworth
on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Reese W Baker
on behalf of Plaintiff Galleria 2425 Owner LLC courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Reese W Baker
on behalf of Debtor Galleria 2425 Owner  LLC courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rodney Lee Drinnon
on behalf of Defendant Azeemeh Zaheer rdrinnon@mccathernlaw.com eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

Rodney Lee Drinnon
on behalf of Creditor Rodney Drinnon rdrinnon@mccathernlaw.com eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

Ryan Steinbrunner
on behalf of Creditor National Bank of Kuwait  S.A.K.P., New York Branch ryan.steinbrunner@pillsburylaw.com

Stephen Wayne Sather
on behalf of Creditor 2425 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;padair@bn-lawyers.com;sfarronay@bn-lawyers.com

Susan R. Fuertes
on behalf of Creditor Harris County  ATTN: Property Tax Division taxbankruptcy.cao@harriscountytx.gov

Tara L Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 21