| U.S. Department of Justice <br> United States Marshals Service | | PROCESS RECEIPT AND RETURN <br> See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF <br> In re: Galleria 2425 Owner LLC | RECEIVED <br> UNITED STATES MARSHAL <br> 2024 JAN 26 PM 2: 30 <br> SOUTHERN DIST. S./TX | COURT CASE NUMBER <br> 23-34815 |
| DEFENDANT <br> National Bank of Kuwait, S.A.P.C., New York Branch | | TYPE OF PROCESS <br> service of subpoena to testify |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN <br> Ali Choudhri |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) <br> 11511 Gallant Ridge Lane, Houston, Texas 77028 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Charles Conrad <br> Pillsbury Winthrop Shaw Pittman LLP <br> 909 Fannin Suite 2000 <br> Houston, TX 77010, charles.conrad@pillsburylaw.com, 713-276-7600 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1001 West Loop South, Suite 700, Houston, Texas 77027, Monday-Friday, 8AM - 6PM
2425 West Loop South, Suite 1100, Houston, Texas 77027, Monday-Friday, 8AM - 6PM

United States Courts
Southern District of Texas
FILED
FEB 05 2024
Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF <br> ☒ DEFENDANT | TELEPHONE NUMBER <br> 713-276-7600 | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process <br> 1 | District of Origin <br> No. D79 | District to Serve <br> No. D79 | Signature of Authorized USMS Deputy or Clerk <br> M Mendenhall | Date <br> 1/24/24 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date <br> 1-31-24 | Time <br> 11:20 | ☒ am <br> ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy <br> DUSM Williams Simon #3932 | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1st endeavor - 1/26/24 @ 11511 Gallant Ridge Lane, Houston, TX 77028; does not reside there current residents don't know the subject in question. (30 miles RT)
- Multiple attempts to reach Choudhri by telephone were unsuccessful.
- 2nd endeavor - 1-31-24 @ 11:00am @ the federal Courthouse; Choudhri did not appear for the court hearing as scheduled.
- on 1-30-24 Choudhri's attorney Reese Baker told DUSM Simon on the phone Choudhri would be present @ the hearing.

Form USM-285
Rev. 03/21

Case 23-34815 Document 842 Filed in TXSB on 02/05/24 Page 2 of 5

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2024 JAN 26 PM 2:30
SOUTHERN DIST. S/TX

In re Galleria 2425 Owner, LLC
Debtor

Case No. 23-34815

Chapter 11

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Ali Choudhri, 1001 West Loop South, Suite 700 Houston, TX 77027

*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE United States Bankruptcy Court for the Southern District of Texas 515 Rusk, Houston, TX 77002 | COURTROOM 403 |
| --- | --- |
| | DATE AND TIME 01/31/24  11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):*

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/12/24

CLERK OF COURT

_____          OR    *[signature]*
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* National Bank of Kuwait, S.A.K.P., l , who issues or requests this subpoena, are:
Charles C. Conrad Two Houston Center, 909 Fannin, Suite 2000, Houston, Texas 77010; charles.conrad@pillsburylaw.com; (713) 276-7600

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 23-34815 Document 812 Filed in TXSB on 02/05/24 Page 3 of 5

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): Ali Choudhri
on (date) 1-26-24

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on (date) _____ ; or

☒ I returned the subpoena unexecuted because: Ali Choudhri could not be located and multiple attempts via phone were unsuccessful; Choudhri did not appear at hearing

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 1-31-24

_____ #3932
Server's signature

DUSM William Simon
Printed name and title

515 Rusk St; Houston, TX 77002
Server's address

Additional information concerning attempted service, etc.:

1st Endeavor - 1-26-24 @ 11511 Gallant Ridge Lane, Houston, TX 77082; does not reside there, current residents don't know the subject in question (30 miles RT)
- multiple attempts to reach Choudhri by telephone were unsuccessful.

2nd Endeavor - 1-31-24 @ 11:00am @ the Federal Courthouse; Choudhri did not appear for the hearing as scheduled.

- on 1-30-24 Choudhri's attorney (Rose Baker) told DUSM Simon on the phone Choudhri would be present @ the hearing on 1-31-24 @ 11:00am

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

Case 23-34815   Document 842   Filed in TXSB on 02/05/24   Page 3 of 5

# UNITED STATES BANKRUPTCY COURT

RECEIVED
UNITED STATES MARSHAL

____Southern____ District of ____Texas____

2024 JAN 26 PM 2:30

In re Galleria 2425 Owner, LLC
Debtor

SOUTHERN DIST. S/TX

Case No. 23-34815

*(Complete if issued in an adversary proceeding)*

Chapter 11

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Ali Choudhri, 1001 West Loop South, Suite 700 Houston, TX 77027

*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE United States Bankruptcy Court for the Southern District of Texas 515 Rusk, Houston, TX 77002 | COURTROOM 403 |
| --- | --- |
| | DATE AND TIME 01/31/24   11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/12/24

CLERK OF COURT

OR  *[signature]*

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* National Bank of Kuwait, S.A.K.P., who issues or requests this subpoena, are:
Charles C. Conrad Two Houston Center, 909 Fannin, Suite 2000, Houston, Texas 77010; charles.conrad@pillsburylaw.com; (713) 276-7600

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Case 23-34815   Document 842   Filed in TXSB on 02/05/24   Page 5 of 5

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.: