UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. § | | |
|    Debtor § | | Chapter 11 |

## OBJECTION TO MOTION FOR USE OF CASH COLLATERAL

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW 2425 WL, LLC ("Respondent") and files this Objection to Motion for Use of Cash Collateral and would show as follows:

1. The Chapter 11 Trustee has filed a Motion for Use of Cash Collateral.

2. 2425 WL, LLC understands that the Trustee needs to keep the lights on. However, the proposed Motion for Use of Cash Collateral locks in the claims and liens of the National Bank of Kuwait. This relief should not be granted, especially at the interim relief stage.

3. The Motion provides for the Trustee to stipulate to National Bank of Kuwait's liens and claims. The Motion does not appear to allow for a challenge period for any other party to challenge the validity and priority of NBK's liens and claims. 2425 WL, LLC is filing an adversary proceeding seeking equitable subordination. 2425 WL, LLC objects to any provision in the cash collateral order which does not allow for a challenge period to the bank's lien or which waives claims against the bank.

4. The Trustee has received an offer to pursue claims against the National

Bank of Kuwait on a contingent fee basis from a qualified attorney as shown by Exhibit A.

5. The Motion also requires the Trustee to initiate a sales process by April 5, 2024 resulting in an auction sale to take place no later than July 1, 2024. 2425 WL, LLC objects to using a cash collateral motion as a sub rosa plan.

6. Payment of expenses necessary to maintain the value of the property should be sufficient to provide adequate protection to the lender.

DATED: March 22, 2024.

                    Respectfully Submitted,

                    **BARRON & NEWBURGER, P.C.**
                    7320 N. MoPac Expwy., Suite 400
                    Austin, Texas 78731
                    Tel: (512) 476-9103

By:   */s/ Stephen W. Sather*
       Stephen W. Sather
       State Bar No.

       **ATTORNEYS FOR CREDITOR, 2425 WL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response was served on the 22nd day of March, 2024 to the parties on the attached list.

                    */s/ Stephen W. Sather*
                    Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-34815<br>Southern District of Texas<br>Houston<br>Fri Jan 19 14:00:30 CST 2024 | 2425 WL, LLC<br>2425 West Loop South 11th floor<br>Houston, TX 77027-4304 | CC2 TX, LLC<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road Suite 850<br>Dallas, TX 75251-1364 |
| City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Galleria 2425 Owner, LLC<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 |
| Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | National Bank of Kuwait, S.A.K.P., New York |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729-4422 | ADT<br>PO Box 382109<br>Pittsburgh, PA 15251-8109 |
| Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441-2013 | CFI Mechanical, Inc<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 |
| CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674-7619 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 |
| City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 |
| Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Environmental Coalition Inc<br>PO Box 1568<br>Stafford, TX 77497-1568 | Ferguson Facilities Supplies<br>PO Box 200184<br>San Antonio, TX 78220-0184 |
| Firetron<br>PO Box 1604<br>Stafford, TX 77497-1604 | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062-7917 | Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 |
| HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 | Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210-4622 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 |
| Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 | MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702-1572 | Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 |
| National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 | Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 |
| TKE<br>3100 Interstate North Cir SE  500<br>Atlanta, GA 30339-2296 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 |
| Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division
Harris County Attorney's Office
P.O. Box 2928
Houston, TX 77252-2928 United States

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2425 West Loop, LLC

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46



Jerry C. Alexander
214-742-2121 Ext. 3579
alexanderj@passmanjones.com
Fax:  214-748-7949

ATTORNEYS AT LAW
2500 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2599
www.passmanjones.com

February 21, 2024

Mr. Ali Choudhri:
JETALL COMPANIES
2425 West Loop South, Suite 1100
Houston, TX 77027

Via Email –Ali@Jetallcapital.com

Re:     Lender Liability Litigation Against the Bank of Kuwait

Dear Mr. Choudhri:

    This is formal written confirmation of what was said in the call on Tuesday, February 20, 2024, regarding my analysis of the liability of the Bank of Kuwait to Galleria 2425 and the actions and practices it took in connection with that lending.

    I conducted a review of the applicable documents and an analysis of the facts and circumstances, and have had discussions with people with personal knowledge of the overall situation, and have concluded that it is a very strong case.  Consequently, I have convinced this firm to take it on a one-third contingent fee basis, which means it will not cost the Bankruptcy Estate anything and has a tremendous potential upside.

    Previously I sent to you, the Trustee, and the Trustee's counsel materials which demonstrate my "bonafides" in lender liability scenarios.  One thing that has been missing or underplayed, I believe, is the fact that the Bank of Kuwait chose the law of New York to apply to this situation, which implies a duty of good faith and fair dealing on every contract, and on actions taken after the contract.  New York interpretation of good faith and fair dealing absolutely prohibits one party from preventing the performance of another party under the contract, and then claiming breach by the party whose performance was prevented.

    That is exactly what the Bank of Kuwait has done, **repeatedly**, in this so-called banking relationship between it and Galleria 2425.

    The cause of action against the Bank of Kuwait should not be underestimated, nor settled, nor given away in any kind of package arrangement with the Bank of Kuwait, unless the Bank of Kuwait is prepared to make substantial payments or concessions to Galleria 2425 so its owners are reasonably compensated.

    Thank you for your attention to this matter, and I hope I will be allowed to proceed with litigation against the Bank of Kuwait.

Best Regards,

*Jerry C. Alexander*

Jerry C. Alexander

JCA/sdc

470243