United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on the Motion for Reconsideration of Final Order Authorizing Use of Cash Collateral (ECF No.216) filed by 2425 WL, LLC. The movant is requesting this Court reconsider its Final Order Authorizing the Trustee to Use Cash Collateral (ECF No. 187) entered on April 5, 2024. The debtor failed to self-calendar this matter for hearing as required by this Court's procedures.[1] In addition, the movant uploaded a proposed order that is not signed in violation of Federal Rule of Civil Procedure 11(a).

**ACCORDINGLY, IT IS ORDERED** that the Motion for Reconsideration is denied.

SIGNED 04/22/2024

Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court procedures can be found at the following website: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.