IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | § | Case No. 23-34815 (JPN) |
|    Debtor | § | |

### ORDER GRANTING LAW OFFICES OF JACK J. ROSE, PLLC AND JACK J. ROSE'S MOTION TO WITHDRAW

Upon consideration of the Law Offices of Jack J. Rose, PLLC and Jack J. Rose's Motion to Withdraw as Counsel for 2425 WL, LLC, it is hereby ORDERED that:

1. The Motion is granted.

2. Jack J. Rose is removed as counsel of record to 2425 WL, LLC in this matter and all related proceedings and all applicable notice and service lists shall be updated accordingly.

IT IS SO ORDERED.

**Signed:** _____, 2024

Signed: May 03, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge