United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER VACATING ORDER

The Order entered on April 25, 2024 (ECF No. 239) is vacated.[1]

SIGNED 05/03/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court has denied approval of the competing Chapter 11 Disclosure Statement and Chapter 11 Plan.

1 / 1