UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
|    Debtor | § | Chapter 11 |

## NOTICE OF APPEAL

### Part 1: Identify the appellant

1. Name of appellant:   2425 WL, LLC

2. Position of appellant in the bankruptcy case that is the subject of this appeal:   creditor.

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order of decree—from which the appeal is taken:   Final Order Authorizing the Trustee to Use Cash Collateral (Dkt. #187) and Order Denying Motion for Reconsideration (Dkt. #223).

2. State the date on which the judgment—or the appealable order or decree—was entered: The Final Order Authorizing the Trustee to Use Cash Collateral was entered on April 5, 2024. The Order Denying Motion for Reconsideration was entered on April 22, 2024.

### Part 3: Identify the other parties to the appeal

1. Party:   Charles Murray,   Attorney:   R.J. Shannon
            Chapter 11 Trustee              Shannon & Lee, LLP
                                            2100 Travis Street, Suite 1525
                                            Houston, TX 77002
                                            rshannon@shannonleellp.com

2. Party:   National Bank of Kuwait   Attorney:   Andrew M. Troop
                                                  Pillsbury Winthrop Shaw Pittman LLP
                                                  31 West 52nd St
                                                  New York, NY 10019
                                                  Andrew.troop@pillsburylaw.com

DATED: May 6, 2024.

        Respectfully Submitted,

        **BARRON & NEWBURGER, P.C.**
        7320 N. MoPac Expwy., Suite 400
        Austin, Texas 78731
        Tel: (512) 476-9103

By:    */s/ Stephen W. Sather*
        Stephen W. Sather
        State Bar No.

        **ATTORNEYS FOR CREDITOR, 2425 WL,LLC**