IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GALLERIA 2425 OWNER LLC,**<br><br>Debtor. | Case No. 23-34815<br>Chapter 11 |

### NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Forshey Prostok LLP, including but not limited to Jeff Prostok, Suzanne K. Rosen, Deirdre Carey Brown, pllc, and Deirdre Carey Brown, hereby withdraw as counsel of for Ali Choudhri in the above-captioned cases and request removal from the Court's mailing matrix and service list for this case.  Forshey Prostok LLP did not file a notice of appearance and attended one hearing in the captioned case.

The contact information to provide notice to Ali Choudhri as reflected on the service list remains:

Ali Choudhri
1001 West Loop South 700
Houston, TX 77027

Ali Choudhri
2425 West Loop South 11th Floor
Houston, TX 77027

DATED: May 14, 2024                    Respectfully submitted,

                                                                  */s/ Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
Email: srosen@forsheyprostok.com

-AND-

*/s/ Deirdre Carey Brown*
Deirdre Carey Brown
State Bar No. 24049116
**FORSHEY & PROSTOK, LLP**
1990 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Ph 832-536-6910
Fax 832-310-1172
Email: dbrown@forsheyprostok.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on May 14, 2024, with a copy of this document via the Court's CM/ECF system and a copy of the notice is being served via email and first class mail on Mr. Choudhri on May 14, 2024, at the addresses above and as follows:

*Via Email:* ali@jetallcapital.com
*and First Class Mail, Postage Prepaid:*
Ali Choudhri
7904 North Sam Houston Pkwy W, Suite 102
Houston, Texas 77064 .

                                                                  */s/ Deirdre Carey Brown*
Deirdre Carey Brown