IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GALLERIA 2425 OWNER LLC,**<br><br>Debtor. | Case No. 23-34815<br>Chapter 11 |

ORDER GRANTING
MOTION FOR ENTRY OF ORDER PROHIBITING CREDIT BIDDING
BY NATIONAL BANK OF KUWAIT S.A.K.P., NEW YORK BRANCH
<u>PURUSANT TO 11 U.S.C. § 363(k)</u>

CAME ON TO BE CONSIDERED the Motion for Order Prohibiting Credit Bidding by National Bank of Kuwait, S.A.K.P., New York Branch. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that National Bank of Kuwait, S.A.K.P., New York Branch shall not be permitted to submit a credit bid at any sale of the real property owned by the estate in this case. Any bid submitted by the National Bank of Kuwait shall be made in good funds on the same terms and conditions as apply to any other bidders.

Signed:

_____
Jeffrey P. Norman
U.S. Bankruptcy Judge

Order Submitted By:

*/s/Stephen W. Sather*
Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731