IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GALLERIA 2425 Owner, LLC**<br><br>Debtor. | § <br>§  **Case No. 23-34815 (JPN)**<br>§<br>§  **Chapter 11**<br>§<br>§ |

**NATIONAL BANK OF KUWAIT, S.A.K.P. NEW YORK BRANCH'S STATEMENT REGARDING EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO DISCLOSURE STATEMENT FILED BY NATIONAL BANK OF KUWAIT**

**TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:**

National Bank of Kuwait, S.A.K.P., New York Branch ("NBK") files this statement in response to Mr. Ali Choudhri's request to extend the objection deadline (the "Objection Deadline") to respond to NBK's objection to the Third Amended Plan and Disclosure Statement filed by Galleria 2425 Owner, LLC and 2425 WL, LLC ("2425 WL") [ECF No. 343] **to May 23, 2024 at midnight**, or less than 12 hours before the scheduled status conference on May 24, 2024 at 9:00 a.m. *See* ECF Nos. 358 and 360.

1. After his deadline expired, Mr. Choudhri filed his motion to extend the Objection Deadline. Although Mr. Choudhri has provided reasons for needing more time to object, he has not provided any explanation why his request could not have been filed before the response deadline of May 20, 2024. *See* ECF No. 309. An after-the-deadline request for an extension requires a showing of excusable neglect under Federal Rule of Bankruptcy Procedure 9006.

2. Regardless, if the Court is inclined to extend the Objection Deadline for Mr. Choudhri, the deadline should not be extended as requested by Mr. Choudhri because a midnight

deadline on May 23, 2024 does not provide the Court or NBK time to consider any Objection and, for NBK to evaluate whether to respond in writing.

3. NBK also notes that Mr. Choudhri is not an electronic filer. Accordingly, if he were to drop off an objection after the Clerk's office closes on May 23, neither the Court nor other interested parties will see it until it is posted to the docket by the Clerk. Mr. Choudhri does not email his filings to interested parties (this request was not emailed to NBK), and the service list he used for this request was inadequate. For example, neither the Trustee's counsel nor NBK's counsel are on it.

4. Accordingly, if the Court is inclined to extend the Objection Deadline for Mr. Choudhri, it should not be extended beyond 5:00 p.m. (prevailing Central Time) on May 22, 2024, and Mr. Choudhri should be required to email whatever he files to interested parties.

DATED: May 21, 2024　　　　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

　　　　　　　　　　　　　　　　 */s/Andrew M. Troop*
Charles C. Conrad
Texas State Bar No. 24040721
Ryan Steinbrunner
Texas State Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

　　-　and　-

Andrew M. Troop (Bar No. MA547179)
Patrick E. Fitzmaurice*
Kwame O. Akuffo*
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*Admitted *pro hac vice*

***Counsel for National Bank of Kuwait, S.A.K.P.,
New York Branch***

## CERTIFICATE OF SERVICE

　　The undersigned certifies that on May 21, 2024, a true and correct copy of this document was served via the Court's CM/ECF system on the Chapter 11 Trustee, the Debtor's counsel of record and all others who are deemed to have consented to ECF electronic service, and also by mailing, first class, postage prepaid, to each of the parties on the attached mailing matrix.

　　　　　　　　　　　　　　　　　 */s/ Andrew M. Troop*
　　　　　　　　　　　　　　　　　　Andrew M. Troop