# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GALLERIA 2425 OWNER, LLC, | § | CASE NO. 23-34815 |
| | § | |
| DEBTOR. | § | |

## SONDER USA INC.'S NOTICE OF APPEAL
**[Relates to ECF No. 337]**

Sonder USA Inc. ("Sonder"), appeals to the United States District Court of the Southern District of Texas from the *Order Granting Trustee's Motion for an Order (A) Authorizing the Trustee to Sell the Estate's Claims Against Sonder USA Inc. and Sonder Canada Inc., (B) Providing That Any Such Sale Will Be Free and Clear of Interests Except for Interests of Contingency Counsel and Defenses, and (C) Granting Related Relief (ECF No. 210)* of this Court entered in the above-captioned bankruptcy case on May 15, 2024.

Date: May 29, 2024
Houston, Texas

                                            Respectfully submitted,

By:    */s/ Broocks M. Wilson*
          Broocks 'Mack' Wilson
          State Bar No. 24102655
          KEAN MILLER LLP
          711 Louisiana Street, Suite 1800
          Houston, TX 77002
          Tel: 713.844.3000
          Fax: 713.844.3030
          Mack.Wilson@KeanMiller.com

          ATTORNEY FOR SONDER USA INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on May 29, 2024, a copy of the foregoing document was served to all parties requesting notice through the Court's electronic notification system.

                                                */s/ Broocks M. Wilson*
                                                Broocks M. Wilson