UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
| Debtor | § | Chapter 11 |

### RESPONSE TO SONDER USA INC.'S EMERGENCY MOTION FOR LIMITED STAY PENDING APPEAL OF THE ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER (A) AUTHORIZING THE TRUSTEE TO SELL THE ESTATE'S CLAIMS AGAINST SONDER USA INC. AND SONDER CANADA INC., (B) PROVIDING THAT ANY SUCH SALE WILL BE FREE AND CLEAR OF INTERESTS EXCEPT FOR INTERESTS OF CONTINGENCY COUNSEL AND DEFENSES, AND (C) GRANTING RELATED RELIEF

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW 2425 WL, LLC ("Respondent") and files this Response to Sonder USA Inc.'s Emergency Motion for Limited Stay Pending Appeal and would show as follows:

1. The Court should deny the motion for stay pending appeal.

2. One element is that Movant must show a likelihood of success on the merits. Movant cannot meet this burden. The Trustee accepted an offer from 2425 WL, LLC to purchase the claims at issue for $125,000. Sonder's competing offer was to pay $75,000 and to release certain unsecured claims. The Court adjourned the hearing to allow Sonder to make a higher offer but it failed to do so. The Court found that the Trustee properly exercised his business judgment. The Fifth Circuit has held that in dealing with mixed issues of law and fact, the Court should examine whether the issue is more legal in nature or more fact-intensive. The Court found that reviewing an exercise of business judgment was more heavily factual and thus subject to the clearly error rule. *Off. Comm. of Unsecured Creditors v. Bouchard Transp. Co. (In re Bouchard Transp. Co.)*, 74 F.4th 743, 749 (5th Cir. 2023). Sonder will face an insurmountable burden to show that the

Court's decision to approve the Trustee's business judgment was clearly erroneous.

3. Another aspect to whether Sonder is likely to prevail is whether it even has standing to appeal. In order to appeal, a person must be an aggrieved party. Generally, an unsuccessful bidder for estate assets is not a person aggrieved and therefore not a person with standing to appeal. *In re Broadmoor Place Invs.,, LP,* 944 F.2d 744, 746 (0th Cir. 1993); *In re Moran,* 566 F.3d 676, 681 (6th Cir. 2009); *Spitz v. Nitschke*, 528 B.R. 874 (E.D. Wisc. 2015); *In re HST Gathering Co.*, 125 B.R. 466, 468 (W.D. Tex. 1991). Therefore, Sonder lacks standing to appeal this court's order and is unlikely to prevail on the merits.

4. The next element is whether the party seeking the stay will be irreparably harmed if the stay is not granted. If the stay is not granted, 2425 WL, LLC will move forward to consummate the sale. This will not irreparably harm Sonder because Sonder will be in the same position as it was before the Trustee sought to sell the claims, namely that it will have to defend the claims. Not getting the opportunity to settle claims on a cheap basis is not irreparable harm.

5. The third element is whether granting the stay would substantially harm the other parties. This element weighs against granting the stay. An appeal can take at least a year to sort out. In the meantime, no one will be pursuing the claims and they will become stale. Sonder's proposed remedy of depositing funds with the Chapter 11 Trustee offers no benefit to 2425 WL, LLC as the winning bidder. Sonder would need to post a bond in favor of 2425 WL, LLC to compensate it for not being able to pursue the claims during the period of the appeal.

6. Finally, there is the public interest. The public interest favors finality and allowing

bankruptcy estates to maximize their value. If bankruptcy sales can be placed on hold for years at a time, it will discourage parties from bidding on estate assets.

Dated: May 29, 2024

          Respectfully Submitted,

          **BARRON & NEWBURGER, P.C.**
          7320 N. MoPac Expwy., Suite 400
          Austin, Texas 78731
          Tel: (512) 476-9103

By:   */s/ Stephen W. Sather*
      Stephen W. Sather
      State Bar No.
      *ATTORNEYS FOR CREDITOR*
      *2425 WL, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response was served on May 29, 2024 to the parties on the attached list.

          */s/ Stephen W. Sather*
          Stephen W. Sather

```
Label Matrix for local noticing          2425 WL, LLC                              CC2 TX, LLC
0541-4                                   2425 West Loop South 11th floor           c/o Howard Marc Spector
Case 23-34815                            Houston, TX 77027-4304                    Spector & Cox, PLLC
Southern District of Texas                                                         12770 Coit Road Suite 850
Houston                                                                            Dallas, TX 75251-1364
Thu May  9 13:16:14 CDT 2024

City of Houston                          Galleria 2425 Owner, LLC                  (p)HARRIS COUNTY ATTORNEY'S OFFICE
Linebarger Goggan Blair & Sampson LLP    1001 West Loop South 700                  P O BOX 2928
c/o Tara L. Grundemeier                  Houston, TX 77027-9084                    HOUSTON TX 77252-2928
PO Box 3064
Houston, TX 77253-3064


Hayward PLLC                             Houston Community College System          Houston ISD
c/o Melissa Hayward                      Linebarger Goggan Blair & Sampson LLP     Linebarger Goggan Blair & Sampson LLP
10501 N. Central Expy., Ste. 106         c/o Tara L. Grundemeier                   c/o Tara L. Grundemeier
Dallas, TX 75231-2203                    PO Box 3064                               PO Box 3064
                                         Houston, TX 77253-3064                    Houston, TX 77253-3064


National Bank of Kuwait, S.A.K.P., New York    4                                   2425 WL, LLC
                                         United States Bankruptcy Court            13498 Pond Springs Rd.
                                         PO Box 61010                              Austin, TX 78729-4422
                                         Houston, TX 77208-1010


2425 West Loop, LLC                      ADT                                       Ali Choudhry
2000 Hughes Landing Blvd., Suite 815     PO Box 382109                             1001 West Loop South 700
The Woodlands, Texas 77380-4142          Pittsburgh, PA 15251-8109                 Houston, TX 77027-9084


Arin-Air, Inc.                           Ash Automated Control Systems, LLC        CC2 TX, LLC
5710 Brittmoore Rd. #13                  PO Box 1113                               14800 Landmark Blvd., Suite 400
Houston, TX 77041-5627                   Fulshear, TX 77441-2013                   Dallas, TX 75254-7598


CFI Mechanical, Inc                      CNA Insurance Co                          Caz Creek Lending
6109 Brittmoore Rd                       PO Box 74007619                           118 Vintage Park Blvd No. W
Houston, TX 77041-5610                   Chicago, IL 60674-7619                    Houston, TX 77070-4095


Cirro Electric                           City of Houston                           City of Houston
PO Box 60004                             PO Box 1560                               c/o Tara L. Grundemeier
Dallas, TX 75266                         Houston, TX 77251-1560                    Linebarger Goggan Blair & Sampson LLP
                                                                                   PO Box 3064
                                                                                   Houston, TX 77253-3064


Comcast                                  Datawatch Systems                         Environmental Coalition Inc
PO Box 60533                             4520 East West Highway 200                PO Box 1568
City of Industry, CA 91716-0533          Bethesda, MD 20814-3382                   Stafford, TX 77497-1568


Ferguson Facilities Supplies             Firetron                                  (p)FIRST INSURANCE FUNDING
PO Box 200184                            PO Box 1604                               450 SKOKIE BLVD SUITE 1000
San Antonio, TX 78220-0184               Stafford, TX 77497-1604                   NORTHBROOK IL 60062-7917
```

| | | |
|---|---|---|
| Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 | H.N.B. Construction, LLC<br>c/o Malcolm D. Dishongh<br>PO Box 2347<br>Humble, TX 77347-2347 | HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 |
| Hayward PLLC<br>c/o Melissa S. Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies, Inc<br>1001 West Loop South Ste 700<br>Houston, TX 77027-9033 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 | Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 |
| Lloyd E. Kelley<br>2726 Bissonent Suite 240<br>Houston, TX 77005-1352 | Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 | ~~MacGeorge Law Firm~~<br>~~2921 E 17th St Blgd D Suite 6~~<br>~~Austin, TX 78702-1572~~ |
| Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 | Naissance Galleria, LLC<br>c/o Law Office of Nima Taherian<br>701 N. Post Oak Rd. Ste 216<br>Houston, TX 77024-3868 | National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 |
| Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 | Rodney L. Drinnon<br>2000 West Loop S, Ste. 1850,<br>Houston, Texas 77027-3744 |
| TKE<br>3100 Interstate North Cir SE  500<br>Atlanta, GA 30339-2296 | U.S. Trustee's Office<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 | US Retailers LLC d/b/a Cirro Energy<br>Attention: Bankruptcy Department<br>PO Box 3606<br>Houston, TX 77253-3606 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 |
| Ali Choudhri<br>24256 West Loop South<br>11th Floor<br>Houston, TX 77027 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 |
| Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 | Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | (d)Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 |
| (d)Harris County, et al<br>PO Box 2928<br>Houston, TX 77252 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2425 West Loop, LLC | (u)Sonder USA Inc. | (d)Arin-Air, LLC<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 |
| (du)Sonder USA Inc. | (u)Jack Rose | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     5<br>Total                  63 |