UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>GALLERIA 2425 OWNER, LLC,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 23-34815 |

### DECLARATION OF CHRISTOPHER R. MURRAY IN SUPPORT OF TRUSTEE'S OBJECTION TO CLAIM NO. 7 OF 2425 WL LLC

I, Christopher R. Murray, hereby declare under penalty of perjury as follows:

1. Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my discussions with my counsel retained in this case, my experience as a trustee and bankruptcy attorney, and/or my review of relevant documents and information relevant to the above-captioned case. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

2. I am the chapter 11 trustee in the bankruptcy case of Galleria 2425 Owner, LLC, Case No. 23-34815.

3. I have been the chapter 11 trustee of the Debtor's case since February 9, 2024. In my role as trustee, I have become familiar with the Debtor's operations, the Debtor's assets and liabilities, and the various pleadings and filings with the U.S. Bankruptcy Court for the Southern District of Texas.

4. The Trustee's Objection to Claim No. 7 of 2425 WL LLC (the "Objection")[1] is the result of the investigation that I have conducted and directed my attorneys to conduct in the above-

---

[1] Capitalized terms used, but not defined in this Declaration have the meanings ascribed to such terms in the Objection.

captioned case. I have read the Objection, and to the best of my knowledge, information, and belief, the factual assertions made in the Objection are accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2024

_____
Christopher R. Murray, Chapter 11 Trustee