IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 23-34815 |
| **GALLERIA 2425 OWNER, LLC** | § | Chapter 11 |
| **Debtor** | § | |

### NOTICE OF APPEAL BY GALLERIA 2425 OWNER, LLC
### TO THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

Galleria 2425 Owner, LLC (hereafter "Appellant") appeals to the United States District Court for the Southern District of Texas under 28 U.S.C § 158, from the judgments, orders, or decrees to wit: (1) Order and Notice Approving Disclosure Statement; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan entered on May 3, 2024 at docket #276; and (2) Order Denying Motion entered on May 21, 2024, at docket #359. The Orders are attached. The names of the parties to the appeal are listed below:

Galleria 2425 Owner, LLC, Debtor
2425 West Loop South, 11th Floor
Houston, Texas 77027
Appellant

**Other Parties**

Reese Baker
Baker & Associates
950 Echo Lane, Ste 300
Houston, Texas 77024
Counsel for Galleria 2425 Owner, LLC

National Bank of Kuwait, S.A.K.P., New York Branch
Andrew Troop
Pillsbury Winthrop Shaw Pittman
609 Main Street, Ste 2000
Houston, Texas 77002
Andrew.troop@pillsburylaw.com
Counsel for National Bank of Kuwait, S.A.K.P., New York Branch

Christopher Murray
Chapter 11 Trustee
Jones Murray
602 Sawyer Ste 400
Houston, Texas 77007
chris@jonesmurray.com

R.J. Shannon
2100 Travis Street, Ste 1525
Houston, Texas 77002
rshannon@shannonlettllp.com
Counsel for Chapter 11 Trustee

2425 WL, LLC
Stephen Sather
Barron & Newburger
7320 N Mopac Expy, Ste 400
Austin, Texas 78731
Counsel for 2425 WL, LLC

CC@TX, LLC
Howard Marc Spector
hspector@spectorcox.com
Counsel for CC@TX, LLC

Jana Smith Whitworth
Jana.whitworth@usdoj.gov
Counsel for U. S. Trustee

2425 West Loop, LLC
James Robert MacNaughton
robert@porterpowers.com
Counsel for 2425 West Loop, LLC

**To the extent that the Orders referenced above are not final orders, the Appellant hereby requests leave to appeal the Orders.**

Dated: June 4, 2024

Respectfully submitted,

*/s/Reese W. Baker*
Reese W. Baker
TX Bar No. 01587700

Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
713-869-9200
713-869-9100 (Fax)
ATTORNEYS FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that on June 4, 2024, that a copy of the above document was delivered to the Electronic Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Reese W. Baker*
Reese W. Baker