United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** § | |
| § | |
| Debtor. § | |
| § | **CHAPTER 11** |

## ORDER DENYING MOTION FOR CONTINUANCE

Before the Court is the Motion to Continue Hearing on Confirmation of the Plan (ECF No. 406) filed by 2425 WL, LLC, its Second Amended Supplement (ECF No. 443) and the Response filed by National Bank of Kuwait, S.A.K.P, New York Branch (ECF No. 440) and its Supplement (ECF No. 447). The movant is seeking a continuance due to the hospitalization of the principal of both the debtor and the movant, Ali Choudhri, on June 2, 2024. The Court denies the motion for continuance for the following reasons.

The hearing on confirmation of the plan is set for June 17, 2024. This date was picked by the movant after consideration of several alternate dates.

Further, the Court has reviewed this Court's docket, the pleadings, the allegations regarding the need for the continuance due to medical reasons, and the court record of a hearing attended by Ali Choudhri on June 4, 2024, in Judge Marvin Isgur's court.

Lastly, the parties cannot agree on any other dates to have the hearing until after the scheduled auction set for June 18, 2024, the objection deadline of July 1, 2024, and the sale hearing set for July 8, 2024 (ECF No. 254).

**ACCORDINGLY, IT IS ORDERED** that the Motion Continue Hearing on Confirmation of the Plan is denied.

SIGNED 06/10/2024

Jeffrey Norman
United States Bankruptcy Judge