**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **GALLERIA 2425 OWNER, LLC** | § | **Case No. 23-34815 (JPN)** |
| | § | |
| **Debtor** | § | |
| | § | |

---

### NOTICE OF APPEARANCE OF COUNSEL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALI CHOUDHRI, as principal for Debtor in the above-captioned matter, and file this Notice of Appearance to add counsel and would respectfully show as follows:

### I.

The following counsel represents ALI CHOUDHRI in an adversary matter styled: Adv. Proc 24-03120 *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*; In this Honorable Court, and respectfully asks that he be added to all notices and pleadings in the above bankruptcy matter:

**Jeffrey W. Steidley**
The Steidley Law Firm
State Bar No.: 19126300
Federal Bar No. 5609
3701 Kirby Drive, Suite 1196
Houston, Texas 77098
jeff@texlaw.us
(713) 523-9595
(713) 523-9578

### II.

The now appearing counsel for Ali Choudhri as principal for Debtor should be served all notices and pleadings filed in this case.

**WHEREFORE**, PREMISES CONSIDERED, ALI CHOUDHRI respectfully files this

Notice of Appearance and pray that their counsel be added to this cause.

Respectfully submitted,

**THE STEIDLEY LAW FIRM**

*By Jeffrey W. Steidley*
JEFFREY W. STEIDLEY
State Bar No. 19126300
Federal Bar No. 5609
jeff@texlaw.us
3701 Kirby Drive, Suite 1196
Houston, Texas 77098
(713) 523-9595 (telephone)
(713) 523-0578 (facsimile)

**ATTORNEY FOR ALI CHOUDHRI**

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing document was filed electronically on this the 10th day of June, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

*/ s / Jeffrey W. Steidley*
Jeffrey W. Steidley