IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, | § § § | |
| | § | CHAPTER 11 |
| *Debtor.* | § § | |

### OBJECTION TO GALLERIA 2524 OWNER LLC AND 2425 WL, LLC'S PROPOSED CHAPTER 11 PLAN [DKT. 377]

Rodney Drinnon (hereinafter "Drinnon") hereby files this Objection ("Objection") to Galleria 2524 Owner LLC and 2425 WL, LLC's Fifth Amended Joint Chapter 11 Plan of Reorganization [Dkt. 377] (the "Plan") in the above referenced case and states as follows:

### BASIS FOR CLAIM

1. Drinnon holds a claim that is partially secured and partially unsecured. Rodney Drinnon's address is 2000 West Loop S, Ste. 1850, Houston, Texas 77027. His phone number is 832-533-8689. His email address is rdrinnon@mccathernlaw.com

2. Drinnon has a secured claim in the amount of SIXTY-THREE THOUSAND SEVEN HUNDRED AND TWENTY-FIVE DOLLARS AND ZERO CENTRS ($63,725.00) and an unsecured claim in the amount of TWO HUNDRED AND THIRTEEN THOUSAND SEVEN HUNDRED AND TWENTY-FIVE DOLLARS AND ZERO CENTS ($213,725.00) arising from a final judgment against Galleria 2425 Owner, LLC executed on February 22, 2024 by the Honorable Christine Weems in Cause No. 2023-22748 *Galleria 2425 Owner, LLC v National Bank of Kuwait, S.A.K.P., New York Branch, et al* in the 281st Judicial District of Harris County, Texas.

3. Drinnon timely filed his proof of claim on February 26, 2024.

**GROUNDS FOR OBJECTION**

4.      According to 11 U.S.C. § 1128(b), a party in interest may object to the confirmation of a plan. As set forth above, Drinnon holds a final judgment against Debtor and timely filed his proof of claim, becoming both a secured and unsecured creditor against Debtor.

5.      Article VI of the proposed Plan divides the claims into nine (9) various classes.

Bad Faith

6.      There is no class that includes Drinnon's secured claim. None of the classes contains a description of secured claims that would include Drinnon's claim. This should at least require an amendment or modification.

7.      Article VII explicitly states that "All classes are impaired by the Plan… except for Class 1." 11 U.S.C § 1129(a)(10) requires that if a class of claims is impaired under the plan, at least one class of claims that is impaired under the plan has accepted the plan. *In re Dernick*, 624 B.R. 799, 808 (Bankr. S.D. Tex. 2020) (internal quotations omitted). The way this Plan is structured, 2425 WL, LLC is Class 6 on its own and is listed as an Insider under Exhibit A to the Plan.[1] Under 11 U.S.C. § 1126(c), a plan is accepted by a class of claims if "at least one-half of the claims holding two-thirds of the total dollar amount ... vote in favor." *Id*. Therefore, 2425 WL, LLC can accept the Plan and it meets the requirements of Section 1126.

8.      The good faith requirement was designed to eliminate those "obstructive tactics and holdup techniques" employed by some creditors to secure an unfair advantage through acceptance or rejection of the plan. *In re Landing Assocs., Ltd.*, 157 B.R. 791, 802 (Bankr. W.D. Tex. 1993) (citing *Young v. Higbee Co.,* 324 U.S. 202, 212 n. 10 (1945)). The Plan as outlined is prohibited

---

[1] An inference of bad faith might be stronger where a debtor creates an impaired accepting class out of whole cloth by incurring a debt with a related party, particularly if there is evidence that the lending transaction is a sham. *In re Vill. at Camp Bowie I, L.P.*, 710 F.3d 239, 248 (5th Cir. 2013).

and is in bad faith as 2425 WL, LLC is one of those entities who filed this Plan, violating 11 U.S.C. § 1129(b)(2)(A) as well as leaving out multiple secured creditors,[2] including Drinnon.

Best Interest

9. 11 U.S.C. § 1129(a)(7)(A)(ii) states that each holder of a claim will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under Chapter 7 of this title on such date. *In re Landing Assocs., Ltd.*, 157 B.R. 791, 818 (Bankr. W.D. Tex. 1993).

10. As Drinnon's secured claim is not listed, Drinnon would fare better under liquidation because of the Plan's silence.

11. Therefore, in light of the omittance of a class of claims and the claim of 2425 WL, LLC, an Insider, is in its own class, the Plan on its face is not feasible, filed in bad faith, and should be denied. Further, Drinnon incorporates by reference the objections of Arin-Air, Inc. [Dkt. No. 410] and National Bank of Kuwait, S.A.K.P. New York Branch's Objections [Dkt. No. 457].

WHEREFORE, Creditor Rodney Drinnon respectfully prays that the Court deny confirmation of the Plan and all other relief to which he is justly entitled.

Respectfully submitted,

**MCCATHERN HOUSTON**

By: */s/ Rodney L. Drinnon*
**Rodney L. Drinnon**
Federal Bar No. 6059446
Texas Bar No. 24047841
rdrinnon@mccathernlaw.com
2000 West Loop S., Suite 1850
Houston, Texas 77027
Tel. (832) 533-8689
Fax (832) 213-4842

---

[2] *See* Dkt. No. 410 by Arin-Air, Inc.

          **ATTORNEY FOR RODNEY DRINNON**

**OF COUNSEL:**
**MCCATHERN HOUSTON**

David L. Clark
dclark@mccathernlaw.com
Texas Bar No. 24036367
Federal Bar No. 613938
2000 West Loop South, Suite 1850
Houston, TX 77027
Tel. (832) 533-8689
Fax (832) 213-4842

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 10, 2024, a true and correct copy of this document was served via the Court's CM/ECF system on the Chapter 11 Trustee, the Debtor's counsel of record and all others who are deemed to have consented to ECF electronic service, and by mailing, first class, postage prepaid, to each of the parties on the attached mailing matrix.

                                          */s/Rodney L. Drinnon*
                                          Rodney L. Drinnon

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-34815<br>Southern District of Texas<br>Houston<br>Mon Jun  3 15:55:13 CDT 2024 | 2425 WL, LLC<br>2425 West Loop South 11th floor<br>Houston, TX 77027-4304 | CC2 TX, LLC<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road Suite 850<br>Dallas, TX 75251-1364 |
| City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Galleria 2425 Owner, LLC<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 |
| Hayward PLLC<br>c/o Melissa Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| National Bank of Kuwait, S.A.K.P., New York | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729-4422 |
| 2425 West Loop, LLC<br>2000 Hughes Landing Blvd., Suite 815<br>The Woodlands, Texas 77380-4142 | ADT<br>PO Box 382109<br>Pittsburgh, PA 15251-8109 | Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027-9084 |
| Arin-Air, Inc.<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 | Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441-2013 | CC2 TX, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 |
| CFI Mechanical, Inc<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674-7619 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 |
| Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Environmental Coalition Inc<br>PO Box 1568<br>Stafford, TX 77497-1568 |
| Ferguson Facilities Supplies<br>PO Box 200184<br>San Antonio, TX 78220-0184 | Firetron<br>PO Box 1604<br>Stafford, TX 77497-1604 | (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 |

```
Gulfstream Legal Group                H.N.B. Construction, LLC              HNB Construction, LLC
1300 Texas St                         c/o Malcolm D. Dishongh                521 Woodhaven
Houston, TX 77002-3509                PO Box 2347                            Ingleside, TX 78362-4678
                                      Humble, TX 77347-2347


Hayward PLLC                          Houston Community College System       Houston ISD
c/o Melissa S. Hayward                c/o Tara L. Grundemeier                c/o Tara L. Grundemeier
10501 N. Central Expy., Ste. 106      Linebarger Goggan Blair & Sampson LLP  Linebarger Goggan Blair & Sampson LLP
Dallas, TX 75231-2203                 PO Box 3064                            PO Box 3064
                                      Houston, TX 77253-3064                 Houston, TX 77253-3064


Jetall Companies, Inc                 Kings 111 Emergency Communications     Lexitas
1001 West Loop South Ste 700          751 Canyon Drive, Suite 100            PO Box Box 734298 Dept 2012
Houston, TX 77027-9033                Coppell, TX 75019-3857                 Dallas, TX 75373-4298


Lloyd E. Kelley                       Logix Fiber Networks                   MacGeorge Law Firm
2726 Bissonent Suite 240              PO Box 734120                          2921 E 17th St Blgd D Suite 6
Houston, TX 77005-1352                Dallas, TX 75373-4120                  Austin, TX 78702-1572


Mueller Water Treatment               Naissance Galleria, LLC                National Bank of Kuwait
1500 Sherwood Forest Dr.              c/o Law Office of Nima Taherian        299 Park Ave. 17th Floor
Houston, TX 77043-3899                701 N. Post Oak Rd. Ste 216            New York, NY 10171-0023
                                      Houston, TX 77024-3868


Nationwide Security                   Nichamoff Law Firm                     Rodney L. Drinnon
2425 W Loop S 300                     2444 Times Blvd 270                    2000 West Loop S, Ste. 1850,
Houston, TX 77027-4205                Houston, TX 77005-3253                 Houston, Texas 77027-3744


TKE                                   U.S. Trustee's Office                  US Retailers LLC d/b/a Cirro Energy
3100 Interstate North Cir SE  500     515 Rusk, Suite 3516                   Attention: Bankruptcy Department
Atlanta, GA 30339-2296                Houston, Texas 77002-2604              PO Box 3606
                                                                             Houston, TX 77253-3606


US Trustee                            Waste Management                       Zindler Cleaning Service Co
Office of the US Trustee              PO Box 660345                          2450 Fondren 113
515 Rusk Ave                          Dallas, TX 75266-0345                  Houston, TX 77063-2314
Ste 3516
Houston, TX 77002-2604


Ali Choudhri                          Christopher R Murray                   James Q. Pope
24256 West Loop South                 Jones Murray LLP                       The Pope Law Firm
11th Floor                            602 Sawyer St                          6161 Savoy Drive
Houston, TX 77027                     Ste 400                                Ste 1125
                                      Houston, TX 77007-7510                 Houston, TX 77036-3343


Reese W Baker                         Rodney Drinnon
Baker & Associates                    McCathern Houston
950 Echo Lane                         2000 W Loop S
Suite 300                             Ste. 1850
Houston, TX 77024-2824                Houston, TX 77027-3744
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | (d)Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 |
| (d)Harris County, et al<br>PO Box 2928<br>Houston, TX 77252 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2425 West Loop, LLC | (u)Sonder USA Inc. | (d)Arin-Air, LLC<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 |
| (du)Sonder USA Inc. | (u)Azeemeh Zaheer | (u)Jack Rose |

End of Label Matrix
Mailable recipients     58
Bypassed recipients      6
Total                   64