United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

## ORDER

Before the Court is the Emergency Motion to Prohibit Credit Bidding, to Continue Auction Sale and to Allow 2425 WL, LLC to Pursue Claims Against NBK (ECF No. 463) filed by the debtor. There is already a pending Motion for Entry of an Order Prohibiting Credit Bidding filed by 2425 WL, LLC and Ali Choudhri at ECF No. 353. This motion was filed on May 20, 2024, self-calendared for June 18, 2024, and the Court reset it for hearing on May 21, 2024, to 9:00 a.m. on June 17, 2024 (ECF No. 355). This issue of credit bidding has been pending since May 20, 2024, and was specifically referenced in the Court's order of May 21, 2024,[1] which was **an order on the movant's own motion at ECF No. 344**. If litigating parties want to ignore legal issues and then at the last-minute seek emergency consideration of a motion already pending before the court, they do so at their own peril. This motion is untimely, given the prior motion, and this Court's prior order. It is the Court's belief that this motion was purposely filed late and filed in bad faith.

**ACCORDINGLY, IT IS ORDERED** that the Emergency Motion to Prohibit Credit Bidding, to Continue Auction Sale and to Allow 2425 WL, LLC to Pursue Claims Against NBK, is denied with prejudice. However, the Court will allow the movant to file a responsive pleading to the pending motion (ECF No. 353) by 5:00 p.m. on June 12, 2024.

SIGNED 06/11/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 359, page two.