## **INDEX OF EXHIBITS**

Exhibit A—Notice of Proposed Deposition

Exhibit B—Notice of June 6 Deposition

Exhibit C—June 5, 2024, Communications

Exhibit D—Email Cancelling June 6 Deposition

Exhibit E—Notification Email Indicating A. Choudhri Accessing Trustee's Production

Exhibit F—Trustee's Notice of Deposition of 2425 WL LLC

Exhibit G—Trustee's Notice of Deposition of the Debtor

Exhibit H—Trustee's Deposition Subpoena re 2425 WL LLC

Exhibit I—Trustee's Document Subpoena re 2425 WL LLC

Exhibit J—Trustee's Deposition Subpoena re Debtor

Exhibit K—Trustee's Document Subpoena re Debtor

Exhibit L—May 16, 2024, Communication re Trustee's availability

Exhibit M—June 10, 2024, Communications re Rescheduling Deposition

Exhibit N—June 10, 2024, at 11:42 p.m. Email Sending Notice of Proposed Deposition

Exhibit O—June 11, 2024, Email re Alternative Arrangements