# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 Owner, LLC. | § | |
|    Debtor | § | Chapter 11 |

## DEBTOR'S NOTICE TO TAKE THE ORAL DEPOSITION, DUCES TECUM OF CHRISTOPHER MURRAY, TRUSTEE

To:    Christopher Murray, Trustee, by and through his attorney of record, R.J. Shannon, Shannon & Lee, LLP, .700 Milam Street, Suite 1300, Houston, TX 77992

Please take notice that at 9:00 a.m. CST on June 13, 2024, and continuing thereafter from day to day until completed, Creditor 2425 WL, LLC, by and through its attorneys of record, Barron & Newburger, P.C. and/or Steidley Law Firm, will take the oral deposition of Charles Murray, Trustee, before an official court reporter authorized to administer oath at 2425 West Loop South, Houston, TX 77027. The deposition will continue from day to day until completed. The deposition will be used for any purpose allowed by law and as evidence in the trial of this matter. The deposition may be videotaped Rule 30(b)(3).  The deposition is being taken in the following contested matters:

(a) Motion for Sale of Real Property Free and Clear of Liens (Dkt. #188)

(b) Chapter 11 Plan of Liquidation of the Debtor By National Bank of Kuwait, S.A.K.P., New York Branch (Dkt. #194)

(c) Any other contested matters pending before the court.

Please take further notice that the witness is commanded to produce at the commencement of the deposition, any and all items listed in Exhibit "A" which is attached hereto.

1

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 476-9253

By:     /s/ Mark E. Smith
Mark E. Smith
State Bar No. 24070639
msmith@bn-lawyers.com
David N. Stern
State Bar No. 24103634
dstern@bn-lawyers.com
Stephen Sather
State Bar No 17657520
ssather@bn-lawyers.com

ATTORNEY FOR
CREDITOR, 2425 WL, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served upon the parties listed below on this the 10th[th] day of June, 2024 and to the parties on the attached list:

**Christopher R Murray**
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007

**R. J. Shannon**
Shannon & Lee LLP
2100 Travis Street, STE 1525
Houston, TX 77002

/s/ Mark E. Smith
Mark E. Smith

2