# **EXHIBIT G**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) |
| Debtor. | ) Case No. 23-34815 |
| | ) |

**NOTICE OF DEPOSITION OF AND SUBPOENA DUCES TECUM TO THE DEBTOR**

PLEASE TAKE NOTICE that Christopher R. Murray, the chapter 11 trustee in the above-captioned case (the "Trustee") intends to take the deposition (the "Deposition") upon oral examination of Galleria 2425 Owner, LLC (the "Deponent") pursuant to Fed. R. Civ. P. 30(b)(6) in connection with the confirmation of the Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait S.A.K.P., New York Branch [Dkt No. 194] and any other contested matter pending in the above-captioned case on **June 12, 2024, at 10:00 a.m.**, or other such time and location agreed upon by the parties, and shall continue day to day, excluding weekends and holidays unless otherwise agreed to by the parties, until completed. The Deposition will be conducted at the offices of Jones & Murray LLP, 602 Sawyer Street, Suite 400, Houston, Texas 77007. The Deponent is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of the Deponent concerning the subject matter described in Attachment A hereto.

PLEASE TAKE FURTHER NOTICE that the Deposition will be recorded by stenographic means. The stenographic recording will be taken before Veritext, 4295 San Felipe Street, Suite 125, Houston, TX 77027, or another court reporting service through a person authorized to administer oaths pursuant to Rule 28(a) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in connection with the Deposition, the Trustee will serve a subpoena duces tecum designating the documents indicated in Attachment B hereto for production prior to the Deposition.

PLEASE TAKE FURTHER NOTICE that the witness should have a government-issued identification to provide to the court reporter/notary to confirm his identity at the commencement of the deposition and before being sworn.

Dated: May 21, 2024

Respectfully submitted,

SHANNON & LEE LLP

*/s/R. J. Shannon*
Kyung S. Lee (TBA No. 12128400)
R. J. Shannon (TBA No. 24108062)
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
Email: klee@shannonleellp.com
         rshannon@shannonleellp.com

*Counsel to the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 21, 2024, a true and correct copy of the foregoing document was served via (a) U.S.P.S. first class mail on the parties indicated in the attached service list and (b) U.S.P.S. first class mail and email on the following parties:

Stephen W Sather
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731
ssather@bn-lawyers.com

Andrew M. Troop
PILLSBURY WINTHROP SHALL PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
andrew.troop@pillsburylaw.com

Reese W. Baker
BAKER & ASSOCIATES
950 Echo Lane, Suite 300
Houston, Texas 77024
reese.baker@bakerassociates.net

Ali Choudhri
2425 West Loop South 11th Floor
Houston, TX 77027
ali@jetallcapital.com

*R. J. Shannon*
R. J. Shannon

2

```
Label Matrix for local noticing          2425 WL, LLC                              CC2 TX, LLC
0541-4                                    2425 West Loop South 11th floor           c/o Howard Marc Spector
Case 23-34815                             Houston, TX 77027-4304                    Spector & Cox, PLLC
Southern District of Texas                                                          12770 Coit Road Suite 850
Houston                                                                             Dallas, TX 75251-1364
Tue May 21 12:20:59 CDT 2024

City of Houston                           Galleria 2425 Owner, LLC                  (p)HARRIS COUNTY ATTORNEY'S OFFICE
Linebarger Goggan Blair & Sampson LLP     1001 West Loop South 700                  P O BOX 2928
c/o Tara L. Grundemeier                   Houston, TX 77027-9084                    HOUSTON TX 77252-2928
PO Box 3064
Houston, TX 77253-3064

Hayward PLLC                              Houston Community College System          Houston ISD
c/o Melissa Hayward                       Linebarger Goggan Blair & Sampson LLP     Linebarger Goggan Blair & Sampson LLP
10501 N. Central Expy., Ste. 106          c/o Tara L. Grundemeier                   c/o Tara L. Grundemeier
Dallas, TX 75231-2203                     PO Box 3064                               PO Box 3064
                                          Houston, TX 77253-3064                    Houston, TX 77253-3064

National Bank of Kuwait, S.A.K.P., New York    4                                    2425 WL, LLC
                                          United States Bankruptcy Court            13498 Pond Springs Rd.
                                          PO Box 61010                              Austin, TX 78729-4422
                                          Houston, TX 77208-1010

2425 West Loop, LLC                       ADT                                       Ali Choudhry
2000 Hughes Landing Blvd., Suite 815      PO Box 382109                             1001 West Loop South 700
The Woodlands, Texas 77380-4142           Pittsburgh, PA 15251-8109                 Houston, TX 77027-9084

Arin-Air, Inc.                            Ash Automated Control Systems, LLC        CC2 TX, LLC
5710 Brittmoore Rd. #13                   PO Box 1113                               14800 Landmark Blvd., Suite 400
Houston, TX 77041-5627                    Fulshear, TX 77441-2013                   Dallas, TX 75254-7598

CFI Mechanical, Inc                       CNA Insurance Co                          Caz Creek Lending
6109 Brittmoore Rd                        PO Box 74007619                           118 Vintage Park Blvd No. W
Houston, TX 77041-5610                    Chicago, IL 60674-7619                    Houston, TX 77070-4095

Cirro Electric                            City of Houston                           City of Houston
PO Box 60004                              PO Box 1560                               c/o Tara L. Grundemeier
Dallas, TX 75266                          Houston, TX 77251-1560                    Linebarger Goggan Blair & Sampson LLP
                                                                                    PO Box 3064
                                                                                    Houston, TX 77253-3064

Comcast                                   Datawatch Systems                         Environmental Coalition Inc
PO Box 60533                              4520 East West Highway 200                PO Box 1568
City of Industry, CA 91716-0533           Bethesda, MD 20814-3382                   Stafford, TX 77497-1568

Ferguson Facilities Supplies              Firetron                                  (p)FIRST INSURANCE FUNDING
PO Box 200184                             PO Box 1604                               450 SKOKIE BLVD SUITE 1000
San Antonio, TX 78220-0184                Stafford, TX 77497-1604                   NORTHBROOK IL 60062-7917
```

Gulfstream Legal Group
1300 Texas St
Houston, TX 77002-3509

H.N.B. Construction, LLC
c/o Malcolm D. Dishongh
PO Box 2347
Humble, TX 77347-2347

HNB Construction, LLC
521 Woodhaven
Ingleside, TX 78362-4678

Hayward PLLC
c/o Melissa S. Hayward
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Jetall Companies, Inc
1001 West Loop South Ste 700
Houston, TX 77027-9033

Kings 111 Emergency Communications
751 Canyon Drive, Suite 100
Coppell, TX 75019-3857

Lexitas
PO Box Box 734298 Dept 2012
Dallas, TX 75373-4298

Lloyd E. Kelley
2726 Bissonnet Suite 240
Houston, TX 77005-1352

Logix Fiber Networks
PO Box 734120
Dallas, TX 75373-4120

MacGeorge Law Firm
2921 E 17th St Blgd D Suite 6
Austin, TX 78702-1572

Mueller Water Treatment
1500 Sherwood Forest Dr.
Houston, TX 77043-3899

Naissance Galleria, LLC
c/o Law Office of Nima Taherian
701 N. Post Oak Rd. Ste 216
Houston, TX 77024-3868

National Bank of Kuwait
299 Park Ave. 17th Floor
New York, NY 10171-0023

Nationwide Security
2425 W Loop S 300
Houston, TX 77027-4205

Nichamoff Law Firm
2444 Times Blvd 270
Houston, TX 77005-3253

Rodney L. Drinnon
2000 West Loop S, Ste. 1850,
Houston, Texas 77027-3744

TKE
3100 Interstate North Cir SE  500
Atlanta, GA 30339-2296

U.S. Trustee's Office
515 Rusk, Suite 3516
Houston, Texas 77002-2604

US Retailers LLC d/b/a Cirro Energy
Attention: Bankruptcy Department
PO Box 3606
Houston, TX 77253-3606

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Waste Management
PO Box 660345
Dallas, TX 75266-0345

Zindler Cleaning Service Co
2450 Fondren 113
Houston, TX 77063-2314

Ali Choudhri
24256 West Loop South
11th Floor
Houston, TX 77027

Christopher R Murray
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007-7510

James Q. Pope
The Pope Law Firm
6161 Savoy Drive
Ste 1125
Houston, TX 77036-3343

Reese W Baker
Baker & Associates
950 Echo Lane
Suite 300
Houston, TX 77024-2824

Rodney Drinnon
McCathern Houston
2000 W Loop S
Ste. 1850
Houston, TX 77027-3744

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County, ATTN: Property Tax Division
Harris County Attorney's Office
P.O. Box 2928
Houston, TX 77252-2928 United States

First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062

(d)Harris County Tax Assessor
PO Box 4622
Houston, TX 77210

(d)Harris County, et al
PO Box 2928
Houston, TX 77252

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2425 West Loop, LLC

(u)Sonder USA Inc.

(d)Arin-Air, LLC
5710 Brittmoore Rd. #13
Houston, TX 77041-5627

(du)Sonder USA Inc.

(u)Jack Rose

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63

## ATTACHMENT A

### DEPOSITION TOPICS

Pursuant to Fed. R. Civ. P. 30(b)(6), Christopher R. Murray (the "Trustee"), the chapter 11 Trustee in the above-captioned case, will conduct a deposition of Galleria 2425 Owner, LLC on the following topics (the "Topics") indicated below.

### Definitions

The following definitions of terms apply to the Topics. Unless otherwise defined herein, all words and phrases used herein shall be accorded their usual meanings and shall be interpreted in their common, ordinary sense.

1.      "2425 WL" means 2425 WL, LLC, along with its agents, employees, attorneys, representatives, affiliates, consultations, and all other persons acting or purporting to act on its behalf.

2.      "2425 WL DOT" means the 'Deed of Trust' between the Debtor and 2425 WL filed in the real property records of Harris County on May 11, 2021.

3.      "2425 WL Note" means the notice indicated in the 2425 WL DOT.

4.      "Affiliate" has the meaning set forth in 11 U.S.C. § 101(2).

5.      The terms "Communication" or "Communications" means the statement or transmission of facts, information, advice, counsel, and/or inquiry from one person to another, whether orally, in writing, by acts or actions, by signs, by appearances, electronically, telephonically, or otherwise.

6.      "Choudhri" means the individual commonly referred to as Ali Choudhri who asserts to be in control of the Debtor and has appeared in his individual capacity in the Current

Chapter 11 Case and his agents, employees, attorneys, representatives, consultants, and all other persons acting or purporting to act on his behalf.

7.      "Current Chapter 11 Case" means Case No. 23-24815 before the United States Bankruptcy Court for the Southern District of Texas.

8.      "Confidential Settlement Agreement" the Document titled 'Confidential Settlement Agreement' dated August 22, 2022, and signed by (a) Marwan Isbaih on behalf of NBK, (b) Choudhri on behalf of the Debtor, (c) Choudhri on behalf of Naissance Galleria, LLC., and (d) Choudhri in his individual capacity.

9.      "Debtor," "You," "Your", or Yours" means Galleria 2425 Owner, LLC, along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

10.     "Document" shall be given the broadest possible interpretation consistent with the applicable rules of procedure, including but not limited to, the original or a copy of any graphic material of any kind or nature whatsoever, including electronically stored information, however produced or reproduced, any writing, drawing, graph, chart, photograph, telephone record, tape recording, video tape, or other data compilation in which information can be reproduced or obtained, including computer tapes, disks, storage devices, or print-outs, which are in your possession, custody, control, or known by you to exist, including, without limiting the generality of the foregoing, all drafts, contracts, diaries, calendars, desk pads, correspondence, communications, emails, memoranda, notes, studies, reports, lists, minutes, and entries in books of any account relating or referring in any way to the subject matter of these requests. The term "Document" shall also mean all copies of a documents by whatever means made, except where a

document is identified or produced, identical copies which do not contain any markings, additions, or deletions, different from the original document, need not be separately identified or produced.

11.     "Jetall" means Jetall Companies, Inc. along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

12.     "Jetall Lease" means the 'Lease Agreement' dated May 13, 2015, between 2425 West Loop, LP and Jetall and subsequent amendments thereto.

13.     "Jetall Lease 2016 Amendment" means the 'First Amendment to Lease Agreement,' dated April 6, 2018, between 2425 WL and Jetall.

14.     "Jetall Lease 2019 Amendment" means the 'Second Amendment to Lease Agreement,' dated February 1, 2019, between the Debtor and Jetall.

15.     "Jetall Lease 2022 Amendment" means the 'Third Amendment to Lease Agreement,' dated August 1, 2022, between the Debtor and Jetall.

16.     "Naissance Galleria" means Naissance Galleria, LLC along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

17.     "NBK" means the National Bank of Kuwait, S.A.K.P., New York Branch, along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

18.     "NBK Loan" means the Loan Agreement dated May 23, 2018, among the Debtor and NBK and any Documents effectuating the transaction pursuant thereto, including (a) the 'Promissory Note' dated May 23. 2018, issued by the Debtor to NBK; (b) the 'Deed of Trust, Assignment of Rents and Profits, Security Agreement, and Fixture Filing' dated May 23, 2018,

among the Debtor and NBK; and (c) the 'Absolute Assignment of Leases and Rents' dated May 23, 2018, between the Debtor and NBK.

19.    "Person" has the meaning set forth in 11 U.S.C. § 101(41).

20.    "Real Property" means the real property located at 2425 West Loop South, Houston, TX, 77027, including the building and all other improvements thereon.

21.    "Settlement Statement" means the document titled 'Settlement Statement' reflecting the transaction in which the Debtor acquired the Real Property.

22.    "Trustee" means Christopher R. Murray

23.    The terms "and" and "or" shall be interpreted in every instance as meaning "and/or" and shall not, in either instance, be interpreted disjunctively to exclude any document or information otherwise within the scope of any description or request herein.

## Topics

1.    Your current and historic ownership, organizational, and management structure.

2.    The facts and circumstances surrounding Your acquisition of the Real Property from 2425 WL, including any financing related thereto.

3.    The facts and circumstances surrounding the 2425 WL DOT, including its (a) creation, (b) execution, and (c) filing.

4.    The facts and circumstances surrounding the 2425 WL Note, including its (a) creation, (b) execution, and (c) any consideration provided.

5.    The Jetall Lease 2018 Amendment, Jetall Lease 2019 Amendment, and Jetall Lease 2022 Amendment, including any disclosure or approval thereof.

6.    Facts and circumstances surrounding Your allegation that NBK breached the Confidential Settlement Agreement.

4

7.     Your efforts to market the Real Property for sale since August 22, 2022, and the results of any such marketing process.

8.     The facts and circumstances surrounding any offers or indications of interest to purchase the Real Property or NBK's position from August 22, 2022, to the present, including (a) the entities involved, (b) their relationship to the Debtor or Choudhri, and (c) any Documents reflecting such offers or indications of interest.

9.     Your negotiations with Paul Caldwell regarding any potential acquisition of the Real Property.

10.     The facts and circumstances surrounding Your allegations that Azeemah Zaheer assigned control over Naissance Galleria, including (a) any Documents or Communications reflecting or evidencing such assignment and (b) the execution of any such Documents.

11.     Any Document produced by or requested from You in advance of the Deposition.

## EXHIBIT B

## DOCUMENT PRODUCTION

Christopher R. Murray (the "<u>Trustee</u>") requests the production of documents (the "<u>Document Requests</u>") as set forth herein.

### Definitions

The following definitions of terms apply to these Document Requests. Unless otherwise defined herein, all words and phrases used herein shall be accorded their usual meanings and shall be interpreted in their common, ordinary sense.

1.      "2425 WL" means 2425 WL LLC, along with its agents, employees, attorneys, representatives, affiliates, consultations, and all other persons acting or purporting to act on its behalf.

2.      "2425 WL DOT" means the 'Deed of Trust' between the Debtor and 2425 WL filed in the real property records of Harris County on May 11, 2021.

3.      "2425 WL Note" means the notice indicated in the 2425 WL DOT.

4.      "Affiliate" has the meaning set forth in 11 U.S.C. § 101(2).

5.      The terms "Communication" or "Communications" means the statement or transmission of facts, information, advice, counsel, and/or inquiry from one person to another, whether orally, in writing, by acts or actions, by signs, by appearances, electronically, telephonically, or otherwise.

6.      "Choudhri" means the individual commonly referred to as Ali Choudhri who asserts to be in control of the Debtor and has appeared in his individual capacity in the Current Chapter 11 Case and his agents, employees, attorneys, representatives, consultants, and all other persons acting or purporting to act on his behalf.

7.     "Current Chapter 11 Case" means Case No. 23-24815 before the United States Bankruptcy Court for the Southern District of Texas.

8.     "Confidential Settlement Agreement" the Document titled 'Confidential Settlement Agreement' dated August 22, 2022, and signed by (a) Marwan Isbaih on behalf of NBK, (b) Choudhri on behalf of the Debtor, (c) Choudhri on behalf of Naissance Galleria, LLC., and (d) Choudhri in his individual capacity.

9.     "Debtor," "You," "Your", or "Yours" means Galleria 2425 Owner, LLC, along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

10.    "Document" shall be given the broadest possible interpretation consistent with the applicable rules of procedure, including but not limited to, the original or a copy of any graphic material of any kind or nature whatsoever, including electronically stored information, however produced or reproduced, any writing, drawing, graph, chart, photograph, telephone record, tape recording, video tape, or other data compilation in which information can be reproduced or obtained, including computer tapes, disks, storage devices, or print-outs, which are in your possession, custody, control, or known by you to exist, including, without limiting the generality of the foregoing, all drafts, contracts, diaries, calendars, desk pads, correspondence, communications, emails, memoranda, notes, studies, reports, lists, minutes, and entries in books of any account relating or referring in any way to the subject matter of these requests. The term "Document" shall also mean all copies of a document by whatever means made, except where a document is identified or produced, identical copies which do not contain any markings, additions, or deletions, different from the original document, need not be separately identified or produced.

11.    "Jetall" means Jetall Companies, Inc. along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

12.    "Jetall Lease" means the 'Lease Agreement' dated May 13, 2015, between 2425 West Loop, LP and Jetall and subsequent amendments thereto.

13.    "Jetall Lease 2016 Amendment" means the 'First Amendment to Lease Agreement' dated April 6, 2018, between 2425 WL and Jetall.

14.    "Jetall Lease 2019 Amendment" means the 'Second Amendment to Lease Agreement,' dated February 1, 2019, between the Debtor and Jetall.

15.    "Jetall Lease 2022 Amendment" means the 'Third Amendment to Lease Agreement,' dated August 1, 2022, between the Debtor and Jetall.

16.    "Naissance Galleria" means Naissance Galleria, LLC along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf.

17.    "NBK" means the National Bank of Kuwait, S.A.K.P., New York Branch, along with its agents, employees, attorneys, representatives, affiliates, consultants, and all other persons acting or purporting to act on its behalf

18.    "NBK Loan" means the Loan Agreement dated May 23, 2018, among the Debtor and NBK and any Documents effectuating the transaction pursuant thereto, including (a) the 'Promissory Note' dated May 23. 2018, issued by the Debtor to NBK; (b) the 'Deed of Trust, Assignment of Rents and Profits, Security Agreement, and Fixture Filing' dated May 23, 2018, among the Debtor and NBK; and (c) the 'Absolute Assignment of Leases and Rents' dated May 23, 2018, between the Debtor and NBK.

19.     "Person" has the meaning set forth in 11 U.S.C. § 101(41).

20.     "Real Property" means the real property located at 2425 West Loop South, Houston, TX, 77027, including the building and all other improvements thereon.

21.     "Settlement Statement" means the document titled Settlement Statement reflecting the transaction in which the Debtor acquired the Real Property.

22.     "Trustee" means Christopher R. Murray

23.     The terms "and" and "or" shall be interpreted in every instance as meaning "and/or" and shall not, in either instance, be interpreted disjunctively to exclude any document or information otherwise within the scope of any description or request herein.

## Instructions

1.     The preceding Definitions apply to these Instructions and each of the succeeding Document Requests.

2.     Documents covered by the Document Requests include all responsive Documents in Your possession, custody, or control.

3.     Each Document Request shall be deemed to be continuing in nature. If at any time additional Documents responsive to the Document Requests come into Your possession, custody, or control or are brought to Your attention, prompt supplementation of Your response to these Document Requests is required.

4.     If, in responding to the Document Requests, You believe there are ambiguities in a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

5.     You shall produce all Documents in the manner in which they are maintained in the ordinary course of you business, and/or You shall organize and label the Documents to correspond

with the categories in this request. A request for a Document shall be deemed to include a request for any and all file folders within which the Document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the Document in addition to the Document itself.

6.      Documents attached to each other should not be separated.

7.      Except as provided in the following paragraph, the responsive material and documents should be produced in Native Format and converted into searchable Tagged Image File Format (FIFF), unless otherwise specified. All metadata associated with the responsive material and documents shall be maintained. For material documents that cannot be converted into TIFF, notify the requesting party of the intended form of production that is either reasonably usable or as it is ordinarily kept. All data responsive to the requests shall be provided in user-readable format (.txt or similar file types), or as otherwise agreed in supplemental writing by the parties. For any electronically stored information produced:

a.      *Searchable Database Files*: Provide document images and database load files that are in a standard format with the following minimum characteristics:

i.      *Images*: Images will be delivered in multi-page TIFF images, scanned at 300 dpi or more. Each imaged page will be branded with a unique sequential number consisting of an alpha prefix and numeric digits ("Bates Number");

ii.     *Document Breaks*: Physical document boundaries will be capted during scanning and the load file will reflect those document boundaries. A document break will indicate where folders, redwells, binders, clips, ruber bands, staples, etc. originally appeared; and

b.      *OCR Data*: Document OCR will be performed. OCR will be provided on a document level.

    c.   *Document Index*: For each document production, you shall provide an index containing the following values for each document:

        i.   Beginning Bates Number;

        ii.   Ending Bates Number; and

        iii.   The Document's custodian.

8.     To the extent that You believe production according to the preceding paragraph is unduly burdensome, You shall (a) produce responsive material in a manner that provides substantially the same information as above and (b) advise the Trustee and his counsel of the manner of production and the particular requirements of the preceding paragraph You believe were unduly burdensome and with which You are not complying.

9.     If any document within the scope of this request has been destroyed, that Document shall be identified including identification of (i) its author(s); (ii) intended or unintended recipient(s); (iii) addressee(s); (iv) intended or unintended recipients of bling copies; (v) date; and (vi) subject matter. The circumstances of such destruction shall be set forth, and any Documents relating to such destruction shall be produced.

10.    In producing Documents and other materials, You are requested to furnish all Documents or things in Your possession, custody, or control, regardless of whether such Documents or materials are possessed by You directly.

11.    If You object to any part of any request, You shall state fully the nature of the objection. Notwithstanding any objections, You shall nonetheless comply fully with the other parts of the request not objected to.

12.     The Trustee reserves the right to request additional documents as needed and to submit additional or supplemental document requests, provided, further, that the Trustee expressly reserves his rights to supplement or amend the Document Requests.

### Document Requests

1.     All documents reflecting, describing, or evidencing Your corporate structure and management, including but not limited to any (a) company agreement, (b) the membership interests in the Debtor (c) management of the Debtor, and (d) basis for Choudhri to act on behalf of the Debtor.

2.     Communications or Documents referencing, describing, or evidencing the preparation and drafting of the 2425 WL Note.

3.     Communications and other Documents referencing, describing, or evidencing any consideration 2425 WL provided to the Debtor in exchange for the Note.

4.     Communications and other Documents referencing, describing, or evidencing any indebtedness of the Debtor to 2425 WL prior to May 11, 2021.

5.     Communications or Documents referencing, describing, or evidencing any indebtedness of the Debtor to 2425 WL on or after May 11, 2021.

6.     Communications or Documents referencing, describing, or related to the 2425 WL DOT, including its execution.

7.     Communications or Documents exchanged with Azeemah Zaheer, Naissance Capital Real Estate, LLC, or Galleria 2425 JV, LLC regarding the 2425 WL Note.

8.     Communications or Documents referencing, describing, or evidencing the distribution of funds from the closing of your acquisition of the Real Property from 2425 WL.

9.     The final version and any drafts of the Settlement Statement.

10.    Communications or Documents referencing, describing, or evidencing the preparation of the Settlement Statement.

11.    Communications or Documents referencing, describing, or evidencing the "Seller Credit" indicated on the Settlement Statement.

12.    All Communications or Documents exchanged with NBK in connection with the sale of the Real Property on or before May 23, 2018.

13.    All Communications or Documents exchanged with 2425 WL in connection with the Sale of the Real Property on or before May 23, 2018.

14.    All communications or Documents exchanged with Jetall, the Debtor, or NBK regarding the Jetall Lease 2016 Amendment, the Jetall Lease 2019 Amendment, and/or Jetall Lease 2022 Amendment.

15.    All Communications or Documents providing Choudhri authority to act on behalf of the Debtor.

16.    All Communications or Documents providing Choudhri's authority to act on behalf of Galleria 2425 JV, LLC.

17.    All Communications or Documents reflecting an obligation of the Debtor to Jetall Capital, LLC.

18.    All Communications or Documents reflecting an obligation of the Debtor to Ali Choudhri.