# **EXHIBIT L**

# FW: Deposition

---

**From: R. J. Shannon <rshannon@shannonleellp.com>**      Thu, May 16, 2024 at 9:37 AM CDT (GMT-05:00)
To: Steve Sather <ssather@bn-lawyers.com>; reese.baker@bakerassociates.net <Reese.Baker@bakerassociates.net>; Ali @ Jetall <ali@jetallcapital.com>

The Trustee is available on June 6, 7, 10, or 14. When would (a) Choudhri, (b) a representative for the Debtor, and (c) a representative for 2425 WL be available from June 6-14?

Also, FYI, below is the email to Steve this morning and attached is the draft 2004 Notice for 2425 WL. We'll get ones for Choudhri and the Debtor but figure it makes sense to get dates first.

**R. J. Shannon**
Partner
**Shannon & Lee LLP**
Cell: (512) 693-9294

---

**From:** R. J. Shannon <rshannon@shannonleellp.com>
**Date:** Thursday, May 16, 2024 at 7:59 AM
**To:** Steve Sather <ssather@bn-lawyers.com>
**Subject:** Re: Deposition

If you want 26 requests with many of them having multiple parts, we are not going be able to reduce the time that would otherwise required. Why don't you try to pare that back? It's not clear how some of that stuff is relevant to confirmation anyway.

To speed things up either way, any issue with a protective order (a) confirming no waiver of privilege and (b) saying that you would keep the documents confidential other than with respect to hearings before the Court? I think we would need that anyway. You are asking for documents about ongoing negotiations.

We are still putting together the list for Choudhri personally, but attached is a draft for 2425 WL. Please let us know the availability for that. We're asking for fewer documents, so similar timing shouldn't be a problem.

**R. J. Shannon**
Partner
**Shannon & Lee LLP**
Cell: (512) 693-9294

---

**From:** Steve Sather <ssather@bn-lawyers.com>
**Date:** Thursday, May 16, 2024 at 7:15 AM
**To:** R. J. Shannon <rshannon@shannonleellp.com>
**Subject:** Re: Deposition

---

**From:** R. J. Shannon <rshannon@shannonleellp.com>
**Sent:** Wednesday, May 15, 2024 6:07 PM
**To:** Steve Sather <ssather@bn-lawyers.com>
**Cc:** Reese Baker <Reese.Baker@bakerassociates.net>; Ali @ Jetall <ali@jetallcapital.com>
**Subject:** Re: Deposition

I have forwarded to Chris and will respond. I know we've been discussing deposing Choudhri / 30(b)(6) of the Debtor & Jetall anyway so could do them together.

As for the documents, I think it would depend on what you are requesting and how much time it would take to gather them. Can you provide the requests?

R. J. Shannon
Shannon & Lee LLP
512-693-9294

---

**From:** Steve Sather <ssather@bn-lawyers.com>
**Sent:** Wednesday, May 15, 2024 5:53:50 PM
**To:** R. J. Shannon <rshannon@shannonleellp.com>
**Cc:** Reese Baker <Reese.Baker@bakerassociates.net>; Ali @ Jetall <ali@jetallcapital.com>
**Subject:** Deposition

The Debtor, 2425 WL and Ali Choudhri would like to depose the trustee in connection with the plan. Could you please provide us several dates in June to choose from. I will not be taking the deposition myself so it can take place while I am on vacation.  We will also want to shorten the time to produce documents to 14 days. Please let me know if you will agree to this without a motion. Thank you.

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy., Suite 400
Austin, TX 78731
512.649.3243 |Direct
512.476.9103, x-220 |Office
512.653.1009 |Cell
ssather@bn-lawyers.com





PURSUANT TO DEPARTMENT OF TREASURY CIRCULAR 230, THIS ELECTRONIC MAIL AND ANY ATTACHMENT HERETO, IS NOT INTENDED OR WRITTEN TO BE USED, AND MAY NOT BE USED BY THE RECIPIENT, FOR THE PURPOSES OF AVOIDING ANY FEDERAL TAX PENALTY WHICH MAY BE ASSERTED.  THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED.  IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.

---

## Attachments

- 3 - Galleria 2425 - 2425 WL Rule 2004 Examination.docx