# **EXHIBIT N**

# Notice of Deposition of Trustee

---

**From: Mark Smith <msmith@bn-lawyers.com>**  Mon, Jun 10, 2024 at 11:41 PM CDT (GMT-05:00)
To: R. J. Shannon <rshannon@shannonleellp.com>
Cc: Jeff Steidley <jeff@texlaw.us>; Jetall Legal <legal@jetallcompanies.com>

---

R.J.,

See attached notice of deposition.

Regards,

Mark

| | |
|---|---|
| Mark E. Smith<br>Barron & Newburger, PC<br>5555 West Loop South, Suite 235<br>Houston, TX 77401<br>713.955.6191  \|Office<br>msmith@bn-lawyers.com |  |

## Attachments

- 2024-06-10 Trustee - Notice of Deposition .pdf