United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GALLERIA 2425 OWNER, LLC, | ) | |
| | ) | Case No. 23-34815 |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING IN PART MOTION OF THE TRUSTEE FOR PROTECTIVE ORDER, OR IN THE ALTERNAITVE, TO QUASH, AND RELATED RELIEF
**(ECF No. 467)**

Before the Court is the Emergency Motion of the Trustee for Protective Order, or in the Alternative, to Quash, and Related Relief (the "Motion").[1] In the Motion, the Trustee requested, the entry of an order (a) providing that the deposition noticed by 2425 WL LLC for June 13, 2024, not be taken and (b) requiring 2425 WL LLC and its attorneys pay the expenses incurred by the estate in connection with the Motion after notice and the opportunity for a hearing. The Trustee requested that a hearing on whether 2425 WL LLC and its attorneys be required to pay expenses, and if so, the amount of such expenses be set at a later date. The Court, having considered the Motion and the entire record in the above-captioned case finds that the Motion should be GRANTED IN PART and the remaining issues be set for hearing as set out in this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Proposed Deposition of the Trustee scheduled for June 13, 2024, shall not be taken.

---

[1] All capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

PAGE | 1

2.    2425 WL LLC, any person controlling 2425 WL LLC, and any entities under common control with 2425 WL LLC shall re-notice any other deposition of the Trustee only after meaningful attempts to confer as to a mutually agreeable date for such deposition. To the extent a date cannot be agreed upon, any deposition noticed by such entities must provide for reasonable notice under the circumstances.

3.    An evidentiary hearing on the remaining relief requested in the Motion shall be held on June 17, 2024 at 9:00 am..

Signed: June 11, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

Proposed Order Submitted By:

/s/R. J. Shannon
Kyung S. Lee (TBA No. 12128400)
R. J. Shannon (TBA No. 24108062)
SHANNON & LEE LLP
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
Facsimile: (833) 714-5770
Email: klee@shannonleellp.com
       rshannon@shannonleellp.com

*Counsel to Christopher R. Murray, Chapter 11 Trustee*