

# 2425 W Loop S

*Jetall Companies*

## 3-Year Hold Period

*2425 W Loop S*
*Houston, TX*

June 1, 2023

**CBRE - Financial Consulting Group**

*JRB*

*Cash Flow Projections Based on Argus Enterprise Version 14.0.2*

**CBRE**

**2425 W Loop S**
*3-Year Hold Period*

PRICING MATRIX
(VARIABLE 'DISCOUNT RATE' / 'INTERNAL RATE OF RETURN')

### ALL CASH

| Estimated Value [1] | Est. Value PSF [2] | Discount Rate (IRR) | Capitalization Rates |  |  |  | Return on Cost | Equity Multiple | Cash-on-Cash Returns |  | Components of Value |  | Percentage of Value |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | In-Place | Year 1 | Year 2 | 3-Year Avg | Year 4 |  | Year 1 | 3-Year Average | Cash Flow | Residual [3] | % Cash Flow | % Residual |
| $38,929,000 | $134.48 | 14.00% | 4.15% | 3.65% | 1.70% | 2.95% | 9.94% | 1.44x | 2.59% | -11.14% | ($8,948,000) | $47,877,000 | -22.99% | 122.98% |
| $38,416,000 | $132.70 | 14.50% | 4.20% | 3.70% | 1.72% | 2.99% | 10.02% | 1.46x | 2.62% | -11.29% | ($8,837,000) | $47,253,000 | -23.00% | 123.00% |
| $37,912,000 | $130.96 | 15.00% | 4.26% | 3.74% | 1.74% | 3.03% | 10.11% | 1.48x | 2.66% | -11.44% | ($8,727,000) | $46,639,000 | -23.02% | 123.02% |
| $37,416,000 | $129.25 | 15.50% | 4.32% | 3.79% | 1.77% | 3.07% | 10.19% | 1.50x | 2.69% | -11.59% | ($8,620,000) | $46,036,000 | -23.04% | 123.04% |
| **$36,929,000** | **$127.57** | **16.00%** | **4.37%** | **3.84%** | **1.79%** | **3.11%** | **10.28%** | **1.51x** | **2.73%** | **-11.74%** | **($8,514,000)** | **$45,443,000** | **-23.05%** | **123.05%** |
| $36,451,000 | $125.92 | 16.50% | 4.43% | 3.89% | 1.81% | 3.15% | 10.36% | 1.53x | 2.76% | -11.89% | ($8,410,000) | $44,861,000 | -23.07% | 123.07% |
| $35,981,000 | $124.29 | 17.00% | 4.49% | 3.95% | 1.84% | 3.19% | 10.45% | 1.55x | 2.80% | -12.05% | ($8,307,000) | $44,288,000 | -23.09% | 123.09% |
| $35,518,000 | $122.69 | 17.50% | 4.55% | 4.00% | 1.86% | 3.24% | 10.53% | 1.57x | 2.84% | -12.21% | ($8,207,000) | $43,725,000 | -23.11% | 123.11% |
| $35,064,000 | $121.12 | 18.00% | 4.61% | 4.05% | 1.89% | 3.28% | 10.62% | 1.59x | 2.87% | -12.36% | ($8,108,000) | $43,172,000 | -23.12% | 123.12% |

### LEVERAGED

| Estimated Value [1] | Est. Value PSF [2] | Discount Rate (IRR) | Leveraged Cash-on-Cash Returns |  |  |  | Initial Debt Yield (In-Place NOI) | Equity Multiple | Initial Loan Amount [4] | Initial Equity (with Loan Fees) | Components of Equity |  | Percentage of Equity |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Year 1 | Year 3 | 2-Year Avg | 3-Year Avg |  |  |  |  | Cash Flow | Residual | % Cash Flow | % Residual |
| $38,929,000 | $134.48 | 16.83% | -1.78% | -63.82% | -3.65% | -23.71% | 8.37% | 1.55x | $19,284,000 | $20,010,000 | ($9,125,000) | $29,135,000 | -45.60% | 145.60% |
| $38,416,000 | $132.70 | 17.74% | -1.71% | -64.49% | -3.75% | -24.00% | 8.49% | 1.59x | $19,029,000 | $19,747,000 | ($8,914,000) | $28,661,000 | -45.14% | 145.14% |
| $37,912,000 | $130.96 | 18.64% | -1.65% | -65.17% | -3.85% | -24.29% | 8.60% | 1.63x | $18,780,000 | $19,487,000 | ($8,714,000) | $28,201,000 | -44.72% | 144.72% |
| $37,416,000 | $129.25 | 19.54% | -1.58% | -65.85% | -3.95% | -24.58% | 8.71% | 1.67x | $18,534,000 | $19,233,000 | ($8,519,000) | $27,752,000 | -44.29% | 144.29% |
| **$36,929,000** | **$127.57** | **20.43%** | **-1.51%** | **-66.54%** | **-4.05%** | **-24.88%** | **8.83%** | **1.71x** | **$18,293,000** | **$18,982,000** | **($8,332,000)** | **$27,314,000** | **-43.89%** | **143.89%** |
| $36,451,000 | $125.92 | 21.32% | -1.44% | -67.24% | -4.15% | -25.18% | 8.94% | 1.75x | $18,056,000 | $18,737,000 | ($8,151,000) | $26,888,000 | -43.50% | 143.50% |
| $35,981,000 | $124.29 | 22.20% | -1.37% | -67.94% | -4.25% | -25.48% | 9.06% | 1.79x | $17,823,000 | $18,495,000 | ($7,977,000) | $26,472,000 | -43.13% | 143.13% |
| $35,518,000 | $122.69 | 23.08% | -1.30% | -68.65% | -4.36% | -25.79% | 9.18% | 1.83x | $17,594,000 | $18,257,000 | ($7,809,000) | $26,066,000 | -42.77% | 142.77% |
| $35,064,000 | $121.12 | 23.95% | -1.23% | -69.37% | -4.46% | -26.10% | 9.30% | 1.87x | $17,369,000 | $18,024,000 | ($7,646,000) | $25,670,000 | -42.42% | 142.42% |

[1] All Estimated Values reflect Real Estate Taxes reassessed as outlined on the 'Summary of Financial Assumptions. Real Estate Taxes have not been reassessed at each Estimated Value on this schedule.
[2] Based on 289,487 Square Feet.
[3] Residual Value is calculated using a residual cap rate of 7.50% with a 0.75% cost of sale, with a resulting Net Residual Value of $245 PSF.
[4] Market Debt based on 50% Loan-to-Value, 9.00% Interest Rate, Interest Only, and a 1.00% Loan Fee.



# 2425 W Loop S
### 3-Year Hold Period

## EXECUTIVE SUMMARY

### PROPERTY DESCRIPTION

| | | | |
|---|---|---|---|
| Property Type | Office | Size of Improvements | 289,487 SF |
| Property Owner | Jetall Companies | Currently Vacant as of 10/1/23 | 132,279 SF |
| Property Address | 2425 W Loop S | Current Occupancy as of 10/1/23 | 54.31% |
| | Houston, TX | Weighted-Average Lease Term Remaining | 3.58 Years |

### ACQUISITION AND RESIDUAL SUMMARY

| | | | | |
|---|---|---|---|---|
| **Purchase Price as of October 1, 2023** | | $128 PSF | $36,929,000 | [2] |
| Seller Credits | | $0 PSF | $0 | |
| **Net to Seller** | | **$128 PSF** | **$36,929,000** | |
| In-Place Capitalization Rate | 4.37% | 54.31% Occupancy | | |

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Capitalization Rate | 3.84% | 1.79% | 3.70% |
| Unleveraged Cash Return | 2.73% | -10.67% | -27.27% |
| Leveraged Cash Return | -1.51% | -6.59% | -66.54% |

| | 3-Year | 2-Year | 3-Year |
|---|---|---|---|
| Average Capitalization Rate | 3.11% | 2.82% | 3.11% |
| Average Cash Return | -11.74% | -3.97% | -11.74% |
| Average Leveraged Cash Return | -24.88% | -4.05% | -24.88% |

| | | |
|---|---|---|
| Net Residual Value as of September 30, 2026 | $245 PSF | $70,932,000 |
| Net Residual Value Adjusted For Inflation | $224 PSF | $64,912,828 |
| Return on Cost - Year 4 | | 10.28% |
| Residual Capitalization Rate | | 7.50% |
| Residual Cost of Sale | | 0.75% |
| NOI Compound Annual Growth Rate (CAGR) | | -8.01% |
| **ALL CASH IRR** | | **16.00%** |
| **ALL CASH EQUITY MULTIPLE** | | **1.51x** |

### LEVERAGE SUMMARY [1]

| | MARKET LOAN |
|---|---|
| Initial Loan Funding (as of Oct-23) | $18,293,008 |
| Loan-To-Value Ratio (Initial Funding) | 49.54% |
| Future Funding (TI/LC/CapEx) | $16,317,390  [3] |
| Total Loan Funding (Incl. Future Funding) | $34,610,398 |
| Total Loan-To-Cost (Incl. Future Funding) | 65.00% |
| Funding Date | Oct-23 |
| Maturity Date | Sep-26 |
| Remaining Loan Term During Analysis | 3.0 Years |
| Amortization Period | Interest Only |
| Interest Rate | 9.00% |
| Origination Fee on Total Loan Funding | 1.00% |
| Loan Constant | 9.00% |
| Initial Debt Yield | 8.83% |
| Debt Service Coverage Ratio (NOI) | 0.98x |
| Debt Service Coverage Ratio (CF) | 0.61x |
| Purchase Price as of October 1, 2023 | $36,929,376 |
| Total Initial Loan Principal | (18,293,008) |
| Total Initial Loan Fees | 346,104 |
| **Initial Equity** | **$18,982,472** |
| **LEVERAGED IRR** | **20.43%** |
| **LEVERAGED EQUITY MULTIPLE** | **1.71x** |

[1]  Leveraged analysis is based on financing that a particular investor may or may not be able to obtain.
[2]  All returns are based on Purchase Price. Seller Credits, if any, are included in the cash flows and shown here for informational purposes only.
[3]  In addition to Market Debt, analysis includes 100% Good News Funding on total TI/LC from vacant and second generation leasing for 36 months at 9% interest rate.

© 2023 CBRE, Inc. The information contained in this document has been obtained from sources believed reliable. While CBRE, Inc. does not doubt its accuracy, CBRE, Inc. has not verified it and makes no guarantee, warranty or representation about it. It is your responsibility to independently confirm its accuracy and completeness. Any projections, opinions, assumptions or estimates used are for example only and do not represent the current or future performance of the property. The value of this transaction to you depends on tax and other factors which should be evaluated by your tax, financial and legal advisors. You and your advisors should conduct a careful, independent investigation of the property to determine to your satisfaction the suitability of the property for your needs. CBRE and the CBRE logo are service marks of CBRE, Inc. and/or its affiliated or related companies in the United States and other countries. **This is an opinion of value or comparative market analysis and should not be considered an appraisal.** In making any decisions that rely upon this analysis, it should be noted that we have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation.



# 2425 W Loop S
*3-Year Hold Period*

## SUMMARY OF FINANCIAL ASSUMPTIONS

### GLOBAL

**Analysis Period**
| | |
|---|---|
| Commencement Date | Oct 1, 2023 |
| End Date | Sep 30, 2026 |
| Term | 3 Years |

**Area Measures (NRSF)**
| | |
|---|---|
| Rentable Square Feet | 289,487 SF |

**Growth Rates**
| | | | |
|---|---|---|---|
| Consumer Price Index (CPI) | | | 3.00% |
| Other Income Growth Rate | | | 3.00% |
| Operating Expenses | | | 3.00% |
| Real Estate Taxes | | | 3.00% |
| Market Rent Growth | | | |
| CY 2024 | - 0.00% | - | $25.00 PSF |
| CY 2025 | - 3.00% | - | $25.75 PSF |
| CY 2026 | - 3.00% | - | $26.52 PSF |
| CY 2027 | - 3.00% | - | $27.32 PSF |
| CY 2028 | - 3.00% | - | $28.14 PSF |
| CY 2029 | - 3.00% | - | $28.98 PSF |
| CY 2030 | - 3.00% | - | $29.85 PSF |
| CY 2031 | - 3.00% | - | $30.75 PSF |
| CY 2032 | - 3.00% | - | $31.67 PSF |
| CY 2033+ | - 3.00% | - | $32.62 PSF |

**General Vacancy Loss** — 12.00% [1]

**Capital Reserves (CY 2023 Value)** — $0.15 PSF

### VACANT SPACE LEASING

**Occupancy and Absorption**
| | |
|---|---|
| Currently Vacant as of 10/1/23 | 132,279 SF |
| Percentage Vacant at 10/1/23 | 45.69% |
| Absorption Period | 36 Month(s) |
| Absorption Period Start Date | Oct 1, 2023 |
| First Absorption Occurs On | Oct 1, 2024 |
| Last Absorption Occurs On | Oct 1, 2026 |

**Financial Terms & Tenanting Costs**
| | Partial Floor | Full Floor |
|---|---|---|
| 2023 Annual Market Rent | $25.00 PSF | $25.00 PSF |
| Rent Adjustment | $0.50 Annually | $0.50 Annually |
| Lease Term | 5 Years | 10 Years |
| Expense Reimbursement Type | NNN | NNN |
| Rent Abatements | 6.0 Month(s) | 12.0 Month(s) |
| Tenant Improvements ($/NRSF) | $50.00 PSF | $75.00 PSF |
| Commissions | 6.00% | 6.00% |

### MISCELLANEOUS REVENUE & EXPENSES [2]

| | |
|---|---|
| Operating Expense Source | 2023 Budget |
| Management Fee (% of EGR) | 1.50% |
| Real Estate Taxes Reassessed | Yes |

### SECOND GENERATION LEASING

| | Partial Floor | Full Floor |
|---|---|---|
| **Retention Ratio** | 70% | 70% |
| **Financial Terms** | | |
| 2023 Annual Market Rent | $25.00 PSF | $25.00 PSF |
| Rent Adjustment | $0.50 Annually | $0.50 Annually |
| Lease Term | 5 Years | 10 Years |
| Expense Reimbursement Type | NNN | NNN |
| **Tenanting Costs** | | |
| Rent Abatements (Base Rent+Reimb; Full Term Duration) | | |
| New | 6.0 Month(s) | 12.0 Month(s) |
| Renewal | 3.0 Month(s) | 6.0 Month(s) |
| Weighted Average | 3.90 Month(s) | 7.80 Month(s) |
| Tenant Improvements ($/NRSF) | | |
| New | $50.00 PSF | $75.00 PSF |
| Renewal | $25.00 PSF | $37.50 PSF |
| Weighted Average | $32.50 PSF | $48.75 PSF |
| Leasing Commissions (Base Rent+Reimb) | | |
| New | 6.00% | 6.00% |
| Renewal | 6.00% | 6.00% |
| Weighted Average | 6.00% | 6.00% |
| Downtime | | |
| New | 9 Month(s) | 9 Month(s) |
| Weighted Average | 3 Month(s) | 3 Month(s) |



# 2425 W Loop S
*3-Year Hold Period*

## SUMMARY OF FINANCIAL ASSUMPTIONS

**Notes:**
*All market rates are stated on calendar-year basis.*

[1] General Vacancy Loss factor includes losses attributable to projected lease-up or rollover downtime. All tenants are subject to this loss factor.

[2] <u>Miscellaneous Revenue:</u>
   a) Analysis includes Antenna Revenue assumed to continue through 07/26 based on agreements in place.
   b) For the purposes of stabilizing the residual year net operating income, analysis includes a Residual Abatement Credit for the residual year.

   <u>Operating Expenses:</u>
   a) Operating expenses for CY2023 based on 2023 Budget and assumed to grow 3% beginning CY2024.
   b) Real Estate Taxes for CY2023 are reassessed with a 2022 millage rate of 2.201889% as indicated on Harris County CAD. Real Estate Taxes are assumed to grow 3% annually beginning CY2024.
   c) Analysis factors in the Texas Margin Tax assuming 33.1% of 1% of EGR.

**CBRE**

**2425 W Loop S**
*3-Year Hold Period*

## CASH FLOW PROJECTIONS

| Fiscal Year Ending - September 30 | | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| Physical Occupancy | | 53.51% | 55.19% | 75.33% | 97.55% |
| Overall Economic Occupancy   [1] | | 59.63% | 49.65% | 52.42% | 67.09% |
| Weighted Average Market Rent | | $25.00 | $25.56 | $26.33 | $27.12 |
| Weighted Average In Place Rent  [2] | | $29.83 | $24.11 | $18.71 | $19.08 |
| Lease SF Expiring (Initial Term Only) | | 9,719 | 59,028 | 28,719 | 0 |
| Lease SF Expiring (Cumulative %) | | 3.36% | 23.75% | 33.67% | 33.67% |

| | [3] FY 2024 $/SF/YR | | | | |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Scheduled Base Rent | | | | | |
|    Gross Potential Rent | $27.81 | $8,051,584 | $7,962,645 | $7,883,916 | $7,920,571 |
|    Absorption & Turnover Vacancy | (11.62) | (3,364,644) | (3,311,423) | (1,868,401) | (187,728) |
|    Base Rent Abatements | (0.23) | (66,974) | (799,575) | (1,935,696) | (2,345,758) |
| Total Scheduled Base Rent | 15.96 | 4,619,966 | 3,851,647 | 4,079,818 | 5,387,085 |
|    Expense Recoveries | 1.78 | 515,476 | 996,500 | 2,190,276 | 3,610,550 |
|    Free Recovery | (0.12) | (34,465) | (409,923) | (997,382) | (1,247,327) |
|    Antenna Revenue | 0.06 | 18,405 | 18,957 | 16,248 | 0 |
|    Residual Abatement Credit | 0.00 | 0 | 0 | 0 | 3,593,085 |
| **TOTAL GROSS REVENUE** | 17.68 | 5,119,383 | 4,457,181 | 5,288,960 | 11,343,393 |
|    General Vacancy Loss | 0.00 | 0 | 0 | 0 | (1,196,006) |
| **EFFECTIVE GROSS REVENUE** | 17.68 | 5,119,383 | 4,457,181 | 5,288,960 | 10,147,387 |
| **OPERATING EXPENSES** | | | | | |
|    Utilities | (1.33) | (384,509) | (396,044) | (407,926) | (420,163) |
|    Cleaning | (0.60) | (174,946) | (180,194) | (185,600) | (191,168) |
|    Contract Labor | (0.09) | (26,994) | (27,804) | (28,638) | (29,497) |
|    Repairs & Maintenance | (2.24) | (648,291) | (667,739) | (687,771) | (708,405) |
|    General Building | (2.13) | (617,031) | (635,542) | (654,608) | (674,246) |
|    Security | (0.73) | (212,589) | (218,967) | (225,536) | (232,302) |
|    Lot & Landscape | (0.03) | (8,123) | (8,366) | (8,617) | (8,876) |
|    Garage | (0.50) | (144,034) | (148,355) | (152,806) | (157,390) |
|    General & Administrative | (1.23) | (356,971) | (367,680) | (378,711) | (390,072) |
|    Management Fee | (0.27) | (76,791) | (66,858) | (79,334) | (152,211) |
|    Insurance | (0.69) | (199,400) | (205,382) | (211,543) | (217,890) |
|    Real Estate Taxes | (2.88) | (833,030) | (858,021) | (883,761) | (910,274) |
|    Margin Tax | (0.06) | (16,945) | (14,753) | (17,506) | (33,588) |
| **TOTAL OPERATING EXPENSES** | (12.78) | (3,699,653) | (3,795,705) | (3,922,358) | (4,126,081) |
| **NET OPERATING INCOME** | 4.90 | 1,419,730 | 661,476 | 1,366,602 | 6,021,305 |
| **CAPITAL COSTS** | | | | | |
|    Tenant Improvements | (0.95) | (275,934) | (3,580,858) | (8,795,769) | (3,766,295) |
|    Leasing Commissions | (0.32) | (92,380) | (976,743) | (2,595,705) | (1,390,152) |
|    Capital Reserves | (0.15) | (44,400) | (45,732) | (47,104) | (48,517) |
| **TOTAL CAPITAL COSTS** | (1.43) | (412,715) | (4,603,333) | (11,438,578) | (5,204,964) |
| **OPERATING CASH FLOW** | $3.48 | $1,007,015 | ($3,941,857) | ($10,071,977) | $816,341 |
| **ACQUISITION & RESIDUAL SALE** | | | | | |
|    Acquisition Cost | ($36,929,376) | 0 | 0 | 0 | All Cash |
|    Net Residual Value  [4] | 0 | 0 | 0 | 70,932,410 | IRR |
| **CASH FLOW BEFORE DEBT** | ($36,929,376) | $1,007,015 | ($3,941,857) | $60,860,433 | 16.00% |
| **MARKET LOAN  [5]** | | | | | |
|    Loan Funding / Payoff | 18,293,008 | 368,315 | 4,557,601 | (23,218,923) | |
|    Loan Fees | (346,104) | 0 | 0 | 0 | Leveraged |
|    Annual Debt Service | 0 | (1,661,564) | (1,867,520) | (2,559,601) | IRR |
| **CASH FLOW AFTER DEBT** | ($18,982,472) | ($286,234) | ($1,251,776) | $35,081,908 | 20.43% |

| | | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| **NOI Return** | | 3.84% | 1.79% | 3.70% | |
|    Cumulative Average NOI Return | | - | 2.82% | 3.11% | |
| **NOI Metrics (Based On In-Place NOI)** | | | | | |
|    Annual % Change in NOI | | - | -59.04% | 106.60% | |
|    Compound Annual Growth Rate (CAGR) | | - | -59.04% | -8.01% | |
| **Return on Cost** | | 3.80% | 1.58% | 2.56% | |
|    Cumulative Average Return on Cost | | - | 2.69% | 2.65% | |
| **UNLEVERAGED Cash Return** | | 2.73% | -10.67% | -27.27% | |
|    Cumulative Average UNLEVERAGED Cash Return | | - | -3.97% | -11.74% | |
| **LEVERAGED Cash Return** | | -1.51% | -6.59% | -66.54% | |
|    Cumulative Average LEVERAGED Cash Return | | - | -4.05% | -24.88% | |
| **Debt Service Coverage Ratio (NOI)** | | 0.85x | 0.35x | 0.53x | |
| **Debt Service Coverage Ratio (CF)** | | 0.61x | -2.11x | -3.93x | |

[1]  This figure takes into account vacancy/credit loss, absorption vacancy, turnover vacancy, and rent abatements.
[2]  This figure does not include any amount related to expense reimbursements.  Only Scheduled Base Rent and Fixed/CPI Increases are included in this calculation, which is based on the weighted-average physical occupancy during each fiscal year.
[3]  Based on 289,487 square feet.
[4]  Net Residual Value is calculated by dividing Year 4 NOI by the Residual Cap Rate of 7.50% and applying a 0.75% Cost of Sale.
[5]  Market Debt based on 50% Loan-to-Value, 9.00% Interest Rate, Interest Only, and 1.00% Loan Fee.

*Cash Flow Projections Based on Argus Enterprise Version 14.0.2*



# 2425 W Loop S
*3-Year Hold Period*

## RESIDUAL VALUE

|  | PSF [1] | Fiscal Year Ending 2027 |
|---|---:|---:|
| **REVENUES** |  |  |
| Scheduled Base Rental Revenue |  |  |
|     Fiscal Year 2027 Gross Potential Rents | $27.36 | $7,920,571 |
|     Absorption & Turnover Vacancy (Actual) | (0.65) | (187,728) |
|     Base Rent Abatements (Actual) | (8.10) | (2,345,758) |
| Total Scheduled Base Rental Revenue | 18.61 | 5,387,085 |
| Expense Recoveries | 12.47 | 3,610,550 |
| Free Recovery | (4.31) | (1,247,327) |
| Miscellaneous Revenue | 12.41 | 3,593,085 |
| **TOTAL GROSS REVENUE** | 39.18 | 11,343,393 |
| General Vacancy Loss | (4.13) | (1,196,006) |
| **EFFECTIVE GROSS REVENUE** | 35.05 | 10,147,387 |
| **EXPENSES** | (14.25) | (4,126,081) |
| **NET OPERATING INCOME** | 20.80 | 6,021,305 |
| Capitalization Rate | 7.50% | 7.50% |
| **GROSS RESIDUAL** | 277.33 | 80,284,072 |
| Cost of Sale (0.75%) | (2.08) | (602,131) |
| Residual Abatement Offset Credit | (12.41) | (3,593,085) [2] |
| Residual TI/LC Credit | (17.81) | (5,156,447) [3] |
| **NET RESIDUAL at September 30, 2026** | $245.03 | $70,932,410 |

[1] Based on 289,487 square feet.
[2] For the purposes of stabilizing the residual year net operating income, analysis includes a Residual Abatement Credit for the residual year.
[3] Analysis offsets the gross residual value by crediting TI/LC occuring in the residual year.



# 2425 W Loop S
*3-Year Hold Period*

## IN-PLACE AND PROJECTED NOI SUMMARY

|  | In-Place NOI Oct-23 to Sep-24 | $ PSF | Pro Forma NOI Oct-23 to Sep-24 | $ PSF |
|---|---:|---:|---:|---:|
| Size of Improvements |  | 289,487 SF |  | 289,487 SF |
| **REVENUES** |  |  |  |  |
| Scheduled Base Rent |  |  |  |  |
| Gross Potential Rent | $8,131,783 | $28.09 | $8,051,584 | $27.81 |
| Absorption & Turnover Vacancy | (3,306,975) | (11.42) | (3,364,644) | (11.62) |
| Base Rent Abatements | 0 | 0.00 | (66,974) | (0.23) |
| Total Scheduled Base Rent | 4,824,808 | 16.67 | 4,619,966 | 15.96 |
| Expense Recoveries | 475,030 | 1.64 | 515,476 | 1.78 |
| Free Recovery | 0 | 0.00 | (34,465) | (0.12) |
| Antenna Revenue | 18,405 | 0.06 | 18,405 | 0.06 |
| **TOTAL GROSS REVENUE** | 5,318,243  [1] | 18.37 | 5,119,383 | 17.68 |
| General Vacancy Loss | 0 | 0.00 | 0 | 0.00 |
| **EFFECTIVE GROSS REVENUE** | 5,318,243 | 18.37 | 5,119,383 | 17.68 |
| **OPERATING EXPENSES** |  |  |  |  |
| Utilities | (384,509) | (1.33) | (384,509) | (1.33) |
| Cleaning | (174,946) | (0.60) | (174,946) | (0.60) |
| Contract Labor | (26,994) | (0.09) | (26,994) | (0.09) |
| Repairs & Maintenance | (648,291) | (2.24) | (648,291) | (2.24) |
| General Building | (617,031) | (2.13) | (617,031) | (2.13) |
| Security | (212,589) | (0.73) | (212,589) | (0.73) |
| Lot & Landscape | (8,123) | (0.03) | (8,123) | (0.03) |
| Garage | (144,034) | (0.50) | (144,034) | (0.50) |
| General & Administrative | (356,971) | (1.23) | (356,971) | (1.23) |
| Management Fee | (79,774) | (0.28) | (76,791) | (0.27) |
| Insurance | (199,400) | (0.69) | (199,400) | (0.69) |
| Real Estate Taxes | (833,030) | (2.88) | (833,030) | (2.88) |
| Margin Tax | (17,603) | (0.06) | (16,945) | (0.06) |
| **TOTAL OPERATING EXPENSES** | (3,703,294)  [2] | (12.79) | (3,699,653) | (12.78) |
| **NET OPERATING INCOME** | **$1,614,950** | **$5.58** | **$1,419,730** | **$4.90** |
| Capitalization Rate | 4.37% |  | 3.84% |  |
| **PURCHASE PRICE AS OF OCTOBER 1, 2023** | **$36,929,376** | **$127.57** | **$36,929,376** | **$127.57** |
| Physical Occupancy |  | 54.31% |  | 53.51% |
| Overall Economic Occupancy |  | 61.66% |  | 59.63% |

**Notes:**

[1]  In-Place Net Operating Income is calculated using contractual rents and expense reimbursements from Oct-23 to Sep-24 (with no General Vacancy Loss).
    In-Place NOI does not include vacant lease-up revenue or downtime due to near-term expirations, but does include future rent increases for existing tenants.

[2]  Real Estate Taxes are reassessed based on the sales price.  See 'Summary of Financial Assumptions' for details.

This page is part of a package and is subject to the disclaimer on the Executive Summary.

CBRE Financial Consulting Group

6/1/2023 4:38 PM

8



**2425 W Loop S**
*3-Year Hold Period*

## EXISTING VERSUS MARKET COMPARISON

| Suite | Tenant at October 1, 2023 | Square Feet | Lease Start | Lease End | Existing Rent as of Oct 1, 2023 | Adjustment to Market-Equivalent | Market-Equivalent Existing Rent as of Oct 1, 2023 | | Market Rent as of Oct 1, 2023 | Percentage Above/(Below) Market Rent [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| **Existing Tenants** | | | | | | | | | | |
| | Non-leasable | 4,587 | | | | | | | | |
| 0150 | Wallis State Bank | 3,054 | Jan-15 | Oct-23 | $59.25 PSF Base Year | -$8.03 PSF | $51.22 PSF NNN | [2] | $25.00 PSF NNN | 104.88% |
| 0300 | Nationwide Investigations & Security, Inc. | 1,476 | Aug-19 | Jul-24 | $38.59 PSF NNN | - | $38.59 PSF NNN | | $25.00 PSF NNN | 54.36% |
| 0310 | G3 Global Services | 1,245 | Oct-12 | Jan-28 | $41.77 PSF NNN | - | $41.77 PSF NNN | | $25.00 PSF NNN | 67.08% |
| 0315D | Eyebrows 4UTX, LLC | 410 | Aug-20 | Dec-24 | $35.05 PSF No Reimb | -$12.78 PSF | $22.27 PSF NNN | [2] | $25.00 PSF NNN | -10.92% |
| 0330 | VFS Global Services (USA), Inc. | 3,597 | May-18 | Oct-23 | $21.00 PSF Base Year | -$10.50 PSF | $10.50 PSF NNN | [2] | $25.00 PSF NNN | -58.00% |
| 0333 | Uptown Cosmetic and Implant Dentistry | 5,130 | Nov-14 | Oct-24 | $40.00 PSF Base Year | -$8.00 PSF | $32.00 PSF NNN | [2] | $25.00 PSF NNN | 28.00% |
| 0340 | VFS Global Services (USA), Inc. | 1,592 | Mar-19 | Oct-23 | $21.00 PSF Base Year | -$10.50 PSF | $10.50 PSF NNN | [2] | $25.00 PSF NNN | -58.00% |
| 0350 | Abdulla Kudrath | 1,220 | Sep-21 | Aug-26 | $68.85 PSF Base Year | -$10.39 PSF | $58.46 PSF NNN | [2] | $25.00 PSF NNN | 133.84% |
| 0400 | Galloworks LP | 26,804 | Dec-21 | Mar-25 | $31.34 PSF No Reimb | -$12.78 PSF | $18.56 PSF NNN | [2] | $25.00 PSF NNN | -25.76% |
| 0500 | Galloworks LP | 26,684 | Dec-21 | Mar-25 | $31.48 PSF No Reimb | -$12.78 PSF | $18.70 PSF NNN | [2] | $25.00 PSF NNN | -25.20% |
| 0600 | SIBS International Inc. | 27,000 | Apr-23 | Mar-28 | $45.00 PSF No Reimb | -$12.78 PSF | $32.22 PSF NNN | [2] | $25.00 PSF NNN | 28.88% |
| 0700 | St Christopher Holdings GP, LLC | 26,910 | Jul-22 | Dec-32 | $15.50 PSF Fixed OPEX | $14.15 PSF | $29.65 PSF NNN | [2] | $25.00 PSF NNN | 18.60% |
| 0800 | Metwall Design Solutions, Inc. | 27,499 | Apr-23 | Sep-26 | $24.00 PSF No Reimb | -$12.78 PSF | $11.22 PSF NNN | [2] | $25.00 PSF NNN | -55.12% |
| | Total Existing Square Feet | 157,208 | | | | | $23.18 | | $25.00 | -7.29% |

**Weighted-Average Lease Term Remaining:** 3.58 Years

[1] The calculation of total "Percentage Above/(Below) Market Rent" only includes existing tenants as noted in this schedule.
[2] Tenant's current rent has been adjusted to reflect the market-equivalent rent for comparative purposes on this schedule only.



**2425 W Loop S**
*3-Year Hold Period*

## TENANT SUMMARY

| Suite | Tenant | Square Feet | % of Total | In-Place Rent [1] | % Above/(Below) Market Rent [2] | Lease Type | Lease Expiration | W/A Term Remaining (Years) |
|---|---|---|---|---|---|---|---|---|
| *Leased Square Feet:* | | | | | | | | |
| Various (2) | Galloworks LP | 53,488 | 18.48% | $31.41 PSF | 25.64% | Various | Feb-25 | 1.4 |
| 0800 | Metwall Design Solutions, Inc. | 27,499 | 9.50% | $24.00 PSF | -4.00% | No Reimbursements | Sep-26 | 3.0 |
| 0600 | SIBS International Inc. | 27,000 | 9.33% | $45.00 PSF | 80.00% | No Reimbursements | Mar-28 | 4.5 |
| 0700 | St Christopher Holdings GP, LLC | 26,910 | 9.30% | $15.50 PSF | -38.00% | Fixed OPEX (Christopher) | Dec-32 | 9.3 |
| | Tenants Less Than 20,000 SF | 17,724 | | $39.63 PSF | | | Sep-24 | 1.0 |
| *Subtotal Leased Square Feet:* | | 152,621 | 52.72% | $30.63 PSF | 22.51% | | Apr-27 | 3.6 |
| *Building Suites:* | | | | | | | | |
| | Non-leasable | 4,587 | 1.58% | | 0.00% | | | |
| *Total Leased Square Feet:* | | 157,208 | 54.31% | $29.73 PSF | 22.51% | | Apr-27 | 3.6 |
| *Total Vacant Square Feet* | | 132,279 | 45.69% | | | | | |
| *Total Square Feet* | | 289,487 | 100.00% | | | | | |

[1] Actual contract base rent per square foot payable as of analysis start date.
[2] The calculation of total "Percentage Above/(Below) Market Rent" is based on market-equivalent In-Place Rents and only includes existing tenants as noted in this schedule.



**2425 W Loop S**
*3-Year Hold Period*

## VACANT SPACE ASSUMPTIONS

| Suite | Tenant | Square Feet | Starts on Month | Lease Start | Initial Coupon Market Rent [1] | Rent Adjustment | Lease Term | Rent Abatements | Tenant Improvements | Leasing Commissions |
|---|---|---|---|---|---|---|---|---|---|---|
| *Vacant Space* | | | | | | | | | | |
| 0100 | To Be Leased | 4,789 | Mo. 16 | Feb-25 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0110 | To Be Leased | 2,675 | Mo. 12 | Oct-24 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0120 | To Be Leased | 4,789 | Mo. 18 | Apr-25 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0130 | To Be Leased | 5,181 | Mo. 21 | Jul-25 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0200 | To Be Leased | 27,000 | Mo. 27 | Jan-26 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0315 | To Be Leased | 4,219 | Mo. 22 | Aug-25 | $25.00 PSF NNN | $0.50 Annually | 5 Years | 6 Month(s) | $50.00 PSF | 6.00% |
| 0335 | To Be Leased | 2,987 | Mo. 24 | Oct-25 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| 0345 | To Be Leased | 2,860 | Mo. 33 | Jul-26 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| 0610 | To Be Leased | 499 | Mo. 36 | Oct-26 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| 0900 | To Be Leased | 27,599 | Mo. 15 | Jan-25 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| 1000 | To Be Leased | 27,499 | Mo. 30 | Apr-26 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| 1100 | To Be Leased | 22,182 | Mo. 32 | Jun-26 | $25.00 PSF NNN | $0.50 Annually | 10 Years | 12 Month(s) | $75.00 PSF | 6.00% |
| **Total Vacant Space** | | **132,279** | | | | | | | | |

[1] Calendar year 2023 value. Actual starting contract rent depends on the year in which vacant lease-up tenant begins.



**2425 W Loop S**
*3-Year Hold Period*

## EXISTING LEASE EXPIRATIONS

| Date | Tenant | Suites | Total SF | Annual (% of SF) [1] | Cumulative (% of SF) [1] | Contract Rent At Expiration [2] | Projected Market Rent At Expiration | $ Variance | % Variance |
|---|---|---|---|---|---|---|---|---|---|
| Oct-23 | Wallis State Bank | 0150 | 3,054 | 1.05% | | $51.22 | $25.00 | $26.22 | 104.88% |
| Oct-23 | VFS Global Services (USA), Inc. | 0330 | 3,597 | 1.24% | | 10.50 | 25.00 | (14.50) | -58.00% |
| Oct-23 | VFS Global Services (USA), Inc. | 0340 | 1,592 | 0.55% | | 10.50 | 25.00 | (14.50) | -58.00% |
| Jul-24 | Nationwide Investigations & Security, Inc. | 0300 | 1,476 | 0.51% | | 38.59 | 25.00 | 13.59 | 54.36% |
| **FYE 2024 Totals** | | | 9,719 | 3.36% | 3.36% | $27.56 | $25.00 | $2.56 | 10.25% |
| Oct-24 | Uptown Cosmetic and Implant Dentistry | 0333 | 5,130 | 1.77% | | $32.50 | $25.00 | $7.50 | 30.00% |
| Dec-24 | Eyebrows 4UTX, LLC | 0315D | 410 | 0.14% | | 23.32 | 25.00 | (1.68) | -6.72% |
| Mar-25 | Galloworks LP | 0400 | 26,804 | 9.26% | | 20.47 | 25.75 | (5.28) | -20.50% |
| Mar-25 | Galloworks LP | 0500 | 26,684 | 9.22% | | 20.62 | 25.75 | (5.13) | -19.92% |
| **FYE 2025 Totals** | | | 59,028 | 20.39% | 23.75% | $21.60 | $25.68 | ($4.08) | -15.87% |
| Aug-26 | Abdulla Kudrath | 0350 | 1,220 | 0.42% | | $58.46 | $26.52 | $31.94 | 120.42% |
| Sep-26 | Metwall Design Solutions, Inc. | 0800 | 27,499 | 9.50% | | 15.58 | 26.52 | (10.94) | -41.26% |
| **FYE 2026 Totals** | | | 28,719 | 9.92% | 33.67% | $17.40 | $26.52 | ($9.12) | -34.39% |
| Jan-28 | G3 Global Services | 0310 | 1,245 | 0.43% | | $43.77 | $28.14 | $15.63 | 55.56% |
| Mar-28 | SIBS International Inc. | 0600 | 27,000 | 9.33% | | 35.22 | 28.14 | 7.08 | 25.17% |
| **FYE 2028 Totals** | | | 28,245 | 9.76% | 43.43% | $35.60 | $28.14 | $7.46 | 26.51% |
| Dec-32 | St Christopher Holdings GP, LLC | 0700 | 26,910 | 9.30% | | $31.90 | $31.67 | $0.23 | 0.73% |
| **FYE 2033 Totals** | | | 26,910 | 9.30% | 52.72% | $31.90 | $31.67 | $0.23 | 0.73% |
| **Subtotal** | | | 152,621 | 52.72% | | | | | |
| | Non-leasable | | 4,587 | 1.58% | 54.31% | | | | |
| | Vacant | | 132,279 | 45.69% | 100.00% | | | | |
| **TOTAL** | | | 289,487 | 100.00% | | | | | |

[1] Based on 289,487 total building square feet.
[2] This column represents the market-equivalent contract rent at expiration.

# CBRE

## 2425 W Loop S
*3-Year Hold Period*

## EXISTING LEASE EXPIRATIONS

| [1] Fiscal Year Ending September | Number of Suites | Net Rentable Square Feet Expiring | Percentage Square Feet Expiring | Cumulative Square Feet Expiring | Weighted Average Contract Rent At Expiration [2] | Projected Market Rent At Expiration | $ Variance | % Variance |
|---|---|---|---|---|---|---|---|---|
| Currently Vacant | 12 | 132,279 | 45.69% | | | | | |
| 2024 | 4 | 9,719 | 3.36% | 3.36% | $27.56 | $25.00 | $2.56 | 10.25% |
| 2025 | 4 | 59,028 | 20.39% | 23.75% | $21.60 | $25.68 | ($4.08) | -15.87% |
| 2026 | 2 | 28,719 | 9.92% | 33.67% | $17.40 | $26.52 | ($9.12) | -34.39% |
| 2028 | 2 | 28,245 | 9.76% | 43.43% | $35.60 | $28.14 | $7.46 | 26.51% |
| 2033 | 1 | 26,910 | 9.30% | 52.72% | $31.90 | $31.67 | $0.23 | 0.73% |



*Market Rent At Expiration vs. Weighted Average Contract Rent At Expiration [1]*

Legend: % of Building Expiring — Proj. Market Rent at Expiration — Wtd. Avg. Expiring Contract Rent

[1] The years in which no existing tenants expire are not reflected on this graph.
[2] This column represents the market-equivalent contract rent at expiration.

This page is part of a package and is subject to the disclaimer on the Executive Summary.

CBRE Financial Consulting Group

6/1/2023 4:38 PM
13



**2425 W Loop S**
*3-Year Hold Period*

Rent Roll as of 10/1/2023

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | To Be Leased | 4,789 | 1.65% | Feb-2025 | Jan-2030 | Feb-2025 | $10,276 | $123,317 | $25.75 | - | Feb-2025 | 6 Months | NNN, 95%GU (MKT) | $53.05 | $11.14 | Market - 70.00% |
| | | | | | | Feb-2026 | $10,476 | $125,711 | $26.25 | 1.94% | | | | $254,033 | $53,362 | $25.00 NNN [Partial Floor] |
| | | | | | | Feb-2027 | $10,675 | $128,106 | $26.75 | 1.90% | | | | | 6.00% | |
| | | | | | | Feb-2028 | $10,875 | $130,500 | $27.25 | 1.87% | | | | | | |
| | | | | | | Feb-2029 | $11,075 | $132,895 | $27.75 | 1.83% | | | | | | |
| 0110 | To Be Leased | 2,675 | 0.92% | Oct-2024 | Sep-2029 | Oct-2024 | $5,573 | $66,875 | $25.00 | - | Oct-2024 | 6 Months | NNN, 95%GU (MKT) | $51.50 | $10.90 | Market - 70.00% |
| | | | | | | Oct-2025 | $5,684 | $68,213 | $25.50 | 2.00% | | | | $137,763 | $29,148 | $25.00 NNN [Partial Floor] |
| | | | | | | Oct-2026 | $5,796 | $69,550 | $26.00 | 1.96% | | | | | 6.00% | |
| | | | | | | Oct-2027 | $5,907 | $70,888 | $26.50 | 1.92% | | | | | | |
| | | | | | | Oct-2028 | $6,019 | $72,225 | $27.00 | 1.89% | | | | | | |
| 0120 | To Be Leased | 4,789 | 1.65% | Apr-2025 | Mar-2030 | Apr-2025 | $10,276 | $123,317 | $25.75 | - | Apr-2025 | 6 Months | NNN, 95%GU (MKT) | $53.05 | $11.17 | Market - 70.00% |
| | | | | | | Apr-2026 | $10,476 | $125,711 | $26.25 | 1.94% | | | | $254,033 | $53,480 | $25.00 NNN [Partial Floor] |
| | | | | | | Apr-2027 | $10,675 | $128,106 | $26.75 | 1.90% | | | | | 6.00% | |
| | | | | | | Apr-2028 | $10,875 | $130,500 | $27.25 | 1.87% | | | | | | |
| | | | | | | Apr-2029 | $11,075 | $132,895 | $27.75 | 1.83% | | | | | | |
| 0130 | To Be Leased | 5,181 | 1.79% | Jul-2025 | Jun-2030 | Jul-2025 | $11,118 | $133,411 | $25.75 | - | Jul-2025 | 6 Months | NNN, 95%GU (MKT) | $53.05 | $11.20 | Market - 70.00% |
| | | | | | | Jul-2026 | $11,333 | $136,001 | $26.25 | 1.94% | | | | $274,826 | $58,048 | $25.00 NNN [Partial Floor] |
| | | | | | | Jul-2027 | $11,549 | $138,592 | $26.75 | 1.90% | | | | | 6.00% | |
| | | | | | | Jul-2028 | $11,765 | $141,182 | $27.25 | 1.87% | | | | | | |
| | | | | | | Jul-2029 | $11,981 | $143,773 | $27.75 | 1.83% | | | | | | |
| 0150 | Wallis State Bank | 3,054 | 1.05% | Jan-2015 | Oct-2023 | Current | $15,079 | $180,950 | $59.25 | - | | | BY '15, $8.03 PSF, 95%GU | - | - | Market - 70.00% |
| | | | | | | | | | | | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | | - |

General Notes: Analysis assumes holdover tenant expiration in month 1 of analysis. Actual expiration 12/21.
Renewal Option: Three 5 year renewal options @ FMV.
ROFR/ROFO: ROFR on 1st floor.
Expense Cap: 5% cumulative compounding cap on OPEX excluding UTIL, INS, and RET.

| Suite | Tenant Name | Square Feet | % of Property | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0160 | Building Conference Center | 4,587 | 1.58% | | | | | | | | | | | | | |

General Notes: Analysis assumes this space will remain building conference space with no base rent or reimbursement revenue.

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0200 | To Be Leased | 27,000 | 9.33% | Jan-2026 | Dec-2035 | Jan-2026 | $59,676 | $716,108 | $26.52 | - | Jan-2026 | 12 Months | NNN, 95%GU (MKT) | $81.95 | $24.40 | Market - 70.00% |
| | | | | | | Jan-2027 | $60,801 | $729,608 | $27.02 | 1.89% | | | | $2,212,772 | $658,817 | $25.00 NNN [Full Floor] |
| | | | | | | Jan-2028 | $61,926 | $743,108 | $27.52 | 1.85% | | | | | 6.00% | |
| | | | | | | Jan-2029 | $63,051 | $756,608 | $28.02 | 1.82% | | | | | | |
| | | | | | | Jan-2030 | $64,176 | $770,108 | $28.52 | 1.78% | | | | | | |
| | | | | | | Jan-2031 | $65,301 | $783,608 | $29.02 | 1.75% | | | | | | |
| | | | | | | Jan-2032 | $66,426 | $797,108 | $29.52 | 1.72% | | | | | | |
| | | | | | | Jan-2033 | $67,551 | $810,608 | $30.02 | 1.69% | | | | | | |
| | | | | | | Jan-2034 | $68,676 | $824,108 | $30.52 | 1.67% | | | | | | |
| | | | | | | Jan-2035 | $69,801 | $837,608 | $31.02 | 1.64% | | | | | | |
| 0300 | Nationwide Investigations & Security, Inc. | 1,476 | 0.51% | Aug-2019 | Jul-2024 | Current | $4,746 | $56,952 | $38.59 | - | | | NNN (xMT) | - | - | Market - 70.00% |
| | | | | | | | | | | | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | | - |



**2425 W Loop S**
*3-Year Hold Period*

### Rent Roll as of 10/1/2023

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0310 | G3 Global Services | 1,245 | 0.43% | Oct-2012 | Jan-2028 | Current | $4,334 | $52,004 | $41.77 | - | | NNN, 95%GU | - | - | Market - 70.00% |
| | | | | | | Feb-2024 | $4,386 | $52,626 | $42.27 | 1.20% | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | Feb-2025 | $4,437 | $53,249 | $42.77 | 1.18% | | | | - | |
| | | | | | | Feb-2026 | $4,489 | $53,871 | $43.27 | 1.17% | | | | | |
| | | | | | | Feb-2027 | $4,541 | $54,494 | $43.77 | 1.16% | | | | | |

*General Notes: Rent bumps shown on 02/01 for analysis purposes. Actual rent bumps on 01/15. Actual tenant expiration on 01/14/28.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0315 | To Be Leased | 4,219 | 1.46% | Aug-2025 | Jul-2030 | Aug-2025 | $9,053 | $108,639 | $25.75 | - | Aug-2025 | 6 Months | NNN, 95%GU (MKT) | $53.05 | $11.21 | Market - 70.00% |
| | | | | | | Aug-2026 | $9,229 | $110,749 | $26.25 | 1.94% | | | | $223,797 | $47,311 | $25.00 NNN [Partial Floor] |
| | | | | | | Aug-2027 | $9,405 | $112,858 | $26.75 | 1.90% | | | | | 6.00% | |
| | | | | | | Aug-2028 | $9,581 | $114,968 | $27.25 | 1.87% | | | | | | |
| | | | | | | Aug-2029 | $9,756 | $117,077 | $27.75 | 1.83% | | | | | | |
| 0315D | Eyebrows 4UTX, LLC | 410 | 0.14% | Aug-2020 | Dec-2024 | Current | $1,197 | $14,369 | $35.05 | - | | | No Reimbursements | - | - | Market - 70.00% |
| | | | | | | Jan-2024 | $1,233 | $14,800 | $36.10 | 3.00% | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | - | |

*Notes: Termination Option: Termination option effective for either tenant or landlord upon 30 days notice.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0330 | VFS Global Services (USA), Inc. | 3,597 | 1.24% | May-2018 | Oct-2023 | Current | $6,295 | $75,537 | $21.00 | - | | | BY '19, $10.50 PSF, 95%GU | - | - | Market - 70.00% |
| | | | | | | | | | | | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | - | |

*General Notes: Analysis assumes tenant expiration in month 1 of analysis. Actual expiration 05/08/23.*
*Termination Option: Termination option effective for either tenant or landlord upon 30 days notice.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0333 | Uptown Cosmetic and Implant Dentistry | 5,130 | 1.77% | Nov-2014 | Oct-2024 | Current | $17,100 | $205,200 | $40.00 | - | | | BY '14, $8.00 PSF, 95%GU | - | - | Market - 70.00% |
| | | | | | | Nov-2023 | $17,314 | $207,765 | $40.50 | 1.25% | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | - | |

*Notes:*
*Renewal Option: Two renewal options @ FMV.*
*Expense Cap: MGT not to exceed 3% of gross revenues.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0335 | To Be Leased | 2,987 | 1.03% | Oct-2025 | Sep-2030 | Oct-2025 | $6,410 | $76,915 | $25.75 | - | Oct-2025 | 6 Months | NNN, 95%GU (MKT) | $53.05 | $11.23 | Market - 70.00% |
| | | | | | | Oct-2026 | $6,534 | $78,409 | $26.25 | 1.94% | | | | $158,445 | $33,554 | $25.00 NNN [Partial Floor] |
| | | | | | | Oct-2027 | $6,659 | $79,902 | $26.75 | 1.90% | | | | | 6.00% | |
| | | | | | | Oct-2028 | $6,783 | $81,396 | $27.25 | 1.87% | | | | | | |
| | | | | | | Oct-2029 | $6,907 | $82,889 | $27.75 | 1.83% | | | | | | |
| 0340 | VFS Global Services (USA), Inc. | 1,592 | 0.55% | Mar-2019 | Oct-2023 | Current | $2,786 | $33,432 | $21.00 | - | | | BY '19, $10.50 PSF, 95%GU | - | - | Market - 70.00% |
| | | | | | | | | | | | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | - | |

*General Notes: Analysis assumes tenant expiration in month 1 of analysis. Actual expiration 06/30/23.*
*Termination Option: Termination option effective for either tenant or landlord upon 30 days notice.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0345 | To Be Leased | 2,860 | 0.99% | Jul-2026 | Jun-2031 | Jul-2026 | $6,321 | $75,854 | $26.52 | - | Jul-2026 | 6 Months | NNN, 95%GU (MKT) | $54.64 | $11.54 | Market - 70.00% |
| | | | | | | Jul-2027 | $6,440 | $77,284 | $27.02 | 1.89% | | | | $156,260 | $33,010 | $25.00 NNN [Partial Floor] |
| | | | | | | Jul-2028 | $6,560 | $78,714 | $27.52 | 1.85% | | | | | 6.00% | |
| | | | | | | Jul-2029 | $6,679 | $80,144 | $28.02 | 1.82% | | | | | | |
| | | | | | | Jul-2030 | $6,798 | $81,574 | $28.52 | 1.78% | | | | | | |
| 0350 | Abdulla Kudrath | 1,220 | 0.42% | Sep-2021 | Aug-2026 | Current | $7,000 | $84,000 | $68.85 | - | | | BY '21, $10.39 PSF, 95%GU | - | - | Market - 70.00% |
| | | | | | | | | | | | | | | - | - | $25.00 NNN [Partial Floor] |
| | | | | | | | | | | | | | | | - | |

*Notes:*
*Termination Option: Termination option effective for either tenant or landlord upon 60 days notice.*
*Expense Cap: MGT Fee not to exceed 3% of gross revenues.*

This page is part of a package and is subject to the disclaimer on the Executive Summary.
CBRE Financial Consulting Group

6/1/2023 4:38 PM
15



**2425 W Loop S**
*3-Year Hold Period*

Rent Roll as of 10/1/2023

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | Galloworks LP | 26,804 | 9.26% | Dec-2021 | Mar-2025 | Current | $70,000 | $840,000 | $31.34 | - | | No Reimbursements | - | - | Reabsorb |
| | | | | | | Dec-2023 | $72,100 | $865,200 | $32.28 | 3.00% | | | - | - | $25.00 NNN [Full Floor] |
| | | | | | | Dec-2024 | $74,263 | $891,156 | $33.25 | 3.00% | | | | - | |

*General Notes: Analysis assumes Galloworks vacates after 18 months and then space is re-leased over 9 months.*
*Termination Option: Termination option effective for either tenant or landlord upon 90 days notice.*
*Expense Cap: MGT Fee not to exceed 3% of gross revenues.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0500 | Galloworks LP | 26,684 | 9.22% | Dec-2021 | Mar-2025 | Current | $70,000 | $840,000 | $31.48 | - | | No Reimbursements | - | - | Reabsorb |
| | | | | | | Dec-2023 | $72,100 | $865,200 | $32.42 | 3.00% | | | - | - | $25.00 NNN [Full Floor] |
| | | | | | | Dec-2024 | $74,263 | $891,156 | $33.40 | 3.00% | | | | - | |

*General Notes: Analysis assumes Galloworks vacates after 18 months and then space is re-leased over 9 months.*
*Termination Option: Termination option effective for either tenant or landlord upon 90 days notice.*
*Expense Cap: MGT Fee not to exceed 3% of gross revenues.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0600 | SIBS International Inc. | 27,000 | 9.33% | Apr-2023 | Mar-2028 | Current | $101,250 | $1,215,000 | $45.00 | - | | No Reimbursements | - | - | Market - 70.00% |
| | | | | | | Apr-2024 | $102,938 | $1,235,250 | $45.75 | 1.67% | | | - | - | $25.00 NNN [Full Floor] |
| | | | | | | Apr-2025 | $104,625 | $1,255,500 | $46.50 | 1.64% | | | | - | |
| | | | | | | Apr-2026 | $106,313 | $1,275,750 | $47.25 | 1.61% | | | | | |
| | | | | | | Apr-2027 | $108,000 | $1,296,000 | $48.00 | 1.59% | | | | | |

*Notes:*
*Renewal Option: One 5 year renewal option @ $48.75 PSF with $0.75 increases.*
*Termination Option: Termination option effective for either tenant or landlord upon 90 days notice.*
*Expense Cap: MGT Fee not to exceed 3% of gross revenues.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0610 | To Be Leased | 499 | 0.17% | Oct-2026 | Sep-2031 | Oct-2026 | $1,103 | $13,235 | $26.52 | - | | Oct-2026 6 Months | NNN, 95%GU (MKT) | $54.64 | $11.57 | Market - 70.00% |
| | | | | | | Oct-2027 | $1,124 | $13,484 | $27.02 | 1.89% | | | $27,264 | $5,773 | $25.00 NNN [Partial Floor] |
| | | | | | | Oct-2028 | $1,144 | $13,734 | $27.52 | 1.85% | | | | 6.00% | |
| | | | | | | Oct-2029 | $1,165 | $13,983 | $28.02 | 1.82% | | | | | |
| | | | | | | Oct-2030 | $1,186 | $14,233 | $28.52 | 1.78% | | | | | |

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | St Christopher Holdings GP, LLC | 26,910 | 9.30% | Jul-2022 | Dec-2032 | Current | $34,759 | $417,105 | $15.50 | - | | Fixed OPEX (Christopher) | - | - | Market - 70.00% |
| | | | | | | Jan-2024 | $35,319 | $423,833 | $15.75 | 1.61% | | | - | - | $25.00 NNN [Full Floor] |
| | | | | | | Jan-2025 | $35,880 | $430,560 | $16.00 | 1.59% | | | | - | |
| | | | | | | Jan-2026 | $36,441 | $437,288 | $16.25 | 1.56% | | | | | |
| | | | | | | Jan-2027 | $37,001 | $444,015 | $16.50 | 1.54% | | | | | |
| | | | | | | Jan-2028 | $37,562 | $450,743 | $16.75 | 1.52% | | | | | |
| | | | | | | Jan-2029 | $38,123 | $457,470 | $17.00 | 1.49% | | | | | |
| | | | | | | Jan-2030 | $38,683 | $464,198 | $17.25 | 1.47% | | | | | |
| | | | | | | Jan-2031 | $39,244 | $470,925 | $17.50 | 1.45% | | | | | |
| | | | | | | Jan-2032 | $39,804 | $477,653 | $17.75 | 1.43% | | | | | |

*Notes:*
*Renewal Option: One 5 year renewal option @ $18.00 /sf/yr plus $18.69 PSF in fixed OPEX with 3% increases.*
*Termination Option: Landlord may terminate tenant with 12 month notice and fee of $500,000.*
*ROFR/ROFO: ROFR on the 6th and 8th floors.*
*Expense Cap: Tenant pays fixed OPEX @ $13.50 PSF with 3% increases /year.*

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | Metwall Design Solutions, Inc. | 27,499 | 9.50% | Apr-2023 | Sep-2026 | Current | $55,000 | $660,000 | $24.00 | - | | No Reimbursements | - | - | Market - 70.00% |
| | | | | | | Apr-2024 | $70,000 | $840,000 | $30.55 | 27.27% | | | - | - | $25.00 NNN [Full Floor] |
| | | | | | | Apr-2025 | $65,000 | $780,000 | $28.36 | -7.14% | | | | - | |

*General Notes: SPEC TENANT - Analysis assumes tenant term from 04/23-09/26 at the indicated term with seller paying all leasing costs. Tenant reimburses OPEX from monthly gross revenues up to $18,600. If gross revenues exceed OPEX, Tenant shall pay Landlord 50% until the Base Rent and any Abated Rent is paid in full by Tenant. After tenant's Abated Rent is paid in full, the monthly gross revenues Tenant shall be required to pay Landlord 35% of the monthly gross revenues.*
*Renewal Option: One 30 month renewal option @ FMV or Base Rent X CPI.*
*Expense Cap: MGT Fee not to exceed 3% of gross revenues.*



**CBRE**                                                                                                                                               **2425 W Loop S**
*3-Year Hold Period*

Rent Roll as of 10/1/2023

| Suite | Tenant Name | Square Feet | % of Property | Lease Term Begin | Lease Term End | Rental Rates Begin | Monthly | Annually | PSF | | Rent Abatements Date | Mos Abated | Recovery Type | Tenant Improvements | Leasing Commissions | Market Assumption / Market Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | To Be Leased | 27,599 | 9.53% | Jan-2025 | Dec-2034 | Jan-2025 | $59,223 | $710,674 | $25.75 | - | Jan-2025 | 12 Months | NNN, 95%GU (MKT) | $79.57 $2,195,983 | $23.72 $654,701 6.00% | Market - 70.00% $25.00 NNN [Full Floor] |
| | | | | | | Jan-2026 | $60,373 | $724,474 | $26.25 | 1.94% | | | | | | |
| | | | | | | Jan-2027 | $61,523 | $738,273 | $26.75 | 1.90% | | | | | | |
| | | | | | | Jan-2028 | $62,673 | $752,073 | $27.25 | 1.87% | | | | | | |
| | | | | | | Jan-2029 | $63,823 | $765,872 | $27.75 | 1.83% | | | | | | |
| | | | | | | Jan-2030 | $64,973 | $779,672 | $28.25 | 1.80% | | | | | | |
| | | | | | | Jan-2031 | $66,123 | $793,471 | $28.75 | 1.77% | | | | | | |
| | | | | | | Jan-2032 | $67,273 | $807,271 | $29.25 | 1.74% | | | | | | |
| | | | | | | Jan-2033 | $68,423 | $821,070 | $29.75 | 1.71% | | | | | | |
| | | | | | | Jan-2034 | $69,572 | $834,870 | $30.25 | 1.68% | | | | | | |
| 1000 | To Be Leased | 27,499 | 9.50% | Apr-2026 | Mar-2036 | Apr-2026 | $60,779 | $729,342 | $26.52 | - | Apr-2026 | 12 Months | NNN, 95%GU (MKT) | $81.95 $2,253,667 | $24.46 $672,724 6.00% | Market - 70.00% $25.00 NNN [Full Floor] |
| | | | | | | Apr-2027 | $61,924 | $743,092 | $27.02 | 1.89% | | | | | | |
| | | | | | | Apr-2028 | $63,070 | $756,841 | $27.52 | 1.85% | | | | | | |
| | | | | | | Apr-2029 | $64,216 | $770,591 | $28.02 | 1.82% | | | | | | |
| | | | | | | Apr-2030 | $65,362 | $784,340 | $28.52 | 1.78% | | | | | | |
| | | | | | | Apr-2031 | $66,507 | $798,090 | $29.02 | 1.75% | | | | | | |
| | | | | | | Apr-2032 | $67,653 | $811,839 | $29.52 | 1.72% | | | | | | |
| | | | | | | Apr-2033 | $68,799 | $825,589 | $30.02 | 1.69% | | | | | | |
| | | | | | | Apr-2034 | $69,945 | $839,338 | $30.52 | 1.67% | | | | | | |
| | | | | | | Apr-2035 | $71,091 | $853,088 | $31.02 | 1.64% | | | | | | |
| 1100 | To Be Leased | 22,182 | 7.66% | Jun-2026 | May-2036 | Jun-2026 | $49,027 | $588,322 | $26.52 | - | Jun-2026 | 12 Months | NNN, 95%GU (MKT) | $81.95 $1,817,915 | $24.50 $543,565 6.00% | Market - 70.00% $25.00 NNN [Full Floor] |
| | | | | | | Jun-2027 | $49,951 | $599,413 | $27.02 | 1.89% | | | | | | |
| | | | | | | Jun-2028 | $50,875 | $610,504 | $27.52 | 1.85% | | | | | | |
| | | | | | | Jun-2029 | $51,800 | $621,595 | $28.02 | 1.82% | | | | | | |
| | | | | | | Jun-2030 | $52,724 | $632,686 | $28.52 | 1.78% | | | | | | |
| | | | | | | Jun-2031 | $53,648 | $643,777 | $29.02 | 1.75% | | | | | | |
| | | | | | | Jun-2032 | $54,572 | $654,868 | $29.52 | 1.72% | | | | | | |
| | | | | | | Jun-2033 | $55,497 | $665,959 | $30.02 | 1.69% | | | | | | |
| | | | | | | Jun-2034 | $56,421 | $677,050 | $30.52 | 1.67% | | | | | | |
| | | | | | | Jun-2035 | $57,345 | $688,141 | $31.02 | 1.64% | | | | | | |
| **TOTALS / AVERAGES** | | **289,487** | | | | | **$389,546** | **$4,674,548** | **$29.73** | | | | | | | |

| | | | |
|---|---|---|---|
| OCCUPIED SqFt | 157,208 | 54.3% | |
| VACANT SqFt | 132,279 | 45.7% | |
| TOTAL SqFt | 289,487 | 100.0% | |

| | |
|---|---|
| WEIGHTED-AVERAGE LEASE TERM REMAINING: | 3.58 Years |
| WEIGHTED-AVERAGE LEASE TERM LAPSED: | 1.84 Years |
| WEIGHTED-AVERAGE LEASE TERM FROM INCEPTION: | 5.42 Years |