## WITNESS AND EXHIBIT LIST

United States Courts
Southern District of Texas
F I L E D

JUN 13 2024

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
TEXAS

| MAIN NO.23-34815 | |
|---|---|
| In re Galleria 2425 Owner, LLC | JUDGE: Jeffrey P. Norman |
| | COURTROOM STAFF: |
| | DATE: June 17, 2024, 9:00 a.m. |
| | PARTY'S NAME: Ali Choudhri |
| | ATTORNEY'S NAME: Pro Se |
| | Pro Se PHONE: 281.630.6627 |
| WITNESSES: | NATURE OF PROCEEDINGS: Confirmation of Chapter 11 Plan of Liquidation [ECF No. 194]; Motion to Prohibit Credit Bidding [ECF No. 353] |
| Ali Choudhri | |
| Jeff Steidley | |
| Jerry Alexander | |
| Scarlett McGeorge | |
| Faisal Shah | |
| Edward Castillo | |
| Christopher Murray | |
| Mona Dajani | |
| Michael Carter | |
| Thomas Phillips | |
| Omar Bouhadiba | |
| R.J. Shannon | |
| Kyung Lee | |
| Rosalind Branch-Muhammad | |
| Connie O'Murray | |
| Bradley Parker | |
| Nichamoff Law Firm | |
| Robert Norris | |
| Anwar-i-Qadeer | |
| Person with knowledge for National Bank of Kuwait | |
| Melissa Hayward | |
| James Wetwiska | |
| Michael B. Lane | |
| Mo Nasr, | |
| Michael Snodgrass, | |
| Michael Kneifel | |
| Paul Caldwell | |
| Data Watch Systems | |
| Nationwide Security – Allen Hollimon | |
| Michelle Lee | |
| Gerald Banks | |
| Roberto Contreras | |
| Azeemah Zaheer | |
| Osama Abullatif | |

| | |
|---|---|
| Bobby Salehi | |
| Keith Maxwell | |
| Lawrence Berry | |
| Gene Myers | |
| Charles Conrad | |
| Polo Sun | |
| Deirdre Brown | |
| St. Christopher Holdings, LLC | |
| Arsean Maqami | |
| Russell Ingrum | |
| Gilberto Mendoza JR | |
| Juan Diaz | |
| Mueller | |
| Eric Kaup | |
| Scott Douglass | |
| David Tang | |
| Leonard Simon | |
| Any person listed by any other party | |
| | |
| Rebuttal witnesses | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Chapter 11 Plan of Liquidation | | | | |
| 2. | Proof of Claim No. 13 | | | | |
| 3. | Proof of Claim No. 14 | | | | |
| 4. | Amended Objection to Claims 13, 14 | | | | |
| 5. | Objection to Chapter 11 Plan of Liquidation | | | | |
| 6. | Second Amended Original Petition in Case No. 2024-27168 | | | | |
| 7. | Amended Complaint for Equitable Subordination and Damages by 2425 WL, LLC | | | | |
| 8. | Amended Petition 2023-22748 | | | | |
| 9. | Motion for Entry of Order Authorizing Creditor to Pursue Estate Claims | | | | |
| 10. | Petition in Adv. No. 23-60036 | | | | |
| 11. | June 12, 2024 email from Fitzmaurice | | | | |
| 12. | Pages from Schedule [ECF No. 70] | | | | |
| 13. | Order and Notice Approving Disclosure Statement [ECF No. 276] | | | | |
| 14. | Summary from Jerry Alexander | | | | |
| 15. | Background on Jerry Alexander | | | | |
| 16. | Email from R.J. Shannon dated April 26, 2024 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17. | Notice of Rule 2004 Examination of National Bank of Kuwait | | | | | |
| 18. | CA/NDA executed by Paul Caldwell | | | | | |
| 19. | Emergency Motion to Compel National Bank of Kuwait and exhibits thereto | | | | | |
| 20. | Notice of Deposition/Subpoena Duces Tecum to National Bank of Kuwait | | | | | |
| 21. | Email Chain between National Bank of Kuwait and 2425 WL, LLC re deposition | | | | | |
| 22. | Rough draft of transcript from June 5, 2024 deposition of Michael Carter as corporate representative of National Bank of Kuwait | | | | | |
| 23. | Emails between Trustee and National Bank of Kuwait | | | | | |
| 24. | August 16, 2021 email from 2425 WL, LLC to National Bank of Kuwait | | | | | |
| 25. | July 2, 2022 email from Ali Choudhri to Michael Carter of National Bank of Kuwait | | | | | |
| 26. | Excerpts from prior deposition of Michael Carter in state court litigation | | | | | |
| 27. | Email from Trustee to Choudhri dated March 19, 2024 | | | | | |
| 28. | Emails between National Bank of Kuwait and Trustee that National Bank of Kuwait failed to produce | | | | | |
| 29. | Email chain between Trustee and National Bank of Kuwait dated May 12, 2024; NBK_R2004-000953 | | | | | |
| 30. | Letter from Dr. Sajid Ali regarding Mr. Choudhri's medical condition and restrictions dated June 7, 2024 | | | | | |
| 31. | April 21, 2020 Appraisal Report for 2425 West Loop South | | | | | |
| 32. | Lease agreement between 2425 Galleria Owner, LLC and Hunan SanShang Trading Co, LTD | | | | | |
| 33. | Lease agreement between Galleria 2425 Owner, LLC and Vaxanix Bio Ltd. | | | | | |
| 34. | Hilco sale brochure re: 2425 West Loop South | | | | | |
| 35. | MRI report for Ali Choudhri from Townsen Memorial Hospital dated June 2, 2024 | | | | | |
| 36. | June 28, 2023 letter from Conrad to Wetwiska re settlement | | | | | |
| 37. | April 26, 2024 letter from Sather to Trustee re buying claims against NBK | | | | | |
| 38. | April 5, 2024 letter from Anwar Qadeer re purchase of property | | | | | |
| 39. | March 26, 2024 offer to purchase property | | | | | |
| 40. | April 3, 2024 email from Sather to Trustee re buying NBK claims | | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 41. | June 28, 2023 letter from Wetwiska to Conrad | | | | |
| 42. | Engagement letter between Galleria 2425 Owner, LLC and Baker Botts | | | | |
| 43. | Emails between Ali Choudhri and Trustee | | | | |
| 44. | Loan Agreement between National Bank of Kuwait and debtor | | | | |
| 45. | R.J. Shannon notes of call with Paul Caldwell TEE0008626 | | | | |
| 46. | CBRE Opinion of Value | | | | |
| 47. | June 2023 Cushman Wakefield Appraisal | | | | |
| 48. | January 17, 2023 Letter of Intent | | | | |
| 49. | June 28, 2023 email from Rompsen to Ali Choudhri regarding proposed purchase of property | | | | |
| 50. | June 2023 Irrevocable Agreement for Sale and Purchase of Property | | | | |
| 51. | April 28, 2024 letter from Ali Choudhri to National Bank of Kuwait accepting offer to purchase property | | | | |
| 52. | April 18, 2024 offer from QB Loop Property LP to purchase National Bank of Kuwait note | | | | |
| 53. | Certificate of Formation for QB Loop Property LP | | | | |
| 54. | January 24, 2024 Confidentiality & Non-Disclosure Agreement with Hilco | | | | |
| 55. | Email from Michael Carter to Sheriff Ezz, et al dated April 16, 2021 | | | | |
| 56. | Email chain between Azeemah Zaheer and National Bank of Kuwait | | | | |
| 57. | PowerPoint presentation regarding National Bank of Kuwait and debtor issues | | | | |
| 58. | Information on IWG | | | | |
| 59. | Management Agreements with IWG | | | | |
| 60. | Email chain between Azeemah Zaheer and National Bank of Kuwait dated August 2, 2021 | | | | |
| 61. | Information sheet regarding Vaxanix Bio, Ltd. | | | | |
| 62. | August 5, 2020 email from Michael Carter to Bassem Boustany | | | | |
| 63. | Memorandum regarding potential claims against National Bank of Kuwait | | | | |
| 64. | July 20, 2023 declaration of Michael Carter | | | | |
| 65. | August 31, 2023 Memorandum Opinion by Houston 1st Court of Appeals | | | | |
| 66. | Lease Agreement between Galleria 2425 Owner, LLC and 2425 West Loop LLC | | | | |
| 67. | June 4, 2021 order on motion to expunge lis pendens | | | | |
| 68. | April 8, 2019 order on joint motion to compel enforcement | | | | |
| 69. | July 20, 2017 order on motion to expunge lis pendens | | | | |
| 70. | Metro City Bank bank statement for 50BH LLC | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 71. | Redacted bank statement | | | | |
| 72. | Plaintiff's request to inspect original documents filed in Harris County Court at Law 1 | | | | |
| 73. | Transcript regarding Motion for Temporary Injunction in Harris County District Court, Case No. 2019-61734 | | | | |
| 74. | Email chain between Azeemah Zaheer and Michael Carter dated April 30, 2019 | | | | |
| 75. | Email chain between Azeemah Zaheer and others regarding appraisal dated January 24, 2019 | | | | |
| 76. | Amendment No. 1 to Amended and Restated Limited Liability Company Agreement of Galleria 2425 JV, LLC | | | | |
| 77. | Credit Proposal Summary for Galleria 2425 Owner, LLC | | | | |
| 78. | Trustee Motion for Entry of an Order for Sale of Property [ECF No. 188] | | | | |
| 79. | Trustee's Omnibus Reply [ECF No. 247] | | | | |
| 80. | Photo of Hilco sign at property | | | | |
| 81. | April 30, 2024 Order Granting Trustee's Application to Employ Hilco Real Estate, LLC | | | | |
| 82. | May 15, 2024 Order on Motion to Vacate (ECF No. 330) | | | | |
| 83. | Email from Jerry Alexander to R.J. Shannon dated February 26, 2024 | | | | |
| 84. | Email from Jerry Alexander to R.J. Shannon dated April 3, 2024 | | | | |
| 85. | Email from Sheryl Chandler to Jerry Alexander and others dated February 19, 2024 | | | | |
| 86. | Email from Jerry Alexander to Trustee and others dated February 15, 2024 | | | | |
| 87. | February 21, 2024 letter from Jerry Alexander regarding lender liability | | | | |
| 88. | June 13, 2024 offer to purchase National Bank of Kuwait claims from estate | | | | |
| 89. | June 27, 2023 Appraisal | | | | |
| 90. | 2022.03.23 Signed TI against NBK | | | | |
| 91. | Confidential Settlement Agreement filed by Trustee | | | | |
| 92. | Hilco Email | | | | |
| 93. | Trustee Emails | | | | |

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:

Galleria 2425 Owner LLC

§
§
§
§
§
§

CASE NO. 23-34815

USB –
On File in Clerk's office

**DOCUMENT IS:**

☒ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____