IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GALLERIA 2425 OWNER, LLC** | § § § § § § | **CASE NO. 23-34815**<br><br>**CHAPTER 11** |

<u>**NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY**</u>
<u>**RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS**</u>

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for creditor, **2425 WL, LLC**, for the limited purpose of representing 2425 WL, LLC's interests in the hearings on plan confirmation and the hearings on the motion to prohibit credit bidding.

Pursuant to Bankruptcy Rules 2002 and 3017 and the Local Bankruptcy Rules, the undersigned as counsel for 2425 WL, LLC hereby requests that copies of all notices, notices of hearings, notices of creditor meetings, continuation of hearings, pleadings, disclosure statements, plans, applications, papers, orders, including orders on relief from stay, objections, reports and all other matters in this case be served on the undersigned at the address stated below:

> H. Gray Burks, IV
> BurksBaker, PLLC
> 950 Echo Ln, Suite 300
> Houston, Texas 77024
> 713-897-1297
> Fax 713-869-9100
> Email: gray.burks@bakerassociates.net

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any

other documents brought before this court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: June 14, 2024

                                  Respectfully submitted,

*/s/ H. Gray Burks, IV*
**H. Gray Burks, IV**
TX Bar No. 03418320
BurksBaker, PLLC
950 Echo Ln, Suite 300
Houston, Texas 77024
(713) 897-1297
(713) 869-9100 Fax
ATTORNEY FOR
2425 WL, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2024, a true and correct copy of the foregoing notice of appearance and request for notice was sent by electronic delivery through the Court's CM/ECF system.

*/s/ H. Gray Burks, IV*
**H. Gray Burks, IV**

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE & CHAPTER 11 TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of the foregoing notice of appearance and request for notice was delivered to the United States Trustee and Chapter 11 Trustee, Christopher R. Murray, by electronic delivery through the Court's CM/ECF noticing system on or about June 14, 2024.

*/s/ H. Gray Burks, IV*
**H. Gray Burks, IV**