**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **GALLERIA 2425 Owner, LLC** | § | **Case No. 23-34815 (JPN)** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

**NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH'S
*SUPPLEMENTAL* EXHIBIT LIST FOR JUNE 17, 2024 CONFIRMATION HEARING
ON NATIONAL BANK OF KUWAIT'S LIQUIDATING PLAN
(Supplements ECF No. 501)**

National Bank of Kuwait, S.A.K.P., New York Branch ("NBK"), a secured creditor and party in interest in the above-captioned bankruptcy case, files this *Supplemental* Exhibit List for the hearing to be held June 17, 2024 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on the *Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P., New York Branch* (ECF No. 194).

**SUPPLEMENTAL EXHIBIT LIST**

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 14. | Notice of Filing Plan Supplement to Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P., New York Branch with attachments and exhibits, including Liquidating Analysis (Exh. A) and Liquidation Trust Agreement (Exh. C) (ECF No. 516) | | | | |
| 23. | Declaration of Michael C. Carter In Support Of Confirmation of National Bank of Kuwait, S.A.K.P., New | | | | |

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| | York Branch's Chapter 11 Plan of Liquidation of the Debtor with attachments and exhibits, including Exhibit A 2023 Annual Report (ECF No. 514-1) | | | | |
| 24. | National Bank of Kuwait, S.A.K.P., New York Branch's Memorandum of Law in Support of Confirmation of Chapter 11 Plan of Liquidation of the Debtor and Omnibus Reply to Objections Thereto with attachments and exhibits, including exhibits (ECF No. 514) | | | | |
| 25. | Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P., New York Branch (ECF No. 514-4) | | | | |
| 26. | Confidential Settlement Agreement as of August 22, 2022, between National Bank of Kuwait, S.A.K.P., New York Branch, Galleria 2425 Owner, LLC, Naissance Galleria, LLC, and Ali Choudhri | | | | |
| 27. | Amended Confirmation Order (to be filed) | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

<u>**RESERVATION OF RIGHTS**</u>

NBK reserves the right to call or to introduce one or more, or none, of the exhibits listed above, and further reserves the right to supplement any witness or exhibit list filed by NBK before the Hearing.

DATED: June 15, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ Andrew M. Troop
Charles C. Conrad
Texas State Bar No. 24040721
Ryan Steinbrunner
Texas State Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

- and -

Andrew M. Troop (Bar No. MA547179)
Patrick E. Fitzmaurice*
Kwame O. Akuffo*
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*Admitted *pro hac vice*

***Counsel for National Bank of Kuwait, S.A.K.P., New York Branch***

3