IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GALLERIA 2425 OWNER LLC,**<br><br>    Debtor. | Case No. 23-34815<br>Chapter 11 |

## RESPONSE TO EMERGENCY MOTION IN LIMINE

**COMES NOW 2425 WL, LLC** and file this Response to Emergency Motion in Limine and would show as follows:

1. The National Bank of Kuwait has filed an Emergency Motion in Limine (ECF No. 519). The motion seeks to exclude evidence of claims against National Bank of Kuwait prior to the date of a certain settlement agreement.

2. As an initial matter, a motion in limine is improper in a bench trial. "The courts in the Fifth Circuit have consistently held that a motion in limine 'serves no real purpose in a bench trial since the court can and does readily exclude from its consideration inappropriate evidence of whatever ilk.'" *Rash v. Lafayette County,* 2022 U.S. Dist. LEXIS 58231 (N.D. Miss. 2022).

3. Further, the fact that certain bad acts occurred prior to the date of a settlement agreement does not make that conduct inadmissible.

    (a) The acts might be part of a pattern and practice of behavior by the Bank which would be relevant to examining its conduct.

    (b) The release in the settlement agreement might not be enforceable. If the Bank breached the settlement agreement first, then it would not be entitled to enforce the releases.

    (c) There are other grounds where the releases might not be enforceable such as fraud.

4. The Court should listen to the evidence and rule when the issue arises rather than categorically excluding evidence before it is offered.

1

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expwy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR 2425 WL, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2024, a true and correct copy of the foregoing Response was served upon the parties on the attached Matrix by United States First Class Mail, postage prepaid, or by the Court's ECF noticing system to those parties registered to receive such service. Additionally it was sent to all parties registered for CM/ECF upon filing. I also emailed a copy to Charles Conrad, Andrew Troop and Patrick Fitzmaurice.

/s/ Stephen Sather
Stephen Sather

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-34815<br>Southern District of Texas<br>Houston<br>Tue Jun 11 11:35:00 CDT 2024 | 2425 WL, LLC<br>2425 West Loop South 11th floor<br>Houston, TX 77027-4304 | Arin-Air Inc.<br>c/o Smith & Cerasuolo, LLP<br>7500 San Felipe, Suite 777<br>Houston, TX 77063-1709 |
| CC2 TX, LLC<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road Suite 850<br>Dallas, TX 75251-1364 | City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Galleria 2425 Owner, LLC<br>1001 West Loop South 700<br>Houston, TX 77027-9084 |
| (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Hayward PLLC<br>c/o Melissa Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | National Bank of Kuwait, S.A.K.P., New York | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729-4422 | 2425 West Loop, LLC<br>2000 Hughes Landing Blvd., Suite 815<br>The Woodlands, Texas 77380-4142 | ADT<br>PO Box 382109<br>Pittsburgh, PA 15251-8109 |
| Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | Arin-Air, Inc.<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 | Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441-2013 |
| CC2 TX, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | CFI Mechanical, Inc<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674-7619 |
| Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 |
| City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 |
| Environmental Coalition Inc<br>PO Box 1568<br>Stafford, TX 77497-1568 | Ferguson Facilities Supplies<br>PO Box 200184<br>San Antonio, TX 78220-0184 | Firetron<br>PO Box 1604<br>Stafford, TX 77497-1604 |

| | | |
|---|---|---|
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002-3509 | H.N.B. Construction, LLC<br>c/o Malcolm D. Dishongh<br>PO Box 2347<br>Humble, TX 77347-2347 |
| HNB Construction, LLC<br>521 Woodhaven<br>Ingleside, TX 78362-4678 | Hayward PLLC<br>c/o Melissa S. Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Jetall Companies, Inc<br>1001 West Loop South Ste 700<br>Houston, TX 77027-9033 | Kings 111 Emergency Communications<br>751 Canyon Drive, Suite 100<br>Coppell, TX 75019-3857 |
| Lexitas<br>PO Box Box 734298 Dept 2012<br>Dallas, TX 75373-4298 | Lloyd E. Kelley<br>2726 Bissonent Suite 240<br>Houston, TX 77005-1352 | Logix Fiber Networks<br>PO Box 734120<br>Dallas, TX 75373-4120 |
| MacGeorge Law Firm<br>2921 E 17th St Blgd D Suite 6<br>Austin, TX 78702-1572 | Mueller Water Treatment<br>1500 Sherwood Forest Dr.<br>Houston, TX 77043-3899 | Naissance Galleria, LLC<br>c/o Law Office of Nima Taherian<br>701 N. Post Oak Rd. Ste 216<br>Houston, TX 77024-3868 |
| National Bank of Kuwait<br>299 Park Ave. 17th Floor<br>New York, NY 10171-0023 | Nationwide Security<br>2425 W Loop S 300<br>Houston, TX 77027-4205 | Nichamoff Law Firm<br>2444 Times Blvd 270<br>Houston, TX 77005-3253 |
| Rodney L. Drinnon<br>2000 West Loop S, Ste. 1850,<br>Houston, Texas 77027-3744 | TKE<br>3100 Interstate North Cir SE  500<br>Atlanta, GA 30339-2296 | U.S. Trustee's Office<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 |
| US Retailers LLC d/b/a Cirro Energy<br>Attention: Bankruptcy Department<br>PO Box 3606<br>Houston, TX 77253-3606 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Zindler Cleaning Service Co<br>2450 Fondren 113<br>Houston, TX 77063-2314 | Ali Choudhri<br>24256 West Loop South<br>11th Floor<br>Houston, TX 77027 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 |
| James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036-3343 | Jeffrey W Steidley<br>Steidley Law Firm<br>3000 Weslayan<br>Ste 200<br>Houston, TX 77027-5741 | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 |

Rodney Drinnon
McCathern Houston
2000 W Loop S
Ste. 1850
Houston, TX 77027-3744

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | (d)Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 |
| (d)Harris County, et al<br>PO Box 2928<br>Houston, TX 77252 | | |

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2425 West Loop, LLC | (u)Landry's Inc. | (u)Sonder USA Inc. |
| (d)Arin-Air, LLC<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 | (du)Sonder USA Inc. | (u)Azeemeh Zaheer |
| (u)Jack Rose | End of Label Matrix<br>Mailable recipients   60<br>Bypassed recipients    7<br>Total                 67 | |