IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GALLERIA 2425 Owner, LLC<br><br>Debtor. | Case No. 23-34815 (JPN)<br><br>Chapter 11 |

## NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH'S *SECOND SUPPLEMENTAL* EXHIBIT LIST FOR JUNE 17, 2024 CONFIRMATION HEARING ON NATIONAL BANK OF KUWAIT'S LIQUIDATING PLAN
### (Supplements ECF Nos. 501, 521)

National Bank of Kuwait, S.A.K.P., New York Branch ("NBK"), a secured creditor and party in interest in the above-captioned bankruptcy case, files this *Second Supplemental* Exhibit List for the hearing to be held June 17, 2024 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on the *Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P., New York Branch* (ECF No. 194).

### SECOND SUPPLEMENTAL EXHIBIT LIST

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 28. | Redline of Bid Procedures Motion and Order | | | | |
| 29. | NBK Credit Bid Cash Contribution Spreadsheet | | | | |
| 30. | June 13, 2024 Legalist Term Sheet email with attachments, including Legalist Term Sheet (ECF No. 303) and NBK June 11, 2024 Subpoena to Legalist | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

## RESERVATION OF RIGHTS

NBK reserves the right to call or to introduce one or more, or none, of the exhibits listed above, and further reserves the right to supplement any witness or exhibit list filed by NBK before the Hearing.

DATED: June 16, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Andrew M. Troop*
Charles C. Conrad
Texas State Bar No. 24040721
Ryan Steinbrunner
Texas State Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

- and -

Andrew M. Troop (Bar No. MA547179)
Patrick E. Fitzmaurice*
Kwame O. Akuffo*
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*Admitted *pro hac vice*

**Counsel for National Bank of Kuwait, S.A.K.P., New York Branch**