United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

## HEARING ORDER

The Court notes that various hearings/motions are scheduled on June 17, 2024, in this case. To aid counsel and witnesses the Court issues this hearing order.

The Court intends to call and hear matters in this order.

(1) Motion of Trustee for Protective Order (ECF No. 467).
(2) Motion to Prohibit Credit Bidding (ECF No. 353), Objection of National Bank of Kuwait, S.A.K.P. (ECF No. 455). This hearing will conclude on June 17, 2024. Parties and witnesses are **advised to be available outside of regular business hours on June 17, 2024**.
(3) Plan Confirmation (ECF 194), Objection of City of Houston, Houston Community College System and Houston Independent School District (ECF No. 286), Objection of CC2 TX, LLC (ECF No. 454), Objection by Debtor (ECF No. 409), Objection by 2425 WL, LLC (ECF No. 401).

Parties are additionally notified that if the Court hearings are not concluded on June 17, 2024, they will resume at 9:00 a.m. **on the Federal Holiday of June 19, 2024**.

Parties may appear in person in the Houston Division or remotely by video and telephone. Connection instructions are available on the Court's website;[1] however, the hearings will not be delayed or postponed due to technical difficulties, failure to remotely connect by video or telephone, disconnections, or sound difficulties. Excessive background noise is not allowed, and the Court will disconnect any parties whose telephone connection interrupts the scheduled hearing. Parties are encouraged to mute telephones except while speaking on the record. You any test video and telephone connections prior to any scheduled hearing. Headsets are recommended, the use of speaker phones and cell phones are discouraged but not disallowed. Parties may email mario_rios@txs.uscourts.gov to schedule video and telephone testing.

Exhibits must be filed on CM/ECF, referenced by CM/ECF number during testimony, and must be presented electronically by the proponent. The Court will not present your exhibits. Paper exhibits are not allowed.

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

1 / 2

All parties shall appear by separate video and telephone connections. Witnesses shall be isolated from all parties and may not reference electronic or written materials that are not presented electronically via the Court's electronic evidence system or via gotomeeting. The Court reserves the right to strike the testimony of any witness for any violation.

**SO ORDERED.**

SIGNED 06/14/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-34815-jpn |
| Galleria 2425 Owner, LLC | Chapter 11 |
| Azeemeh Zaheer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf002 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Galleria 2425 Owner, LLC, 1001 West Loop South 700, Houston, TX 77027-9084 |
| cr | + | 2425 WL, LLC, 2425 West Loop South 11th floor, Houston, TX 77027-4304 |
| cr | | Ali Choudhri, 24256 West Loop South, 11th Floor, Houston, TX 77027 |
| cr | + | Arin-Air Inc., c/o Smith & Cerasuolo, LLP, 7500 San Felipe, Suite 777, Houston, TX 77063-1709 |
| cr | + | CC2 TX, LLC, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road Suite 850, Dallas, TX 75251-1364 |
| cr | + | Hayward PLLC, c/o Melissa Hayward, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Jetall Companies, Inc., 1001 W. Loop South, Suite 700, Houston, TX 77027-9033 |
| cr | + | Rodney Drinnon, McCathern Houston, 2000 W Loop S, Ste. 1850, Houston, TX 77027-3744 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jun 14 2024 20:15:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: taxbankruptcy.cao@harriscountytx.gov | Jun 14 2024 20:15:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2928, Houston, TX 77252-2928, UNITED STATES |
| cr | Email/Text: houston_bankruptcy@lgbs.com | Jun 14 2024 20:15:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jun 14 2024 20:15:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Jack Rose |
| cr | | 2425 West Loop, LLC |
| dft | | Azeemeh Zaheer |
| intp | | Landry's Inc. |
| cr | | National Bank of Kuwait, S.A.K.P., New York Branch |
| cr | | Sonder USA Inc. |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf002 | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Defendant National Bank of Kuwait S.A.K.P., New York Branch andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Andrew M. Troop | on behalf of Defendant National Bank of Kuwait S.A.K.P., New York Branch andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Andrew M. Troop | on behalf of Creditor National Bank of Kuwait S.A.K.P., New York Branch andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Broocks Wilson | on behalf of Creditor Sonder USA Inc. mack.wilson@keanmiller.com |
| Charles Clayton Conrad | on behalf of Defendant National Bank of Kuwait S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com;docket@pillsburylaw.com |
| Charles Clayton Conrad | on behalf of Creditor National Bank of Kuwait S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com;docket@pillsburylaw.com |
| Charles Clayton Conrad | on behalf of Defendant National Bank of Kuwait S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com;docket@pillsburylaw.com |
| Christopher R Murray | on behalf of Trustee Christopher R Murray chris@jonesmurray.com 9799263420@filings.docketbird.com |
| Christopher R Murray | chris@jonesmurray.com crm@trustesolutions.net |
| D. Hunter Polvi | on behalf of Plaintiff Naissance Galleria LLC polvih@passmanjones.com |
| David Neal Stern | on behalf of Creditor 2425 WL LLC dstern@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;mcalderon@bn-lawyers.com |
| David W Tang | on behalf of Defendant Azeemeh Zaheer airtang@gmail.com |
| Gary F Cerasuolo | on behalf of Creditor Arin-Air Inc. gary.cerasuolo@sbcglobal.net |
| Howard Marc Spector | on behalf of Creditor CC2 TX LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com |
| James Q. Pope | on behalf of Debtor Galleria 2425 Owner LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | on behalf of Plaintiff Galleria 2425 Owner LLC ecf@thepopelawfirm.com jpope@jubileebk.net |
| James Q. Pope | |

District/off: 0541-4 | User: ADIuser | Page 3 of 4
Date Rcvd: Jun 14, 2024 | Form ID: pdf002 | Total Noticed: 12

| | |
|---|---|
| | on behalf of Plaintiff Naissance Galleria LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Robert MacNaughton | |
| | on behalf of Creditor 2425 West Loop LLC robert@porterpowers.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jeannie Lee Andresen | |
| | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com chymel@dorelaw.com |
| Jeannie Lee Andresen | |
| | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com chymel@dorelaw.com |
| Jeannie Lee Andresen | |
| | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com chymel@dorelaw.com |
| Jeffrey W Steidley | |
| | on behalf of Plaintiff Ali Choudhri Jeff@texlaw.us |
| Jeffrey W Steidley | |
| | on behalf of Debtor Galleria 2425 Owner LLC Jeff@texlaw.us |
| Jennifer Lea MacGeorge | |
| | on behalf of Creditor Jetall Companies Inc. jmac@jlm-law.com |
| Jennifer Lea MacGeorge | |
| | on behalf of Plaintiff Naissance Galleria LLC jmac@jlm-law.com |
| Kyung Shik Lee | |
| | on behalf of Plaintiff Christopher Murray kslee50@gmail.com Courtnotices@kasowitz.com |
| Kyung Shik Lee | |
| | on behalf of Trustee Christopher R Murray kslee50@gmail.com Courtnotices@kasowitz.com |
| Lloyd A. Lim | |
| | on behalf of Creditor Sonder USA Inc. lloyd.lim@keanmiller.com rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;michelle.friery@keanmiller.com |
| Mark Edwin Smith | |
| | on behalf of Creditor 2425 WL LLC msmith@porterhedges.com |
| Melissa S Hayward | |
| | on behalf of Creditor Hayward PLLC MHayward@HaywardFirm.com Mholmes@HaywardFirm.com |
| Patrick L Hughes | |
| | on behalf of Interested Party Landry's Inc. hughesp@haynesboone.com kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com |
| R. J. Shannon | |
| | on behalf of Plaintiff Christopher Murray rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| R. J. Shannon | |
| | on behalf of Trustee Christopher R Murray rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| Reese W Baker | |
| | on behalf of Plaintiff Galleria 2425 Owner LLC courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Reese W Baker | |
| | on behalf of Debtor Galleria 2425 Owner LLC courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Reese W Baker | |
| | on behalf of Attorney Jack Rose courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Rodney Lee Drinnon | |
| | on behalf of Creditor Rodney Drinnon rdrinnon@mccathernlaw.com eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com |
| Rodney Lee Drinnon | |
| | on behalf of Defendant Azeemeh Zaheer rdrinnon@mccathernlaw.com eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com |
| Ryan Steinbrunner | |
| | on behalf of Defendant National Bank of Kuwait S.A.K.P., New York Branch ryan.steinbrunner@pillsburylaw.com |

| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: pdf002 | Total Noticed: 12 |

Ryan Steinbrunner
    on behalf of Creditor National Bank of Kuwait  S.A.K.P., New York Branch ryan.steinbrunner@pillsburylaw.com

Stephen Wayne Sather
    on behalf of Creditor 2425 West Loop  LLC ssather@bn-lawyers.com,
    plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Stephen Wayne Sather
    on behalf of Creditor 2425 WL  LLC ssather@bn-lawyers.com,
    plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Stephen Wayne Sather
    on behalf of Plaintiff 2425 WL  LLC ssather@bn-lawyers.com,
    plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Susan R. Fuertes
    on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov,
    jo.falcon@harriscountytx.gov;vriana.portillo@harriscountytx.gov

Tara L Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 49