## SUPPLEMENTAL WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | |
| **MAIN NO.23-34815** | |
| In re Galleria 2425 Owner, LLC | JUDGE: Jeffrey P. Norman |
| | COURTROOM STAFF: |
| | DATE: June 19, 2024, 9:00 a.m. |
| | **PARTY'S NAME: Jetall Companies** |
| | ATTORNEY'S NAME: Jennifer MacGeorge |
| | ATTORNEY'S PHONE: 512-215-4129 |
| | NATURE OF PROCEEDINGS: Confirmation of Chapter 11 Plan of Liquidation [ECF No. 194]; Motion to Prohibit Credit Bidding [ECF No. 353] |
| **WITNESSES:** | |
| Russell Ingram, Expert | |
| Any person listed by any other party | |
| Rebuttal witnesses | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 94. | Emails – Chris Murray | | | | |
| 95. | Vaxanix Deck | | | | |
| 96. | Texts – Chris Murray | | | | |

### RESERVATION OF RIGHTS

JETALL reserves the right to call or to introduce one or more, or none, of the exhibits listed above, and further reserves the right to supplement any witness or exhibit list filed by JETALL before the Hearing.

DATED: June 19, 2024           JLM LAW, PLLC

                               */s/ Jennifer MacGeorge*
                               Jennifer MacGeorge

State Bar No. 24093627
1001 West Loop S, Ste 700
Houston, TX 77027
Telephone: (512) 215-4129
Facsimile: (512) 212-5399
service@jlm-law.com
jmac@jlm-law.com