IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | |
| GALLERIA 2425 Owner, LLC | | Case No. 23-34815 (JPN) |
| Debtor. | | Chapter 11 |

### NOTICE OF SUCCESSFUL BIDDER, BACKUP BIDDER, AND SALE HEARING

**PLEASE TAKE NOTICE** that the Trustee conducted an auction (the "Auction") on June 21, 2024, pursuant to the Bid Procedures approved by the U.S. Bankruptcy Court for the Southern District of Texas.[1]

**PLEASE TAKE FURTHER NOTICE** that QB Loop Property LP was the Successful Bidder at the Auction with a cash bid for the Property in the amount of $26,250,000 plus up to $1,000,000 additional cash for allowed administrative expense claims.

**PLEASE TAKE FURTHER NOTICE** that the National Bank of Kuwait, S.A.K.P., New York Branch was the Backup Bidder at the Auction with a credit bid for the Property in the amount of $27,000,000.

**PLEASE TAKE FURTHER NOTICE** that the sale of the Property to the Successful Bidder or the Backup Bidder will be free and clear of all claims, liens, or other interests except as otherwise indicated in the agreements with the Successful Bidder or Backup Bidder, which will be filed with the Bankruptcy Court in advance of the hearing to approve the sale.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the sale of the Property to the Successful Bidder or the Backup Bidder is July 1, 2024.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the sale of the Property is scheduled for July 8, 2024, at 9:00 a.m. (prevailing Central Time) at Courtroom 403, U.S. Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas, 77002.

[*Remainder of Page Intentionally Left Blank*]

---

[1] Capitalized terms used but not defined in this Notice shall have the meanings ascribed to them in the Bid Procedures.

| | |
|---|---|
| DATED: June 21, 2024 | SHANNON & LEE LLP |

*/s/R. J. Shannon*
Kyung S. Lee (TBA No. 12128400)
R. J. Shannon (TBA No. 24108062)
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
klee@shannonleellp.com
rshannon@shannonleellp.com

*Counsel to the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served by (a) the Court's CM/ECF system on all parties registered to receive such service on the date of filing and (b) U.S.P.S. first class mail on all parties indicated in the attached service list within one (1) business day of filing.

                                      */s/     R. J. Shannon*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-34815<br>Southern District of Texas<br>Houston<br>Fri Jun 21 15:17:43 CDT 2024 | 2425 WL, LLC<br>2425 West Loop South 11th floor<br>Houston, TX 77027-4304 | Arin-Air Inc.<br>c/o Smith & Cerasuolo, LLP<br>7500 San Felipe, Suite 777<br>Houston, TX 77063-1709 |
| CC2 TX, LLC<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road Suite 850<br>Dallas, TX 75251-1364 | City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Galleria 2425 Owner, LLC<br>1001 West Loop South 700<br>Houston, TX 77027-9084 |
| (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Hayward PLLC<br>c/o Melissa Hayward<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Jetall Companies, Inc.<br>1001 W. Loop South<br>Suite 700<br>Houston, TX 77027-9033 | National Bank of Kuwait, S.A.K.P., New York |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 2425 WL, LLC<br>13498 Pond Springs Rd.<br>Austin, TX 78729-4422 | 2425 West Loop, LLC<br>2000 Hughes Landing Blvd., Suite 815<br>The Woodlands, Texas 77380-4142 |
| ADT<br>PO Box 382109<br>Pittsburgh, PA 15251-8109 | Ali Choudhry<br>1001 West Loop South 700<br>Houston, TX 77027-9084 | Arin-Air, Inc.<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 |
| Ash Automated Control Systems, LLC<br>PO Box 1113<br>Fulshear, TX 77441-2013 | CC2 TX, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | CFI Mechanical, Inc<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 |
| CNA Insurance Co<br>PO Box 74007619<br>Chicago, IL 60674-7619 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 |
| City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 |
| Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Environmental Coalition Inc<br>PO Box 1568<br>Stafford, TX 77497-1568 | Ferguson Facilities Supplies<br>PO Box 200184<br>San Antonio, TX 78220-0184 |

```
Firetron                            (p)FIRST INSURANCE FUNDING        Gulfstream Legal Group
PO Box 1604                         450 SKOKIE BLVD SUITE 1000         1300 Texas St
Stafford, TX 77497-1604             NORTHBROOK IL 60062-7917           Houston, TX 77002-3509


H.N.B. Construction, LLC            HNB Construction, LLC              Hayward PLLC
c/o Malcolm D. Dishongh             521 Woodhaven                      c/o Melissa S. Hayward
PO Box 2347                         Ingleside, TX 78362-4678           10501 N. Central Expy., Ste. 106
Humble, TX 77347-2347                                                  Dallas, TX 75231-2203


Houston Community College System    Houston ISD                        Jetall Companies, Inc
c/o Tara L. Grundemeier             c/o Tara L. Grundemeier            1001 West Loop South Ste 700
Linebarger Goggan Blair & Sampson LLP  Linebarger Goggan Blair & Sampson LLP  Houston, TX 77027-9033
PO Box 3064                         PO Box 3064
Houston, TX 77253-3064              Houston, TX 77253-3064


Kings 111 Emergency Communications  Lexitas                            Lloyd E. Kelley
751 Canyon Drive, Suite 100         PO Box Box 734298 Dept 2012        2726 Bissonent Suite 240
Coppell, TX 75019-3857              Dallas, TX 75373-4298              Houston, TX 77005-1352


Logix Fiber Networks                MacGeorge Law Firm                 Mueller Water Treatment
PO Box 734120                       2921 E 17th St Blgd D Suite 6      1500 Sherwood Forest Dr.
Dallas, TX 75373-4120               Austin, TX 78702-1572              Houston, TX 77043-3899


Naissance Galleria, LLC             National Bank of Kuwait            Nationwide Security
c/o Law Office of Nima Taherian     299 Park Ave. 17th Floor           2425 W Loop S 300
701 N. Post Oak Rd. Ste 216         New York, NY 10171-0023            Houston, TX 77027-4205
Houston, TX 77024-3868


Nichamoff Law Firm                  Rodney L. Drinnon                  TKE
2444 Times Blvd 270                 2000 West Loop S, Ste. 1850,       3100 Interstate North Cir SE  500
Houston, TX 77005-3253              Houston, Texas 77027-3744          Atlanta, GA 30339-2296


U.S. Trustee's Office               US Retailers LLC d/b/a Cirro Energy  US Trustee
515 Rusk, Suite 3516                Attention: Bankruptcy Department   Office of the US Trustee
Houston, Texas 77002-2604           PO Box 3606                        515 Rusk Ave
                                    Houston, TX 77253-3606             Ste 3516
                                                                       Houston, TX 77002-2604


Waste Management                    Zindler Cleaning Service Co        Ali Choudhri
PO Box 660345                       2450 Fondren 113                   24256 West Loop South
Dallas, TX 75266-0345               Houston, TX 77063-2314             11th Floor
                                                                       Houston, TX 77027


Christopher R Murray                James Q. Pope                      Jeffrey W Steidley
Jones Murray LLP                    The Pope Law Firm                  Steidley Law Firm
602 Sawyer St                       6161 Savoy Drive                   3000 Weslayan
Ste 400                             Ste 1125                           Ste 200
Houston, TX 77007-7510              Houston, TX 77036-3343             Houston, TX 77027-5741
```

| | |
|---|---|
| Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 | Rodney Drinnon<br>McCathern Houston<br>2000 W Loop S<br>Ste. 1850<br>Houston, TX 77027-3744 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | (d)Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210 |

(d)Harris County, et al
PO Box 2928
Houston, TX 77252

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2425 West Loop, LLC | (u)Landry's Inc. | (u)Sonder USA Inc. |
| (d)Arin-Air, LLC<br>5710 Brittmoore Rd. #13<br>Houston, TX 77041-5627 | (du)Sonder USA Inc. | (u)Azeemeh Zaheer |
| (u)Jack Rose | End of Label Matrix<br>Mailable recipients    61<br>Bypassed recipients     7<br>Total                  68 | |