IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | BANKRUPTCY CASE NO. 23-34815 |
| GALLERIA 2425 OWNER, LLC, | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| 2425 WL, LLC, | § | |
| APPELLANT | § § | |

**NOTICE OF APPEAL OF ORDER CONFIRMING PLAN TO DISTRICT COURT**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): 2425 WL, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditor, and Party-in-Interest

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken: Order Confirming Chapter 11 Plan of Liquidation of the Debtor By National Bank of Kuwait, S.A.K.P. New York Branch (Docket No. 566). A copy of the appealed from order is attached as Exhibit 1.

2. State the date on which the judgment – or the appealable order or decree – was entered: June 22, 2024

**Part 3: Identify the other parties to the appeal**

1. National Bank of Kuwait, S.A.K.P. New York Branch

   Andrew M. Troop
   Pillsbury Winthrop Shaw Pittman LLP
   31 West 52nd Street
   New York, NY 10019
   Telephone: (212) 858-1000

|  |  |  |
|---|---|---|
|  |  | *Email:* Andrew.troop@pillsburylaw.com |
|  |  | Patrick E. Fitzmaurice<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 858-1000<br>*Email:*<br>Patrick.fitzmaurice@pillsburylaw.com |
| 2. | Christopher R. Murray, Chapter 11 Trustee | R.J. Shannon<br>Shannon & Lee LLP<br>2100 Travis Street, Ste 1525<br>Houston, TX 77002<br>Telephone: (713) 714-5770<br>Email: rshannon@shannonleellp.com<br><br>Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 770027<br>Telephone: (713) 301-4751<br>Email: kslee50@gmail.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

**Part 5: Sign below**

*/s/ H. Gray Burks, IV*                                Date:   July 6, 2024
H. Gray Burks, IV
State Bar No. 03418320
BurksBaker, PLLC
950 Echo Ln, Suite 300
Houston, TX 77024
Telephone: (713) 897-1297
Facsimile: (713) 869-9100
Email: gray.burks@burksbaker.net
*Attorneys for 2425 WL, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2024 a true and correct copy of the foregoing Notice of Appeal was served on the parties listed below, via electronic delivery through the Court's CM/ECF system:

Jeannie Lee Andresen on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Reese W Baker on behalf of Attorney Jack Rose
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Reese W Baker on behalf of Debtor Galleria 2425 Owner, LLC
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Gary F Cerasuolo on behalf of Creditor Arin-Air Inc.
gary.cerasuolo@sbcglobal.net

Charles Clayton Conrad on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
charles.conrad@pillsburylaw.com,
nancy.jones@pillsburylaw.com;docket@pillsburylaw.com

Rodney Lee Drinnon on behalf of Creditor Rodney Drinnon
rdrinnon@mccathernlaw.com,
eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

Rodney Lee Drinnon on behalf of Defendant Azeemeh Zaheer
rdrinnon@mccathernlaw.com,
eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Property Tax Division
susan.fuertes@harriscountytx.gov,
vriana.portillo@harriscountytx.gov;Jo.Falcon@harriscountytx.gov

Tara L Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Melissa S Hayward on behalf of Creditor Hayward PLLC
MHayward@HaywardFirm.com, Mholmes@HaywardFirm.com

Patrick L Hughes on behalf of Interested Party Landry's Inc.
hughesp@haynesboone.com,
kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com

Kyung Shik Lee on behalf of Plaintiff Christopher Murray
kslee50@gmail.com, Courtnotices@kasowitz.com

Lloyd A. Lim on behalf of Creditor Sonder USA Inc.
lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;michelle.friery@keanmiller.com

Jennifer Lea MacGeorge on behalf of Creditor Jetall Companies, Inc.
jmac@jlm-law.com

Jennifer Lea MacGeorge on behalf of Plaintiff Naissance Galleria, LLC
jmac@jlm-law.com

James Robert MacNaughton on behalf of Creditor 2425 West Loop, LLC
robert@porterpowers.com

Simon Richard Mayer on behalf of Interested Party QB Loop Property LP
simon.mayer@lockelord.com, Autodocket@lockelord.com

Christopher R Murray
chris@jonesmurray.com, crm@trustesolutions.net

Christopher R Murray on behalf of Trustee Christopher R Murray
chris@jonesmurray.com, crm@trustesolutions.net, 9799263420@filings.docketbird.com

D. Hunter Polvi on behalf of Plaintiff Naissance Galleria, LLC
polvih@passmanjones.com

James Q. Pope on behalf of Debtor Galleria 2425 Owner, LLC

ecf@thepopelawfirm.com, jpope@jubileebk.net

Stephen Wayne Sather on behalf of Creditor 2425 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Stephen Wayne Sather on behalf of Creditor 2425 West Loop, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

R. J. Shannon on behalf of Trustee Christopher R Murray
rshannon@shannonleellp.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Michelle E Shriro on behalf of Creditor RGN-MCA Houston LIII, LLC
mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Mark Edwin Smith on behalf of Creditor 2425 WL, LLC
msmith@porterhedges.com

Howard Marc Spector on behalf of Creditor CC2 TX, LLC
hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Jeffrey W Steidley on behalf of Debtor Galleria 2425 Owner, LLC
Jeff@texlaw.us

Jeffrey W Steidley on behalf of Plaintiff Ali Choudhri
Jeff@texlaw.us

Ryan Steinbrunner on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
ryan.steinbrunner@pillsburylaw.com

David Neal Stern on behalf of Creditor 2425 WL, LLC
dstern@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;mcalderon@bn-lawyers.com

David W Tang on behalf of Defendant Azeemeh Zaheer
airtang@gmail.com

Andrew M. Troop on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

Broocks Wilson on behalf of Creditor Sonder USA Inc.
mack.wilson@keanmiller.com

And on July 8, 2024 by deposit in the United States Mail, first class postage prepaid to:

Galleria 2425 Owner, LLC
1001 West Loop South 700
Houston, TX 77027
*Debtor*

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV