CAUSE NO. 2015-36895

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT OF |
| HIRA AZHAR AND ALI CHOUDHRI | § § § § § § | 312TH JUDICIAL DISTRICT HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

By order dated August 9, 2019 (the "Order"), the Court dismissed all Texas Family Code Chapter 6 claims asserted in this case. The Order recited the Court's earlier decision to dismiss at a hearing conducted on June 26, 2019. At that same hearing, the Court (i) struck Petitioner's Fourth Amended Petition as being filed past the deadline for pleadings, (ii) granted Petitioner leave to file a Fifth Amended Petition and (iii) instructed the parties to brief issues relating to Petitioner's newly asserted Texas Family Code Chapter 9 or other property claims. The Court also entered an order dated April 8, 2019 titled Order on Joint Motion to Compel Enforcement ordering that all notices of Lis Pendens filed by Hira Azhar are hereby released and null and void.

Petitioner's Fifth Amended Petition was thereafter filed, asserting new claims under Texas Family Code Chapter 9 and Chapter 23 of the Texas Property Code. The parties submitted briefing on the newly asserted claims. At a hearing on August 9, 2019, the Court directed the parties appear for hearing / bench trial on the issues raised in the briefing.

The parties appeared in person and through counsel on August 19, 2019 and announced ready for trial. Having heard and considered the briefing, the arguments of counsel and the evidence, the Court has determined to dismiss with prejudice all of Petitioner's remaining claims. It is therefore

*Cause No: 2015-36895: In the Matter of the Marriage of Hira Azhar and Ali Choudhri Final Judgment*

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDERED, ADJUDGED AND DECREED that Petitioner's newly asserted Fifth Amended Petition claims are dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that the August 9, 2019 Order is made final by this final judgment. It is further

ORDERED, ADJUDGED and DECREED that Petitioner Hira Azhar take nothing against all Respondent Ali Choudhri and all other Defendants. It is further

ORDERED, ADJUDGED AND DECREED that all costs are taxed against Petitioner Hira Azhar. It is further

ORDERED, ADJUDGED AND DECREED that any claims of Petitioner are dismissed with prejudice, that all other prior orders of the Court not expressly noted above are hereby withdrawn, dissolved, void ab initio and terminated and that this is a final judgment, and is appealable.

SIGNED on the ____ day of __NOV 2 2 2019__, 2019.

_____
JUDGE PRESIDING
John T. Wooldridge
Judge Presiding

7/22/2019 12:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35312141
By: Shawn Simien
Filed: 7/22/2019 12:29 PM

NCA

P-2

4A

CAUSE NO. 2015-36895

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| HIRA AZHAR | § | 312TH JUDICIAL DISTRICT |
| AND | § | |
| ALI CHOUDHRI | § | HARRIS COUNTY, TEXAS |

ORDER
~~JUDGMENT~~

On this day came on for consideration Ali Choudhri's Motion to Dismiss filed on or about April 4, 2019 incorporating 1) Choudhri's Rule 308b Notice dated June 27, 2018; 2) Choudhri's Plea to the Jurisdiction dated June 27, 2018; and 3) Motion to Dismiss By Choudhri dated November 8, 2018 including Azhar's Response to Motion to Dismiss dated November 29, 2018, and all supplements thereto, and the Court after considering all responses, conducting hearings and receiving evidence and arguments of the parties is of the opinion that the motion should be GRANTED *in part*, the Court noting that the Supreme Court of Pakistan (the highest court in Pakistan), by Order dated November 3, 2018, after a challenge by Hira Azhar upheld a divorce certificate between the parties issued May 22, 2013 based upon a divorce deed dated January 30, 2013, it is therefore

ORDERED, that ALI CHOUDHRI'S Motion to Dismiss is granted *only as to the extent that the Court recognizes that the parties were divorced in Pakistan as of May 22, 2013.*

IT IS FURTHER ORDERED, that, consistent with <u>Ashfaq v. Ashfaq</u>, 467 S.W.3d 539, 544 (Tex. App. — Houston [1st Dist.] 2015, no pet.) (trial court properly dismissed for lack of jurisdiction where parties had divorced before filing for divorce in Texas), Hira Azhar's Petition for Divorce is dismissed for want of jurisdiction. Thus, any and all temporary restraining orders and/or temporary injunctions under the above styled cause number are void *ab initio*.

---

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

SIGNED on the ____ day of **AUG 0 9 2019**, 2019.

*/s/ John T. Wooldridge*
**JUDGE PRESIDING**

John T. Wooldridge
Judge Presiding

**PREPARED BY:**

**LAW OFFICES OF MARSHALL DAVIS BROWN, JR.**

*/s/ Marshall Davis Brown, Jr.*
**MARSHALL DAVIS BROWN, JR.**
State Bar No. 03153550
mdbjr@mdblegal.com (non-service address)
1001 W Loop South, Suite 700
Houston, Texas 77027
Tel: (713) 222-2500
Fax: (713) 961-1209
service@mdblegal.com (e-Service address)
**ATTORNEY FOR RESPONDENT,**
**ALI CHOUDHRI**

Unofficial Copy Office of Marilyn Burgess District Clerk