THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-34815 |
| GALLERIA 2425 OWNER, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

LIQUIDATION TRUSTEE'S EX PARTE MOTION TO EXPEDITE HEARING
ON MOTION TO TREAT ORDINARY COURSE EXPENSES
AS ALLOWED ADMINISTRATIVE CLAIMS UNDER THE CONFIRMED PLAN

1.     The Liquidation Trustee seeks to pay ordinary course expenses as allowed administrative expenses without the need for individual vendors to file administrative claims. Today, the trustee filed his Motion to Treat Ordinary Course Expenses as Ordinary Course Expenses as Allowed Administrative Claims Under the Confirmed Plan (the "Motion"). DE 724.

2.     The deadline to file administrative claims is October 5, 2024. The Trustee seeks expedited consideration of the Motion to inform vendors as soon as possible of the relief so that administrative claims are not filed unnecessarily.

Dated: September 16, 2024                Respectfully submitted,

                                         /s/ Christopher Murray
                                         602 Sawyer, Suite 400
                                         Houston, TX 77007
                                         Telephone: (832) 529-3027
                                         Facsimile: (832) 529-3393
                                         chris@jonesmurray.com

                                         Liquidation Trustee