THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | Case No. 23-34815 |
| Debtor. | |

**ORDER GRANTING
MOTION FOR RECONSIDERATION AND
RELIEF FROM JUDGMENT**

CAME ON TO BE CONSIDERED the Motion for Reconsideration and Relief from Judgment filed by 2425 WL, LLC. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the Order Disallowing Proof of Claim and Referral to United States Attorney (Dkt. No. 717) is is hereby vacated.

Dated:

_____

Jeffrey Norman

U.S. Bankruptcy Judge