## **EXHIBIT A**

**GAMB Fee Statements**

# Gordon Arata
## MONTGOMERY BARNETT

July 2, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

Client Ref: 08044-037992 Chapter 11 Trustee - Galleria 2425

Enclosed please find our statement for services rendered in the above-referenced matter through May 31, 2024. If you have any questions, please let us know.

Sincerely,

M. Weinstock

# Gordon Arata
## MONTGOMERY BARNETT

July 2, 2024

| | | |
|---|---|---|
| Christopher Murray | Invoice No. | 517809 |
| christopher.murray@jonesmurray.com | Client No. | 08044 |
| 602 Sawyer Street, Suite 400 | Matter No. | 037992 |
| Houston, TX 77007 | Billing Attorney: | MWW |

---

## INVOICE SUMMARY

For Professional Services Rendered through May 31, 2024

**RE:  Chapter 11 Trustee - Galleria 2425 Owner, LLC**

| | |
|---|---|
| Total Professional Fees | $ 1,267.50 |
| **TOTAL THIS INVOICE** | **$ 1,267.50** |

New Orleans • 201 St. Charles Avenue, Suite 4000 • New Orleans, LA 70170-4000 • 504-582-1111
Lafayette • 400 East Kaliste Saloom Road, Suite 4200 • Lafayette, LA 70508-8522 • 337-237-0132
Houston • 2229 San Felipe Street, Suite 1100 • Houston, TX 77019-5648 • 713-333-5500

GORDON ARATA MONTGOMERY BARNETT

Client Name: Christopher Murray, Chapter 11 Trustee
Matter Name: Chapter 11 Trustee - Galleria 2425

July 2, 2024
Invoice No. 517809
Client No. 08044
Matter No. 037992

**FEES**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/14/24 | MWW | Review and respond to emails from Mr. Lee. | .20 | 105.00 |
| 5/15/24 | MWW | Study and review email and attachments received from Trustee about the correspondence to insurers, policies and notice of claim. | .50 | 262.50 |
| 5/20/24 | TKK | Lengthy telephone conference with Christopher Murray and Connie O'Murray regarding loss details and anticipated issues (10:00 am - 10:30 am) | .50 | 250.00 |
| 5/22/24 | TKK | Lengthy telephone conference with Christopher Murray and Connie O'Murray regarding meeting with adjuster on May 21 and path forward (8:30 am - 9:00 am) | .50 | 250.00 |
| 5/23/24 | TKK | Preparation of letter to tenants requiring submission of clams to their respective insurers | .50 | 250.00 |
| 5/30/24 | TKK | Lengthy telephone conference with Christopher Murray regarding retention of Ralph Sampson as independent adjuster | .30 | 150.00 |
| | | **TOTAL PROFESSIONAL FEES** | | **$ 1,267.50** |

**TIMEKEEPER SUMMARY**

| Name | Tkpr | Title | Hours | Rate | Total |
|------|------|-------|-------|------|-------|
| T. Knister | TKK | Member | 1.80 | 500.00 | 900.00 |
| M. Weinstock | MWW | Member | .70 | 525.00 | 367.50 |
| **Total** | | | **2.50** | | **$ 1,267.50** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$ 1,267.50** |



July 2, 2024

| | |
|---|---|
| Christopher Murray | Invoice No. 517809 |
| christopher.murray@jonesmurray.com | Client No. 08044 |
| 602 Sawyer Street, Suite 400 | Matter No. 037992 |
| Houston, TX 77007 | Billing Attorney: MWW |

# REMITTANCE

**RE: Chapter 11 Trustee - Galleria 2425 Owner, LLC**

### BALANCE DUE THIS INVOICE      $ 1,267.50

**<u>Mail To:</u>**
Gordon Arata Montgomery Barnett
ATTN: Accounts Receivable
201 St. Charles Ave, 40th Floor
New Orleans, LA 70170-4000
504-582-1111
Tax ID# ███████3

**<u>Wire/ACH Instructions:</u>**
Capital One
313 Carondelet St.
New Orleans, LA 70130
Swift Code: HIBKUS44
Routing: 06 50 0009 0
Account# █████████
**(Please reference Invoice Number 517809)**

**<u>Credit Cards:</u>**

To pay by credit/debit card, click ████████

    or

Please contact our Accounting Dept: **ACCOUNTING@GAMB.COM** OR **504-582- 1111**

*Please reference: Invoice 517809, File # 08044 - 037992*

# Gordon Arata
## MONTGOMERY BARNETT

July 31, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

Client Ref: 08044-037992 Chapter 11 Trustee - Galleria 2425

Enclosed please find our statement for services rendered in the above-referenced matter through June 30, 2024. If you have any questions, please let us know.

Sincerely,

M. Weinstock

New Orleans • 201 St. Charles Avenue, Suite 4000 • New Orleans, LA  70170-4000 • 504-582-1111
Lafayette • 400 East Kaliste Saloom Road, Suite 4200 • Lafayette, LA 70508-8522 • 337-237-0132
Houston • 2229 San Felipe Street, Suite 1100 • Houston, TX  77019-5648 • 713-333-5500

# Gordon Arata
## MONTGOMERY BARNETT

July 31, 2024

| | |
|---|---|
| Christopher Murray | Invoice No.        518168 |
| christopher.murray@jonesmurray.com | Client No.        08044 |
| 602 Sawyer Street, Suite 400 | Matter No.        037992 |
| Houston, TX  77007 | Billing Attorney:    MWW |

---

## INVOICE SUMMARY

For Professional Services Rendered through June 30, 2024

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

| | |
|---|---|
| Total Professional Fees | $ 3,255.00 |
| **TOTAL THIS INVOICE** | **$ 3,255.00** |
| Previous Balance | $ 1,267.50 |
| **TOTAL BALANCE DUE** | **$ 4,522.50** |

New Orleans • 201 St. Charles Avenue, Suite 4000 • New Orleans, LA  70170-4000 • 504-582-1111
Lafayette • 400 East Kaliste Saloom Road, Suite 4200 • Lafayette, LA 70508-8522 • 337-237-0132
Houston • 2229 San Felipe Street, Suite 1100 • Houston, TX  77019-5648 • 713-333-5500

GORDON ARATA MONTGOMERY BARNETT

Client Name: Christopher Murray, Chapter 11 Trustee

Matter Name: Chapter 11 Trustee - Galleria 2425

July 31, 2024
Invoice No. 518168
Client No. 08044
Matter No. 037992

**FEES**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/13/24 | MWW | Review email from Mr. Lee; review email from Mr. Long; emails to and from Mr. Hayne; review Mr. Hayne's revisions; review email from Mr. Knister about fire in the parking lot. | 1.20 | 630.00 |
| 6/24/24 | MWW | Review petition and revise the same; review and revise declaration; emails about conflicts and additional information for checks; review policies; emails to and from Mr. Knister. | 2.50 | 1,312.50 |
| 6/25/24 | MWW | Emails to and from Mr. Knister; emails about searches and connections, if any; review May 23 email from Trustee to CNA; review Order Appointing Trustee, Notice of Bankruptcy and 2425 Management Order; emails to and from Mr. Lee. | 2.00 | 1,050.00 |
| 6/26/24 | MWW | Follow up on emails to attorneys the responses to which will be certified to in the declaration; review the same; emails to and from Mr. Lee about the redline. | .50 | 262.50 |

**TOTAL PROFESSIONAL FEES** **$ 3,255.00**

**TIMEKEEPER SUMMARY**

| Name | Tkpr | Title | Hours | Rate | Total |
|------|------|-------|-------|------|-------|
| M. Weinstock | MWW | Member | 6.20 | 525.00 | 3,255.00 |
| **Total** | | | **6.20** | | **$ 3,255.00** |

**TOTAL THIS INVOICE** **$ 3,255.00**

2

GORDON ARATA MONTGOMERY BARNETT

Client Name: Christopher Murray, Chapter 11 Trustee
Matter Name: Chapter 11 Trustee - Galleria 2425

July 31, 2024
Invoice No. 518168
Client No. 08044
Matter No. 037992

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 517809 | 7/02/24 | 1,267.50 | .00 | 1,267.50 |
| | PREVIOUS BALANCE | | | $ 1,267.50 |
| | Balance Due This Invoice | | | $ 3,255.00 |
| | **TOTAL BALANCE DUE** | | | **$ 4,522.50** |

# Gordon Arata
## MONTGOMERY BARNETT

July 31, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

| | |
|---|---|
| Invoice No. | 518168 |
| Client No. | 08044 |
| Matter No. | 037992 |
| Billing Attorney: | MWW |

---

## REMITTANCE

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,255.00** |
| Previous Balance | $ 1,267.50 |
| **TOTAL BALANCE DUE** | **$ 4,522.50** |

---

**Mail To:**
Gordon Arata Montgomery Barnett
ATTN:  Accounts Receivable
201 St. Charles Ave, 40th Floor
New Orleans, LA  70170-4000
504-582-1111
Tax ID# ███████

**Wire/ACH Instructions:**
Capital One
313 Carondelet St.
New Orleans, LA  70130
Swift Code:  HIBKUS44
Routing:   06 50 0009 0
Account# ███████
**(Please reference Invoice Number 518168)**

**Credit Cards:**

To pay by credit/debit card, click ███████

　　　or

Please contact our Accounting Dept: **ACCOUNTING@GAMB.COM OR 504-582- 1111**

*Please reference:Invoice 518168, File # 08044 - 037992*

# Gordon Arata
## MONTGOMERY BARNETT

August 27, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

Client Ref: 08044-037992 Chapter 11 Trustee - Galleria 2425

Enclosed please find our statement for services rendered in the above-referenced matter through July 31, 2024. If you have any questions, please let us know.

Sincerely,

M. Weinstock

New Orleans • 201 St. Charles Avenue, Suite 4000 • New Orleans, LA  70170-4000 • 504-582-1111
Lafayette • 400 East Kaliste Saloom Road, Suite 4200 • Lafayette, LA 70508-8522 • 337-237-0132
Houston • 2229 San Felipe Street, Suite 1100 • Houston, TX  77019-5648 • 713-333-5500

# Gordon Arata
## MONTGOMERY BARNETT

August 27, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

| | |
|---|---|
| Invoice No. | 518318 |
| Client No. | 08044 |
| Matter No. | 037992 |
| Billing Attorney: | MWW |

---

## INVOICE SUMMARY

For Professional Services Rendered through July 31, 2024

**RE:   Chapter 11 Trustee - Galleria 2425 Owner, LLC**

| | |
|---|---|
| Total Professional Fees | $ 1,365.00 |
| **TOTAL THIS INVOICE** | **$ 1,365.00** |
| Previous Balance | $ 4,522.50 |
| **TOTAL BALANCE DUE** | **$ 5,887.50** |

New Orleans • 201 St. Charles Avenue, Suite 4000 • New Orleans, LA  70170-4000 • 504-582-1111
Lafayette • 400 East Kaliste Saloom Road, Suite 4200 • Lafayette, LA 70508-8522 • 337-237-0132
Houston • 2229 San Felipe Street, Suite 1100 • Houston, TX  77019-5648 • 713-333-5500

GORDON ARATA MONTGOMERY BARNETT

Client Name: Christopher Murray, Chapter 11 Trustee
Matter Name: Chapter 11 Trustee - Galleria 2425

August 27, 2024
Invoice No. 518318
Client No. 08044
Matter No. 037992

**FEES**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/02/24 | MWW | Review revisions and email from Mr. Lee. | .20 | 105.00 |
| 7/15/24 | MWW | Review and respond to email and attachments sent by Mr. Lee; emails to Mr. Lee and Mr. Shannon; emails to and from Mr. Knister; email to Mr. Hayne sending the revised declaration; emails about additional conflicts check needed for Schedule 2 names; review Mr. Hayne's revisions to the declaration; further revise declaration; email to Mr. Lee. | 1.90 | 997.50 |
| 7/16/24 | MWW | Review emails from Mr. Shannon and Mr. Lee; telephone call with Mr. Shannon. | .50 | 262.50 |

**TOTAL PROFESSIONAL FEES**     **$ 1,365.00**

**TIMEKEEPER SUMMARY**

| Name | Tkpr | Title | Hours | Rate | Total |
|------|------|-------|-------|------|-------|
| M. Weinstock | MWW | Member | 2.60 | 525.00 | 1,365.00 |
| **Total** | | | **2.60** | | **$ 1,365.00** |

**TOTAL THIS INVOICE**     **$ 1,365.00**

GORDON ARATA MONTGOMERY BARNETT

Client Name: Christopher Murray, Chapter 11 Trustee
Matter Name: Chapter 11 Trustee - Galleria 2425

August 27, 2024
Invoice No. 518318
Client No. 08044
Matter No. 037992

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 517809 | 7/02/24 | 1,267.50 | .00 | 1,267.50 |
| 518168 | 7/31/24 | 3,255.00 | .00 | 3,255.00 |
| | PREVIOUS BALANCE | | | $ 4,522.50 |
| | Balance Due This Invoice | | | $ 1,365.00 |
| | **TOTAL BALANCE DUE** | | | **$ 5,887.50** |

# Gordon Arata
## MONTGOMERY BARNETT

August 27, 2024

Christopher Murray
christopher.murray@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX  77007

| | |
|---|---|
| Invoice No. | 518318 |
| Client No. | 08044 |
| Matter No. | 037992 |
| Billing Attorney: | MWW |

---

## REMITTANCE

RE:   **Chapter 11 Trustee - Galleria 2425 Owner, LLC**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,365.00** |
| Previous Balance | $ 4,522.50 |
| **TOTAL BALANCE DUE** | **$ 5,887.50** |

---

**Mail To:**
Gordon Arata Montgomery Barnett
ATTN:  Accounts Receivable
201 St. Charles Ave, 40th Floor
New Orleans, LA  70170-4000
504-582-1111
Tax ID# ███████

**Wire/ACH Instructions:**
Capital One
313 Carondelet St.
New Orleans, LA  70130
Swift Code:  HIBKUS44
Routing:   06 50 0009 0
Account# ██████████
**(Please reference Invoice Number 518318)**

**Credit Cards:**

To pay by credit/debit card, click here:█████

or

Please contact our Accounting Dept: **ACCOUNTING@GAMB.COM** **OR 504-582- 1111**

*Please reference:Invoice 518318, File # 08044 - 037992*