## IN RE GALLERIA 2425 OWNER, LLC, CASE NO. 23-34815
### SERVICE LIST (a/o July 2, 2024)

**Debtor:**
Galleria 2425 Owner, LLC
1001 West Loop South Ste 700
Houston, TX 77027

**Debtor's Counsel:**
Reese W. Baker
Baker & Associates
950 Echo Lane Ste 300
Houston, TX 77024

James Q. Pope
The Pope Law Firm
616 Savoy Drive Ste 1125
Houston, TX 77036

**U.S. Trustee:**
Office of United States Trustee
Attn: Jana Smith Whitworth
515 Rusk Street Suite 3516
Houston, TX 77002

**Chapter 11 Trustee:**
Christopher R. Murray
602 Sawyer Street Ste 400
Houston, TX 77007

**Chapter 11 Trustee's Counsel:**
R. J. Shannon
Shannon & Lee LLP
2100 Travis Street Ste 1525
Houston, TX 77002

**Governmental Entities:**
Harris County Tax Assessor
P O Box 4622
Houston, TX 77210

Harris County, et al.
P O Box 2928
Houston, TX 77252-2928

**Twenty Largest Creditors:**
Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070

Cirro Electric
P O Box 60004
Dallas, TX 75266

City of Houston
P O Box 1560
Houston, TX 77251-1560

City of Houston Water Department
P O Box 1560
Houston, TX 77251-1560

Datawatch Systems
Suite 200
4520 East West Highway
Bethesda, MD 20814

Firetron
10101A Stafford Centre Dr.
Stafford, TX 77477

First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062

Gulfstream Legal Group
1300 Texas Street
Houston, TX 77002
(*Returned to Sender / Unable to Forward*)

Gulfstream Legal Group
720 N Post Oak Rd Ste 355
Houston, TX 77024

Hayward PLLC
10501 N Central Expy Ste 106
Dallas, TX 75231-2203

4868-8377-7229.v1

HNB Construction, LLC
521 Woodhaven
Ingleside, TX 78362

Houston Community College System
c/o Tara Grundemeier
Linebarger, Groggan, Blair & Sampson
P O Box 3064
Houston, TX 77253-3064

Houston Independent School District
P O Box 4668
Houston, TX 77210
(*Returned to Sender / Unable to Forward*)

Lexitas
P O Box 734298 Dept 2012
Dallas, TX 75373

Nationwide Security
2425 W Loop South Ste 300
Houston, TX 77027
(*Returned to Sender / Unable to Forward*)

Nichamoff Law Firm
2444 Times Blvd Ste 270
Houston, TX 77005

T&R Mechanical
21710 White Oak Drive
Conroe, TX 77306-8848
(*Returned to Sender / Unable to Forward*)

TKE
3100 Interstate North Cir SE 500
Atlanta, GA 30339

Zindler Cleaning Service Co.
2450 Fondren Ste 113
Houston, TX 77063

**Other Creditors / Interest Holders:**
2425 WL, LLC
60 West 2nd Street
Freeport, NY 11746

ADT
P O Box 382109
Pittsburgh, PA 15251

Ali Choudhri
1001 West Loop South 700
Houston, TX 77027

Ash Automated Control Systems, LLC
P O Box 1113
Fulshear, TX 77441

CFI Mechanical, Inc.
6109 Brittmoore Rd
Houston, TX 77041

CNA Insurance Company
P O Box 74007619
Chicago, IL 60674

Comcast
P O Box 60533
City of Industry, CA 91716

Environmental Coalition Inc.
P O Box 1568
Stafford, TX 77497

Ferguson Facilities Supplies
P O Box 200184
San Antonio, TX 78220

Jetall Companies Inc.
2425 West Loop South Ste 1100
Houston, TX 77027-4210

Kings 111 Emergency Communications
751 Canyon Drive Suite 100
Coppell, TX 75019

Logix Fiber Networks
P O Box 734120
Dallas, TX 75373

2

Mueller Water Treatment
1500 Sherwood Forest Dr
Houston, TX 77043

Smart Office Solutions
6623 Theall Road
Houston, TX 77066-1213
(*Returned to Sender / Unable to Forward*)

Waste Management
P O Box 660345
Dallas, TX 75266

Metwall Design Solutions LLC
10931 Day Road
Houston, TX 77043-4901

US Retailers LLC d/b/a Cirro Energy
Attn: Bankruptcy Department
P O Box 3606
Houston, TX 77253-3606

Naissance Galleria, LLC
c/o Law Office of Nima Taherian
701 N Post Oak Rd Ste 216
Houston, TX 77024

H.N.B. Construction, LLC
c/o Malcolm D. Dishongh
P O Box 2347
Humble, TX 77347-2347

CC2 TX, LLC
14800 Landmark Blvd Ste 400
Dallas, TX 75254

MacGeorge Law Firm
2921 E 17th St Bldg D Ste 6
Austin, TX 78702
(*Returned to Sender / Unable to Forward*)

MacGeorge Law Firm
701 Tillery Street Ste 12
Austin, TX 78702

**Executory Contract Counterparties:**

2425 West Loop LLC dba Metwall Design Solutions LLC
2425 West Loop South Ste 800
Houston, TX 77027-4214
(*Returned to Sender / Unable to Forward*)

2425 WL, LLC
13498 Pond Springs Rd
Austin, TX 78729-442
(*Returned to Sender / Unable to Forward*)

2425 WL, LLC
700 Lavaca Street Ste 1401
Austin, TX 78701
(*Returned to Sender / Unable to Forward*)

Bankable Equities
2425 West Loop South Ste 600
Houston, TX 77027-4203

Boho Lounge
2425 West Loop South Ste 100
Houston, TX 77027-4205
(*Returned to Sender / Unable to Forward*)

CNA Insurance Company
P O Box 74007619
Chicago, IL 60674

Eyebrows 4UTX LLC
2425 West Loop South Ste 340b
Houston, TX 77027-4205

First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062

G3 Global Services LLC
2425 West Loop South Ste 310
Houston, TX 77027-4208

Galloworks
2425 West Loop South Ste 400
Houston, TX 77027-4205

3

| | |
|---|---|
| Jetall Companies Inc.<br>2425 West Loop South Ste 1100<br>Houston, TX 77027-4210 | **Parties Requesting Notice:**<br>Jeannie Lee Andressen<br>Tara Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P O Box 3064<br>Houston, TX 77253-3064<br>*Counsel for City of Houston, Houston Community College System, and Houston ISD* |
| Kudrath Enterprises PLLC<br>2425 West Loop South Ste 350<br>Houston, TX 77027-4208 | |
| Nationwide Investigations & Security Inc.<br>2425 West Loop South Ste 300<br>Houston, TX 77027-4207<br>(*Returned to Sender / Unable to Forward*) | Rodney Lee Drinnon<br>McCathern Houston<br>2000 West Loop South Ste 1850<br>Houston, TX 77027<br>*Counsel for Rodney Drinnon* |
| Shah Sloan LLC<br>2425 West Loop South Ste 501, 503 and 523<br>Houston, TX 77027-4205<br>(*Returned to Sender / Unable to Forward*) | Susan Fuertes<br>Harris County Attorney's Office<br>P O Box 2928<br>Houston, TX 77252-2928<br>*Counsel for Harris County, Attn: Property Tax Division* |
| SIBS International Inc.<br>2425 West Loop South Ste 900<br>Houston, TX 77027-4205<br>(*Returned to Sender / Unable to Forward*) | |
| SIBS International Inc.<br>2425 West Loop South Ste 350<br>Houston, TX 77027<br>(*Returned to Sender / Unable to Forward*) | James Robert MacNaughton<br>Porter & Powers PLLC<br>5900 Memorial Drive Ste 305<br>Houston, TX 77027<br>*Counsel for 2425 West Loop, LLC*<br>(*Returned to Sender / Unable to Forward*) |
| SprintCom Inc.<br>2425 West Loop South, Rooftop<br>Houston, TX 77027-4205<br>(*Returned to Sender / Unable to Forward*) | James Robert MacNaughton<br>Porter & Powers PLLC<br>1776 Yorktown St Ste 300<br>Houston, TX 77056<br>*Counsel for 2425 West Loop, LLC*<br>(*Returned to Sender / Unable to Forward*) |
| St. Christopher Holdings GP LLC<br>2425 West Loop South Ste 700<br>Houston, TX 77027-4205 | |
| UL Therapy<br>2425 West Loop South Ste 315<br>Houston, TX 77027-4211<br>(*Returned to Sender / Unable to Forward*) | James Robert MacNaughton<br>Porter Firm, PLLC<br>2221 S. Voss Road, Suite 200<br>Houston, TX 77057<br>*Counsel for 2425 West Loop, LLC* |
| Uptown Cosmetic and Implant Dentistry<br>2425 West Loop South Ste 333<br>Houston, TX 77027-4211 | |

4868-8377-7229.v1

Stephen Wayne Sather
Mark E. Smith
Barron Newburger, P.C.
7320 N Mopac Expy Ste 400
Austin, TX 78731
*Counsel for 2425 WL, LLC*

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road Ste 850
Dallas, TX 75251
*Counsel for CC2 TX, LLC*

Broocks Wilson
Kean Miller LLP
711 Louisiana Suite 1800
Houston, TX 77002
*Counsel for Sonder USA Inc.*

Ali Choudhri
2425 West Loop South 11th Floor
Houston, TX 77027

David Tang
6711 Stella Link #343
West University Place, TX 77005
*Counsel for Azeemeh Zaheer*

Omar Khawaja
5177 Richmond Ave Ste 1065
Houston, TX 77056
*Counsel for Azeemeh Zaheer*

5