United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Galleria 2425 Owner, LLC | § | CASE NO. 23-34815 |
| Debtor | § | |

## ORDER GRANTING BARRON & NEWBURGER'S MOTION TO WITHDRAW AS COUNSEL FOR 2425 WL, LLC

(ECF No. 715)

Came on for consideration, Barron & Newburger's Motion to Withdraw as Counsel for 2425 WL, LLC ("2425"). The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. Upon the Court's review of the Motion, the responses thereto, and the arguments of counsel, if any, finds that good cause exists for Court to grant the Motion and for the entry of this order as 2425 will still have counsel.

It is therefore ORDERED, ADJUDGED AND DECREED that the law firm of Barron & Newburger, P.C. (as well as all attorneys who are partners or employees of such firm) are permitted to withdraw as attorneys of record for 2425 and they are hereby withdrawn as attorneys of record.

It is further ORDERED, ADJUDGED AND DECREED that all future Court notices to 2425 WL, LLC be sent to J. Carl Cecere, 6035 McCommas Blvd., Dallas, TX 75206.

IT IS SO ORDERED.

Signed: October 07, 2024

Jeffrey P. Norman
United States Bankruptcy Judge