THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | | Case No. 23-34815 |
| Debtor. | | |

### NOTICE OF APPEAL

Notice is hereby given that Creditor 2425 WL, LLC ("Appellant") appeals to the United States District Court for the Southern District of Texas from the following orders:

a. Order Disallowing Proof of Claim and Referral to United States Attorney (the "Disallowance Order") dated September 9, 2024 (Dkt. No. 717), attached as **Exhibit 1**; and

b. the Order Denying Motion to Reconsider (the "Reconsideration Order") dated September 24, 2024 (Dkt. No. 743), attached as **Exhibit 2**.

2425 WL, LLC is a creditor in this bankruptcy case.

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| Galleria 2425 Owner, LLC<br><br>*Debtor* | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024<br>713-869-9200<br>Fax : 713-869-9100<br>courtdocs@bakerassociates.net |

|  |  |
|---|---|
|  | James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036<br>713-449-4481<br>ecf@thepopelawfirm.com |
|  | Jeffrey W Steidley<br>Steidley Law Firm<br>3000 Weslayan<br>Ste 200<br>Houston, TX 77027<br>713-523-9595<br>Jeff@texlaw.us |
| Christopher R Murray,<br><br>*Trustee* | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007<br>832-529-1999<br>Fax : 832-529-3393<br>chris@jonesmurray.com |
|  | R. J. Shannon<br>Kyung Shik Lee<br>Shannon & Lee LLP<br>2100 Travis Street, STE 1525<br>Houston, TX 77002<br>713-714-5770<br>rshannon@shannonleellp.com<br>klee@shannonleellp.com |
| Office of the US Trustee | Jana Smith Whitworth<br>Office of United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>(713) 718-4650<br>Fax : (713) 718-4670<br>jana.whitworth@usdoj.gov |
| National Bank of Kuwait-New York | Charles C. Conrad |

| | |
|---|---|
| Branch<br>*Plan proponent* | Ryan Steinbrunner<br>Pillsbury Winthrop Shaw Pittman<br>609 Main Street Suite 2000<br>Houston, TX 77002<br>Telephone: (713) 276-7600<br>Facsimile: (713) 276-7634<br>charles.conrad@pillsburylaw.com<br>ryan.steinbrunner@pillsburylaw.com<br><br>Andrew M. Troop<br>Patrick E. Fitzmaurice<br>Kwame O. Akuffo<br>Pillsbury Winthrop Shaw Pittman<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>andrew.troop@pillsburylaw.com<br>patrick.fitzmaurice@pillsburylaw.co |

This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) & 8002(b)(1)(B)-(D) because the Appellant timely filed a motion for reconsideration and relief from judgment on September 23, 2024 (*see* Dkt. N. 740), 14 days after the Disallowance Order was entered (*see* Dkt. No. 717). That motion for reconsideration was denied by order entered on September 24, 2024. (*See* Dkt. No. 743.) And this notice is filed within 14 days from the entry of that order.

While the Bankruptcy Court concluded that the motion for reconsideration was untimely (*see* Dkt. No. 743 at 1), that conclusion was incorrect. The Bankruptcy Court may have been correct that the original order denying Proof of Claim was entered "*after* an evidentiary hearing" conducted on "September 6, 2024" (*id.*), but the order itself was not entered on September 6. Instead, it was entered on September 9, 2024. (*See* Dkt. No. 717.) Furthermore, Appellant's motion for reconsideration was not filed on "September 24, 2024," as the Bankruptcy Court believed (Dkt. No. 743 at 1), but rather on September

23, 2024 (s*ee* Dkt. No. 740). And that means the motion was timely filed pursuant to Rule 8002(b)(1).

          Respectfully submitted,

          */s/ J. Carl Cecere*

          J. Carl Cecere
          State Bar No. 13268300
          (admitted pro hac vice)
          **Cecere PC**
          6035 McCommas Blvd.
          Dallas, TX 75206
          Telephone: 469-600-9455
          ccecere@cecerepc.com

          *Attorney for 2425 WL, LLC and Ali Choudhri*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of October, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

Reese W Baker
Baker & Associates
950 Echo Lane, Ste 300
Houston, TX 77024
(713) 869-9200
Fax : (713) 869-9100
courtdocs@bakerassociates.net

James Q. Pope
The Pope Law Firm
6161 Savoy Drive
Ste 1125
Houston, TX 77036
(713) 449-4481
ecf@thepopelawfirm.com

Jeffrey W Steidley
Steidley Law Firm
3000 Weslayan St., Ste 200
Houston, TX 77027
(713) 523-9595
Jeff@texlaw.us

Christopher R. Murray
Jones Murray LLP
602 Sawyer St., Ste 400
Houston, TX 77007
(832) 529-1999
Fax: (832) 529-3393
chris@jonesmurray.com

R. J. Shannon
Shannon & Lee LLP
2100 Travis St, Ste 1525
Houston, TX 77002
(713) 714-5570
rshannon@shannonleellp.com

Kyung Shik Lee
Shannon and Lee LLP
2100 Travis St., Ste. 1525
Houston, TX 77002
(713) 301-4751
klee@shannonleellp.com

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman
609 Main St. Ste 2000
Houston, TX 77002
(713) 276-7600
Fax: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman
31 West 52nd Street
New York, NY  10019-6131
(212) 858-1000
Fax: (212) 858-1500
Andrew.troop@pillsburylaw.com
Patrick.fitzmaurice@pillsburylaw.com

/s/ J. Carl Cecere

**J. Carl Cecere**