IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 23-34815 (JPN) |
| GALLERIA 2425 OWNER, LLC | § |
| | § Chapter 11 |
| Debtor. | § |

### AGREED ORDER GRANTING EMERGENCY MOTION TO ENFORCE THE GATE-KEEPING PROVISIONS OF THE CONFIRMED CHAPTER 11 PLAN

CAME ON FOR CONSIDERATION the Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan ("Motion") filed by National Bank of Kuwait, S.A.K.P., New York Branch ("NBK"). And the Court having considered the Response of Ali Choudhri to the Motion (the "Response") in which Mr. Choudhri does not oppose the relief sought in the Motion, and the Court having further considered the record of the chapter 11 case, and all other evidence before it, and with the consent of NBK and the plaintiffs in the Pending Actions (defined below), and after due deliberation, the Court **ORDERS** that

1. The Motion is granted as and to the extent set forth herein.

2. The following actions (the "Pending Actions")[1] are stayed as to all claims asserted against NBK pending further order of this Court:

    - Naissance Galleria, LLC v. Zaheer, et al, Cause No. 2023-43755 pending in the District Court of Harris County, Texas, 80th Judicial District.

---

[1] NBK had initially sought to stay the action styled as *Naissance Galleria, LLC v. NBK*, Cause No. 2023-41091 pending in the District Court of Harris County, Texas, 129th Judicial District but the Plaintiff in that action nonsuited its claims therein. To the extent the Plaintiff in that action re-files its claims against NBK, then NBK may file a copy of this Order in that action as provided herein.

4870-9327-3835.v5

- *Galleria 2425, LLC, Naissance Galleria, LLC and Choudhri v. NBK*, Adversary Case No. 23-06009 pending in the U.S. Bankruptcy Court for the Southern District of Texas, Victoria Division.

- Adversary Case No. 23-03263 in which Ali Choudhri's Second Amended Petition in Intervention remains pending.

2. Each plaintiff in the Pending Actions shall file a motion seeking a ruling, and showing cause why, the claims asserted in their respective Pending Actions are colorable, non-estate claims (each a "Show Cause Motion") no later than October 30, 2024. The failure to timely file a Show Cause Motion by a plaintiff shall be deemed to be an admission by that plaintiff that its Pending Action is an estate claim, or is not a colorable, non-estate claim, and the appropriate Pending Action shall be permanently stayed, removed if necessary to this Court, and dismissed with prejudice.

3. Any written response to a Show Cause Motion shall be filed on or before November 12, 2024.

4. Any reply in further support of a Show Cause Motion shall be filed on or before November 22, 2024.

5. Any timely filed Show Cause Motion shall be heard on December ___, 2024 at _____ a.m./p.m. in Courtroom ____, United States Court House, 515 Rusk St., Houston, Texas.

6. NBK shall serve a copy of this order on the Plaintiffs and their counsel of record, in the Pending Actions within two business day of the entry of this Order.

7. NBK shall file a copy of this Order in each of the Pending Actions within two business days of the entry of this Order.

Signed: _____, 2024.

                                                Honorable Jeffrey P. Norman
                                                United States Bankruptcy Judge

Submitted by:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Charles C. Conrad*
Charles C. Conrad
Texas State Bar No. 24040721
Ryan Steinbrunner
Texas State Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

   -  *and*  -

Andrew M. Troop (Bar No. MA547179)
Patrick E. Fitzmaurice (Admitted *pro hac vice*)
Kwame O. Akuffo (Admitted *pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

***Counsel for National Bank of Kuwait, S.A.K.P., New York Branch***


**CECERE PC**

*/s/ J. Carl Cecere*
J. Carl Cecere (Admitted *pro hac vice*)
Texas State Bar No. 24050397
6035 McCommas Blvd
Dallas, TX 75206
Telephone 469-600-9455
ccecere@cecerepc.com
***Counsel for 2425 WL, LLC and Ali Choudhri***

4870-9327-3835.v5