United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **2425 WL, LLC,** | § | |
| | § | |
| *Appellant,* | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:24-CV-01746** |
| | § | |
| **CHRISTOPHER MURRAY,** *et al.,* | § | |
| | § | |
| *Appellees.* | § | |

## ORDER

On May 8, 2024, Appellant 2425 WL, LLC filed an Amended Notice of Appeal from a decision of the Bankruptcy Court. ECF No. 2-1. On September 9, 2024, Appellant's attorney, Barron & Newburger, P.C., moved to withdraw on the grounds that Appellant had substantially failed to honor its financial obligations to counsel. ECF No. 19. The Court held a hearing on the motion on September 27, 2024 and issued an Order granting the motion on September 30, 2024. ECF No. 26. The Court gave Appellant 15 days to obtain new counsel and have counsel enter their appearance in the case. Appellant's deadline was October 16, 2024. Appellant has not contacted the Court since the Order was entered, and counsel has not entered an appearance for Appellant. Accordingly, Appellant's claims are hereby **DISMISSED** due to Appellant's failure to prosecute. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 31st day of October, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE