**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GALLERIA 2425 OWNER, LLC, | ) | |
| | ) | Case No. 23-34815 |
| Debtor. | ) | |
| | ) | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Christopher R. Murray, the trustee of the liquidation trust established by the confirmed chapter 11 plan and formerly the chapter 11 trustee in the above-captioned case, by and through his undersigned counsel, submits this designation of additional items to be included on the record on appeal related to 2425 WL LLC's appeal of the Order Disallowing Proof of Claim and Referral to United States Attorney dated September 9, 2024 [ECF No. 717]. The appeal has been docketed as Case No. 4:24-cv-3834 with the U.S. District Court for the Southern District of Texas.

**Designation of Additional Items for Record on Appeal**

The Appellee hereby designates the following items, together with exhibits, schedules, and other attachments thereto, for inclusion in the record on appeal:

**A.  Additional Docket Entries**

| Item No. | ECF No. | Date of Filing | Description |
|---|---|---|---|
| 1. | 406 | 06/04/2024 | Motion to Continue Hearing On (related document(s):194 Chapter 11 Plan, 377 Amended Chapter 11 Plan) (Attachments: # 1 Proposed Order) |
| 2. | 418 | 06/04/2024 | Order Setting Hearing Signed on 6/4/2024 (Related document(s): 406 and 407 Motions to Continue) |

| | | | |
|---|---|---|---|
| 3. | 440 | 06/07/2024 | Objection National Bank of Kuwait, S.A.K.P., New York Branch's Limited Objection to Motion to Continue Hearings on Confirmation of Plan Filed by National Bank of Kuwait and Joint Plan Proposed by 2425 WL, LLC and Debtor, and Sale of Property (related document(s):406 Motion to Continue/Reschedule Hearing) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Service List) |
| 4. | 441 | 06/07/2024 | Additional Attachments Re: SUPPLEMENT TO EMERGENCY MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN FILED BY NATIONAL BANK OF KUWAIT AND JOINT PLAN PROPOSED BY 2425 WL, LLC AND DEBTOR (related document(s):406 Motion to Continue/Reschedule Hearing) |
| 5. | 442 | 06/07/2024 | Additional Attachments Re: AMENDED SUPPLEMENT TO EMERGENCY MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN FILED BY NATIONAL BANK OF KUWAIT AND JOINT PLAN PROPOSED BY 2425 WL, LLC AND DEBTOR (related document(s):406 Motion to Continue/Reschedule Hearing) (Attachments: # 1 Exhibit A) |
| 6. | 443 | 06/07/2024 | Additional Attachments Re: SECOND AMENDED SUPPLEMENT TO EMERGENCY MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN FILED BY NATIONAL BANK OF KUWAIT AND JOINT PLAN PROPOSED BY 2425 WL, LLC AND DEBTOR (related document(s):406 Motion to Continue/Reschedule Hearing, 441 Additional Attachments, 442 Additional Attachments) |
| 7. | 447 | 06/09/2024 | Additional Attachments Re: National Bank of Kuwait, S.A.K.P., New York Branch's Supplement To Its Limited Objection to Motion to Continue Hearings on Confirmation of Plan Filed by National Bank of Kuwait and Joint Plan Proposed by 2425 WL, LLC and the Debtor, and Sale of Property (related document(s):440 Objection) (Attachments: # 1 Exhibit A – Proposed Order) |
| 8. | 451 | 06/10/2024 | Order Denying Motion To Continue/Reschedule Hearing On (Related Doc # 406) |

| 9. | 506 | 06/13/2024 | Emergency Motion to Cancel Plan Confirmation Hearing Scheduled for June 17, 2024, For Failure to Comply With Service Obligations Filed by Creditor 2425 WL, LLC (Attachments: # 1 Proposed Order) (Stern, David) (Entered: 06/13/2024) |
| 10. | 507 | 06/13/2024 | Order Denying Emergency Motion (Related Doc # 506) |
| 11. | 643 | 07/23/2024 | Motion for Ex Parte Relief Filed by Creditors 2425 WL, LLC, Ali Choudhri, Jetall Capital, LLC (Attachments: # 1 Affidavit # 2 Proposed Order) |
| 12. | 705 | 09/05/2024 | Emergency Motion to Terminate or Deny Objections to Claim as Moot; or Alternatively Continue Hearings Filed by Creditors 2425 WL, LLC, Ali Choudhri, Jetall Capital, LLC (Attachments: # 1 Proposed Order) |
| 13. | 706 | 09/06/2024 | Objection to Emergency Motion to Terminate or Deny Objections to Claim as Moot or Alternatively Continue Hearings (related document(s):705 Emergency Motion). Filed by Christopher R Murray (Attachments: # 1 Proposed Order) |

## B.  Transcripts

| *No.* | *ECF No.* | *Date of Filing* | *Description* |
|---|---|---|---|
| 14. | 806 | 11/04/2024 | Hearing Transcript – 6/17/2024 (Requested on 10/31/2024 at ECF No. 803) |
| 15. | 662 | 08/12/2024 | Hearing Transcript – 07/24/2024 |
| 16. | 729 | 09/16/2024 | Hearing Transcript – 09/06/2024 |

Dated: November 4, 2024

Respectfully submitted,

SHANNON & LEE LLP

*/s/R. J. Shannon*
Kyung S. Lee (TBA No. 12128400)
R. J. Shannon (TBA No. 24108062)
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
Email: klee@shannonleellp.com
           rshannon@shannonleellp.com

*Counsel to Christopher R. Murray, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the date of filing by the Court's CM/ECF system on all parties registered to receive such service, including the following parties:

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, TX 75206
ccecere@cecerepc.com
*Attorney for 2425 WL LLC*

*/s/R. J. Shannon*

4