IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) |
| | ) Case No. 23-34815 |
| Debtor. | ) |

**STIPULATION AND AGREED ORDER
MODIFYING THE PLAN OBJECTION DEADLINE**

[Regarding ECF No. 789]

This Stipulation (the "Stipulation") is entered into by and among (a) Christopher R. Murray, the Trustee of the liquidating trust in in the above-captioned case, (the "Trustee"), and (b) Sonder USA Inc. ("Sonder," and together with the Trustee, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, the Debtor, Galleria 2425 Owner LLC, filed a voluntary chapter 11 petition on December 5, 2023.

WHEREAS, on April 9, 2024, Sonder timely filed Claim No. 15 with the court.

WHEREAS, on October 21, 2024, the Trustee timely filed *Trustee's Objection to Claim No. 15 of Sonder USA Inc.* (the "Objection").[1]

WHEREAS, the deadline for filing a response to the Objection was set for November 20, 2024, and the hearing to consider the Objection was set for December 18, 2024, at 11:00 AM (the "Hearing").

WHEREAS, the Parties have agreed to correspondingly extend the response deadline to **December 11, 2024**.

---

[1] ECF No. 789.

WHEREAS, the Parties have also agreed that the Hearing should instead be a non-evidentiary status conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED as follows:

1. The foregoing stipulations are incorporated herein by reference.

2. The deadline for Sonder to respond to the Objection shall be **December 11, 2024**.

3. The Hearing scheduled for December 18, 2024, at 11:00 a.m. shall be a non-evidentiary status conference.

**THE FOREGOING STIPULATION IS HEREBY APPROVED AND SO ORDERED.**

Signed: _____, 2024

JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

Houston, Texas
November 18, 2024

| | |
|---|---|
| */s/ Broocks M. Wilson* | */s/ R.J. Shannon* |
| **KEAN MILLER LLP** | **Shannon & Lee LLP** |
| Broocks 'Mack' Wilson | Robert Joseph 'R.J.' Shannon |
| TX Bar No. 24102655 | TX Bar No. 24108062 |
| 711 Louisiana Street, Suite 1800 | 2100 Travis Street, STE 1525 |
| Houston, TX 77002 | Houston, TX 77002 |
| Telephone: (713) 844-3000 | Telephone: 713-714-5770 |
| Email: mack.wilson@keanmiller.com | Email: rshannon@shannonleellp.com |
| | |
| *Counsel for Sonder USA, Inc.* | *Counsel for Trustee* |