EXHIBIT 2

CAUSE NO. 241100353166

| | | |
|---|---|---|
| HOUSTON 2425 GALLERIA, LLC<br>*Plaintiff,* | §<br>§<br>§ | JUSTICE OF THE PEACE |
| v. | §<br>§ | HARRIS COUNTY, TEXAS |
| JETALL COMPANIES, INC.<br>*Defendants.* | §<br>§<br>§<br>§ | PRECINCT 1 PLACE 1 |

## ORDER OF DISQUALIFICATION

After considering the briefs and authorities cited to the Court, and after considering the arguments of counsel, the Court makes the following findings:

1.) That an attorney-client relationship has existed between the Jackson Walker, LLP, Law Firm and a.) The named Defendant in this suit, and b.) Plaintiff by and through the representation of its current client, Houston 2425 Galleria, LLC.

2.) That substantial relationship exists between the matters in the case at bar and cases in which the Jackson Walker, LLP, law firm has represented the named Defendant and its principle and affiliated entities, including without limitation, the National Bank of Kuwait in the past regarding substantially related matters involving the property at 2425 West Loop So., Houston, Texas 77027.

3.) That through such attorney-client relationships, the firm has received information that intimately relates to the factual issues at bar, which creates a

conflict of interest, and which will result in a violation of the Disciplinary Rules of Professional Conduct.

4.) This Court believes, as was stated in the *Home Insurance Company v. Marsh* case (1990) and *Islander East v. Ferguson* (1996) that the trust necessary in any attorney-client relationship is destroyed if this client must be concerned that any information, he/it gives the attorney on related issues may reappear later in adversarial proceedings, where his former attorney now represents an opponent. The Court feels that the relationship between the lawyer in those cases creates the possibility that confidential information could inadvertently be used by the law firm and that the appearance of justice would therefore be compromised.

For those reasons, the motion is GRANTED and it is;

ORDERED. that Jackson Walker, LLP, its attorneys and its co-counsel, are Disqualified to litigate or have any role in the present case, or the representation of any party in this case or the matters and issues relating thereto.

RENDERED this __29th__ day of __October__, 2024.



_____
JUDGE PRESIDING