# EXHIBIT 4

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) ) | Case No. 23-34815 |
| Debtor. | ) ) ) | |

---

## PROPOSED ORDER

---

Before the Court is NBK's Emergency Motion to Enforce Sale Order.

The Court orders that this motion be DENIED.

It is so ORDERED on this _____ day of November, 2024.

_____

United States Bankruptcy Court