**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **GALLERIA 2425 Owner, LLC** | § | **Case No. 23-34815 (JPN)** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

---

**EXHIBIT LIST FOR NOVEMBER 21, 2024 EMERGENCY HEARING ON
EMERGENCY MOTION TO ENFORCE SALE ORDER AND MOTION FOR
CONTINUANCE**

---

Jetall Companies, Inc. files this Exhibit List for the emergency hearing to be held

November 21, 2024 at 10:30 a.m. (prevailing Central Time) (the "Hearing") on NBK's

Emergency Motion to Enforce Sale Order (ECF No. 816) and Motion for Continuance.

**EXHIBIT LIST**

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 1. | Affidavit of Marc Hill; ECF No. 825-1 | | | | |
| 1-A. | Defendant Jetall Companies, Inc. First Amended and Supplemental Answer to Plaintiff's Petition ECF No. 825-2 | | | | |
| 1-B. | Notice to Vacate Letter dated November 18k, 2024; ECF No. 825-3 | | | | |
| 2. | Order of Disqualification in Case No. 241100353166; ECF No. 825-4 | | | | |
| 3 | Motion Hearing Transcript dated November 13, 2024, No. 4:24-cv-3224 (S.D. Tex.); ECF No. 825-5 | | | | |
| | | | | | |

## RESERVATION OF RIGHTS

Jetall Companies, Inc. and Jetall Companies, Inc.'s Assignee reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List before the Hearing.

DATED: November 20, 2024 **Cecere PC**

*/s/ J. Carl Cecere*
Texas Bar No. 13268300
(admitted pro hac vice)
Steinbrunner  Texas Bar
Cecere PC
6035 McCommas Blvd.
Dallas, Texas 75206
Tel:  469-600-9455