# EXHIBIT 1

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | | Case No. 23-34815 |
| Debtor. | | |

### AFFIDAVIT OF MARC HILL

**State of Texas** §
§
**County of Galveston** §

**BEFORE ME**, the undersigned authority, on this day personally appeared Marc Hill, a person whose identity is known to me. After administering the oath to her, upon that oath, declarant states:

1. My name is Marc Hill. I am over 21 years of age and am competent to make this Declaration, which is based on my personal knowledge. I am submitting this Affidavit in support of 2425 WL, LLC's Response to NBK's Emergency Motion to Enforce Sale Order.

2. I represent Jetall Companies, Inc. in a forcible entry detainer action that was filed by the National Bank of Kuwait, S.A.K.P., New York Branch, on _____. [caption]. Jetall responded to that motion by challenging the court's jurisdiction to hear

that action for numerous reasons, outlined in a response, a true and correct copy of which is attached as **Exhibit A**. And at the hearing on the entry and detainer action, the court held that jurisdiction was lacking because of insufficient notice of the eviction action. Accordingly, following the entry of that order, the Bank immediately issued a new notice of eviction, a true and correct copy of which is attached as **Exhibit B**.

*/s/ Marc Hill*
Marc Hill

**FURTHER AFFIANT SAYETH NOT**.

**SUBSCRIBED AND SWORN TO BEFORE ME**, this the 20th day of November, 2024.

By: *Alyssa Hernandez*
Notary Public

Commission Expires: 10/27/2027

Notary Stamp:

ALYSSA HERNANDEZ
Notary Public, State of Texas
Comm. Expires 10-27-2027
Notary ID 134623727

2