United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 03, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-34815** |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 11** |

### ORDER SETTING HEARING [OUT OF DIVISION]

Hearing is set on the NBK's (Renewed Emergency Motion to Enforce Sale Order (Jetall Companies, Inc.) (ECF No. 838) and NBK's Second Emergency Motion to Enforce Sale Order (2425 WL, LLC) (ECF No. 839) both filed by National Bank of Kuwait, S.A.K.P., New York Branch at 9:00 a.m. on December 5, 2024, **in Courtroom 2A, United States Courthouse, 1300 Victoria St, Laredo, Texas 78040.** The written response deadline is 5:00 p.m. on December 4, 2024.[1] Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**This is an out of division setting. Virtual appearances are suggested, <u>no in person appearance is required</u>. Parties, however, may personally appear in the Laredo Division.**[2]

**SO ORDERED**.

SIGNED 12/03/2024

_____

Jeffrey Norman
United States Bankruptcy Judge

---

[1] Any prior filed response to the renewed motion does not need to be refiled.
[2] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman