# **EXHIBIT 7**

Eviction – Judgment/Dismissal Order NonJury

In the Justice Court  
Precinct 1, Place 1

Harris County  
State of Texas

Case Number: 241100353166

Houston 2425 Galleria LLC  
Plaintiff  
vs.  
JETALL COMPANIES INC  
Defendant

Plaintiff(s)    ☑ Present    ☐ Not Present at Trial  
Defendant(s)  ☑ Present    ☐ Not Present at Trial

Represented by: Jared I Levinthal; Robert A Wilkins; Grant A Bryan

Represented by: J Marcus Hill

Leased Premises: 2425 West Loop South, Suite 1100, Houston, TX 77027

On 11/12/2024 the court heard the above-numbered and styled cause.

☐ **DEFAULT JUDGMENT FOR PLAINTIFF**
The Plaintiff, being present, announced ready for trial. The Defendant, although having been duly cited and served with process, said citation with the officer's return thereon having been on file with the clerk of this court, failed to appear or answer in its behalf, and wholly made default. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $ _____ as rent owed, plus $ _____ as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.00% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before _____. The Defendant(s) appeal bond is set at: $_____.

☐ **JUDGMENT FOR PLAINTIFF**
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Plaintiff for possession of the above described premises. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $_____ as rent owed, plus $_____ as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.00% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before _____. The Defendant(s) appeal bond is set at: $_____.

☐ **JUDGMENT FOR DEFENDANT**
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Defendant for possession of the above described premises. It is therefore decreed that the Plaintiff take nothing and that judgment is entered for the Defendant(s) for $_____ as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.00% per annum from the date of judgment until paid, for which let execution issue. The Plaintiff's appeal bond is set at $500.00.

☑ The court ORDERS that this case is DISMISSED:

  ☑ due to lack of jurisdiction.
  ☐ as Plaintiff did not appear.
  ☐ on motion of the   ☐ Plaintiff   ☐ Defendant.
  ☐ by agreement of the parties and that each side bears their cost incurred.

The court denies all other relief not granted above.

You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 5 days after this judgment was signed. See Texas Rule of Civil Procedure 510.9(a).

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.

Signed: 11/12/2024

Eric William Carter  
Justice of the Peace Precinct 1, Place 1  
Presiding Judge

**Payment of Rent during the Pendency of Any Appeal:**

☐ The amount of rent to be paid each rental pay period during the pendency of any appeal is $_____.

☐ A portion of the rent is payable by a government agency, and the amount of rent to be paid each rental pay period during the pendency of any appeal is: $_____ by Defendant and $_____ by government agency.

JETALL COMPANIES INC
c/o Dward Darjean
1001 West Loop South #700
Houston TX  77027

## NOTICE TO PARTIES INTENDING TO APPEAL

**RIGHT TO REQUEST AN APPOINTMENT OF ATTORNEY**

If you intend to appeal the Judgment of the Justice Court by filing a sworn statement of inability to pay, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law. You may exercise this right after the sworn statement has been approved and the appeal perfected. You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.

**APPEAL BY PAUPER'S AFFIDAVIT OR SURETY BOND**

You may appeal the judgment of the Justice Court by posting cash, posting a surety bond, or by filing a sworn statement of inability to pay no later than the 5th day after the date judgment is signed.

If you are the tenant and file a sworn statement of inability to pay or a surety bond to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the Justice Court within five (5) days of the date you file the sworn statement or surety bond. The rent must be paid by cashier's check or money order payable to the "Justice of the Peace."

**<u>Your failure to pay the first deposit of rent into the Justice Court registry by the required date and time may result in the issuance of a writ of possession without a hearing.</u>** Because the appeal has been perfected even though a writ of possession has issued, the transcript and original papers will be forwarded to the County Civil Court at Law for trial de novo.

**RIGHT TO CONTEST PORTION OF RENT PAID BY GOVERNMENT AGENCY**

If a government agency is responsible for all or a portion of the rent, either party may contest the determination of the portion of rent to be paid by the tenant. A contest must be filed with the Justice Court on or before the 5th day after the date the judgment in the eviction proceeding is signed. Not later than the 5th day after the contest is filed, the Justice Court will notify the parties and hold a hearing to determine the amount to be paid by the tenant under the terms of the rental agreement and applicable laws and regulations. If the tenant object to the Justice Court's ruling on the portion of rent to be paid, the tenant is required to pay only the portion that the tenant claims is owed until the issue is heard in the County Civil Court at Law. During the appeal, the tenant or the landlord may file a motion with the County Civil Court at Law to reconsider the amount of rent that the tenant must pay into the Registry of the Court.