# EXHIBIT 8-A

DocuSign Envelope ID: 20F22393-999F-4D0E-8EF7-F1CE305A1E39

---

**Fill in this information to identify the case:**

Debtor name       Galleria 2425 Owner, LLC

United States Bankruptcy Court for the:

         Southern District of Texas

Case number (if known):    23-34815-H5-11

☐ Check if this is an amended filing

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/22/2023
      MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Dward Darjean
Printed name

Manager
Position or relationship to debtor

---

Official Form B202       Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name           Galleria 2425 Owner, LLC |
| United States Bankruptcy Court for the: |
|                       Southern District of Texas |
| Case number (if known):      23-34815-H5-11 |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070 | | Tax Lien | | $800,238.37 | $17,500,000.00 | $800,238.37 |
| 2 | Cirro Electric<br>PO Box 60004<br>Dallas, TX 75266 | | Electricity provider | | | | $22,928.00 |
| 3 | City of Houston<br>Po Box 1560<br>Houston, TX 77251-1560 | | | | $544,604.20 | $17,500,000.00 | $544,604.20 |
| 4 | City of Houston Water Department<br>PO Box 1560<br>Houston, TX 77251 | | Water | | | | $6,126.00 |
| 5 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814 | | Services | Disputed | | | $22,990.00 |
| 6 | Firetron<br>PO Box 1604<br>Stafford, TX 77497 | | Services | | | | $30,040.34 |
| 7 | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 | | | | | | $5,507.36 |
| 8 | Gulfstream Legal Group<br>1300 Texas St<br>Houston, TX 77002 | | Legal services | Disputed<br>Unliquidated | | | $57,799.06 |

DocuSign Envelope ID: 20F22393-999F-4D9E-8EF7-F1CE305A1539

| Debtor | Galleria 2425 Owner, LLC | | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hayward PLLC 10501 N Central Expy Ste 106 Dallas, TX 75231-2203 | | Legal fees | | | | $97,193.00 |
| 10 | HNB Construction, LLC 521 Woodhaven Ingleside, TX 78362 | | Services | Disputed Unliquidated | | | $84,853.00 |
| 11 | Houston Community College System c/o Tara Grundemeier Linebarger, Groggan, Blair & Sampson Po Box 3064 Houston, TX 77253-3064 | | Ad Valorem tax lien | | $97,110.05 | $17,500,000.00 | $97,110.05 |
| 12 | Houston Independent School District P.O. Box 4668 Houston, TX 77210 | | Ad valorem | | $979,200.35 | $17,500,000.00 | $979,200.35 |
| 13 | Lexitas PO Box Box 734298 Dept 2012 Dallas, TX 75373 | | Services | | | | $2,771.75 |
| 14 | National Bank of Kuwait 299 Park Ave. 17th Floor New York, NY 10171 | | Deed of Trust | Contingent Disputed Unliquidated | $63,552,988.00 | $17,500,000.00 | $63,552,988.00 |
| 15 | National Bank of Kuwait Charles C. Conrad Pillsbury Winthrop Shaw Pittsman, LLP 909 Fannin St, Ste 2000 Houston, TX 77010 | | Tax lien assignments - subject to offsets and claims. Tax lien assignments were part of breached settlement agreement. | Contingent Disputed Unliquidated | $1,696,384.00 | $17,500,000.00 | $1,696,384.00 |
| 16 | Nationwide Security 2425 W Loop S 300 Houston, TX 77027 | | Services | | | | $32,549.70 |
| 17 | Nichamoff Law Firm 2444 Times Blvd 270 Houston, TX 77005 | | Legal services | | | | $46,984.22 |
| 18 | T&R Mechanical 21710 White Oak Dr Conroe, TX 77306-8848 | | | | | | $4,216.34 |
| 19 | TKE 3100 Interstate North Cir SE 500 Atlanta, GA 30339 | | Elevator maintenance and repair | | | | $76,935.35 |

DocuSign Envelope ID: 29E22393-999F-4D9E-8EF7-E1CE305A1589

| 20 | Zindler Cleaning Service Co | | | | | | | | $4,221.00 |
|----|----------------------------|--|--|--|--|--|--|--|-----------|
|    | 2450 Fondren HS            | | | | | | | | |
|    | Houston, TX 77063          | | | | | | | | |

Fill in this information to identify the case:

Debtor Name **Galleria 2425 Owner, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **23-34815-H5-11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1. **Regions Bank**      **Checking account**      ___ ___ ___ ___      **$56,652.35**

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$56,652.35**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **Security Deposits from Tenants - $173,561.20 not held**      **$0.00**

DocuSign Envelope ID: 20E22393-999F-4D9E-8FF7-F1CF305A1539

| Debtor | **Galleria 2425 Owner, LLC** | Case number *(if known)* | **23-34815-H5-11** |
|--------|------------------------------|--------------------------|---------------------|
| | Name | | |

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

**9.** **Total of Part 2**

| | **$0.00** |
|--|--|

Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|--|--|

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **$68,645.62** | - | **unknown** | =..... ➔ | **$68,645.62** |
|---------------------------|----------------|---|-------------|----------|----------------|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | - | _____ | =..... ➔ | _____ |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

| | **$68,645.62** |
|--|--|

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|--|--|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
|---|---|---|
| 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

| 15.1 _____ | _____ | _____ | _____ |
|---|---|---|---|
| 15.2 _____ | _____ | _____ | _____ |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 _____ | _____ | _____ |
|---|---|---|

---

DocuSign Envelope ID: 20E22393-998F-4D9E-8FF7-51CF305A1F9D

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* 23-34815-H5-11 |
|---|---|---|
| | Name | |

| | 16.2 | | | |
|---|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* 23-34815-H5-11 |
|--------|--------------------------|------------------------------------------|
| | Name | |

| Other entities own furniture, equipment | unknown | | unknown |
|---|---|---|---|

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

DocuSign Envelope ID: 30522392-C965-4D2E-8E57-E1CE305A1530

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|--------|--------------------------|--------------------------|----------------|
| | Name | | |

---

**49.** **Aircraft and accessories**

49.1 _____   _____   _____   _____

49.2 _____   _____   _____   _____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   _____   _____   _____

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| _____ |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 9: | Real property |
|---------|---------------|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Real Property / 2425 West Loop South Houston, TX 77027** | Fee Simple | unknown | **Value based on appraisal of property by Cushman and Wakefield dated May 3, 2023 for the National Bank of Kuwait** | $17,500,000.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $17,500,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

DocuSign Envelope ID: 39522392-C965-4D2E-8EF7-E1CE305A1530

| Debtor | Galleria 2425 Owner, LLC | | Case number *(if known)* 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| Elevator, fire alarm, occupancy permits - City of Houston Permits | unknown | | $100.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $100.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

---

71. **Notes receivable**

 Description (include name of obligor)

 _____ _____ – _____ = ➔ _____
 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

 Description (for example, federal, state, local)

 _____ Tax year _____ _____
 _____ Tax year _____ _____
 _____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

 _____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

 **Claims against the National Bank of Kuwait including, but not limited to, lender liability, conspiracy and breach of contract.**   unknown

 **Nature of claim**   _____

 **Amount requested**   unknown

 **Claims, including but not limited to, breach of contract against Sonder (former tenant)**   unknown

 **Nature of claim**   _____

 **Amount requested**   unknown

 **Potential disputes/breach of contract claims with current tenants regarding leases**   unknown

 **Nature of claim**   _____

 **Amount requested**   unknown

 **Claims and causes of action against Azeemeh Zaheer, Osama Abdulatiff, Rodney Drinnon and/or David Tang**   unknown

 **Nature of claim**   **Claims include, but not limited to, breach of duty, fraud, conspiracy, RICO, disparagement, tortuous interference with contract, tortuous interference with business relationships, and other claims and causes of action**

 **Amount requested**   unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

 _____ _____

 **Nature of claim**   _____

 **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

 _____ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

DocuSign Envelope ID: 39522392-C96E-4D2E-8EE7-E1CE305A1E39

Debtor    **Galleria 2425 Owner, LLC**              Case number *(if known)*   23-34815-H5-11
          Name

---

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $56,652.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,645.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ..................➜ | | $17,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +   unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........91a. | $125,397.97 | + 91b.   $17,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... | | $17,625,397.97 |

---

DocuSign Envelope ID: 39522392-C965-4D2F-8EF7-E1CF305A1530

| Fill in this information to identify the case: |
|---|

Debtor name    Galleria 2425 Owner, LLC

United States Bankruptcy Court for the:    Southern    District of    Texas
                                                (State)

Case number (if known):    23-34815-H5-11

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**   **Creditor's name**

2425 WL, LLC

**Creditor's mailing address**

13498 Pond Springs Rd.

Austin, TX 78729

**Creditor's email address, if known**

**Date debt was incurred**    May 2018

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

     **1) 2425 WL, LLC**; 2) National Bank of Kuwait; 3) Caz Creek Lending; 4) National Bank of Kuwait ; 5) Houston Independent School District; 6) Houston Community College System; 7) City of Houston

**Describe debtor's property that is subject to a lien**

Real Property                      $25,092,415.80      $17,500,000.00

**Describe the lien**

Second lien mortgage

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $92,762,940.77

DocuSign Envelope ID: 30522392-C865-4D2F-8E57-E1CF305A1530

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Caz Creek Lending

**Creditor's mailing address**

118 Vintage Park Blvd No. W

Houston, TX 77070

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

Tax Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $800,238.37

Column B: $17,500,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     

DocuSign Envelope ID: 30522392-C96F-4D2F-8EF7-E1CF305A1530

| Debtor | Galleria 2425 Owner, LLC | | Case number (if known) | 23-34815-H5-11 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.3** **Creditor's name**

City of Houston

**Creditor's mailing address**

Po Box 1560

Houston, TX 77251-1560

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $544,604.20

Column B: $17,500,000.00

---

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.4** **Creditor's name**

Houston Community College System

**Creditor's mailing address**

c/o Tara Grundemeier
Linebarger, Groggan, Blair & Sampson

Po Box 3064

Houston, TX 77253-3064

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

Ad Valorem tax lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $97,110.05 | $17,500,000.00 |

DocuSign Envelope ID: 30522392-C96F-4D2F-8EF7-E1CF305A1E39

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Houston Independent School District

**Creditor's mailing address**

P.O. Box 4668

Houston, TX 77210

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

Ad valorem

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $979,200.35 | $17,500,000.00 |
|---|---|---|

DocuSign Envelope ID: 30522392-C96E-4D2E-8EF7-E1CE305A1E30

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.6 Creditor's name**

National Bank of Kuwait

**Creditor's mailing address**

299 Park Ave. 17th Floor

New York, NY 10171

**Creditor's email address, if known**

**Date debt was incurred** 05/23/2018

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $63,552,988.00
Column B: $17,500,000.00

**Remarks:** Claim subject to offset and claims for damages; Debtor has significant claims against the NBK for wrongful actions and breach of contract

DocuSign Envelope ID: 30522392-C96F-4D2F-8EF7-E1CF305A1F39

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.7** **Creditor's name**

National Bank of Kuwait

**Creditor's mailing address**

Charles C. Conrad Pillsbury
Winthrop Shaw Pittsman, LLP

909 Fannin St, Ste 2000

Houston, TX 77010

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Real Property

**Describe the lien**

Tax lien assignments - subject to offsets and claims. Tax lien assignments were part of breached settlement agreement.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| | $1,696,384.00 | $17,500,000.00 |

DocuSign Envelope ID: 40522392-C96F-4D2F-8EE7-F1CE305A1E39

DocuSign Envelope ID: 30F22392-C96F-4D2F-8EE7-E1CF305A1F39

| Debtor | Galleria 2425 Owner, LLC | Case number (if known) | 23-34815-H5-11 |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| 2425 WL, LLC<br>60 West 2nd St.<br>Freeport, NY 11746 | Line 2. _1_ | __ __ __ __ |
| Linebarger Goggan & Blair<br>P.O. Box 3064<br>Houston, TX 77253 | Line 2. _3_ | __ __ __ __ |
| Linebarger Goggan & Blair<br>P.O. Box 3064<br>Houston, TX 77253 | Line 2. _5_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

DocuSign Envelope ID: 39F22392-C96F-4D2E-8FF7-E1CF305A1E20

DocuSign Envelope ID: 39522392-C865-4D2E-8EE7-E1CE305A1530

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Galleria 2425 Owner, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-34815-H5-11 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** <br><br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** <br><br><br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td colspan="2"><b>List All Creditors with NONPRIORITY Unsecured Claims</b></td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

2425 West Loop LLC dba Metwall Design Solutions LLC

2425 West Loop S Ste 800

Houston, TX 77027-4214

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Disputes over tenant improvements and other matters

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Lease payments

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: unknown**

---

**3.2** Nonpriority creditor's name and mailing address

ADT

PO Box 382109

Pittsburgh, PA 15251

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,487.00**

---

**3.3** Nonpriority creditor's name and mailing address

Ali Choudhri

1001 West Loop South 700

Houston, TX 77027

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Additional amounts owed for tax liens

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $6,771,235.00**

---

**3.4** Nonpriority creditor's name and mailing address

Ash Automated Control Systems, LLC

PO Box 1113

Fulshear, TX 77441

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: HVAC Repair

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,548.31**

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

CFI Mechanical, Inc

6109 Brittmoore Rd

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$668.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Cirro Electric

PO Box 60004

Dallas, TX 75266

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$22,928.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Electricity provider

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

City of Houston Water Department

PO Box 1560

Houston, TX 77251

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,126.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Water

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

CNA Insurance Co

PO Box 74007619

Chicago, IL 60674

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:**
Insurance costs will be upcoming. All costs for insurance paid on filing date

---

| Debtor | **Galleria 2425 Owner, LLC** | Case number *(if known)* | **23-34815-H5-11** |
|--------|------------------------------|--------------------------|---------------------|
|        | Name                         |                          |                     |

---

### Part 2:  Additional Page

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**3.9**  Nonpriority creditor's name and mailing address

**Comcast**

**PO Box 60533**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Internet and similar services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$300.00

---

**3.10**  Nonpriority creditor's name and mailing address

**Datawatch Systems**

**4520 East West Highway 200**

**Bethesda, MD 20814**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Disputed as to amounts owed.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$22,990.00

---

**3.11**  Nonpriority creditor's name and mailing address

**Environmental Coalition Inc**

**PO Box 1568**

**Stafford, TX 77497**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Pest Control

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$800.85

---

**3.12**  Nonpriority creditor's name and mailing address

**Ferguson Facilities Supplies**

**PO Box 200184**

**San Antonio, TX 78220**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,001.00

---

DocuSign Envelope ID: 39522392-C865-4D2E-8E57-E1CF305A1539

| Debtor | **Galleria 2425 Owner, LLC** | Case number *(if known)* | **23-34815-H5-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,040.34 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Firetron**

PO Box 1604

Stafford, TX 77497

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$30,040.34

---

**3.14** Nonpriority creditor's name and mailing address

**First Insurance Funding**

450 Skokie Blvd

Northbrook, IL 60062

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,507.36

---

**3.15** Nonpriority creditor's name and mailing address

**Gulfstream Legal Group**

1300 Texas St

Houston, TX 77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Legal services**

Is the claim subject to offset?
☑ No
☐ Yes

$57,799.06

---

**3.16** Nonpriority creditor's name and mailing address

**Hayward PLLC**

10501 N Central Expy Ste 106

Dallas, TX 75231-2203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

$97,193.00

---

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,853.00 |
|---|---|---|---|

**3.17**

Nonpriority creditor's name and mailing address

HNB Construction, LLC

521 Woodhaven

Ingleside, TX 78362

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$84,853.00

---

**3.18**

Nonpriority creditor's name and mailing address

Jetall Companies Inc.

2425 West Loop S Ste 1100

Houston, TX 77027-4210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Commissions and payments**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,204,801.00

---

**3.19**

Nonpriority creditor's name and mailing address

Kings 111 Emergency Communications

751 Canyon Drive, Suite 100

Coppell, TX 75019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$315.95

---

**3.20**

Nonpriority creditor's name and mailing address

Lexitas

PO Box Box 734298 Dept 2012

Dallas, TX 75373

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,771.75

DocuSign Envelope ID: 39522392-C965-4D2E-8EF7-E1CF305A1530

| Debtor | **Galleria 2425 Owner, LLC** | | Case number *(if known)* | **23-34815-H5-11** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.42 |
|---|---|---|---|
| | **Logix Fiber Networks** | ☐ Contingent | |
| | **PO Box 734120** | ☐ Unliquidated | |
| | **Dallas, TX 75373** | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |
|---|---|---|---|
| | **Mueller Water Treatment** | ☐ Contingent | |
| | **1500 Sherwood Forest Dr.** | ☐ Unliquidated | |
| | **Houston, TX 77043** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,549.70 |
|---|---|---|---|
| | **Nationwide Security** | ☐ Contingent | |
| | **2425 W Loop S 300** | ☐ Unliquidated | |
| | **Houston, TX 77027** | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,984.22 |
|---|---|---|---|
| | **Nichamoff Law Firm** | ☐ Contingent | |
| | **2444 Times Blvd 270** | ☐ Unliquidated | |
| | **Houston, TX 77005** | ☐ Disputed | |
| | | **Basis for the claim:** Legal services | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

---

| Debtor | **Galleria 2425 Owner, LLC** | Case number *(if known)* | **23-34815-H5-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

**Smart Office Solutions**

**6623 Theall Rd**

**Houston, TX 77066-1213**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,877.00

**3.26** Nonpriority creditor's name and mailing address

**T&R Mechanical**

**21710 White Oak Dr**

**Conroe, TX 77306-8848**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,216.34

**3.27** Nonpriority creditor's name and mailing address

**TKE**

**3100 Interstate North Cir SE 500**

**Atlanta, GA 30339**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Elevator maintenance and repair**

Is the claim subject to offset?
☑ No
☐ Yes

$76,935.35

**3.28** Nonpriority creditor's name and mailing address

**Waste Management**

**PO Box 660345**

**Dallas, TX 75266**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trash services**

Is the claim subject to offset?
☑ No
☐ Yes

$456.00

DocuSign Envelope ID: 30E22392-C96E-4D2E-8EE7-E1CE305A1E30

| Debtor | **Galleria 2425 Owner, LLC** | Case number *(if known)* | **23-34815-H5-11** |
|--------|------------------------------|--------------------------|---------------------|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,221.00 |
|---|---|---|---|

**Zindler Cleaning Service Co**

**2450 Fondren 113**

**Houston, TX 77063**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

DocuSign Envelope ID: 30522392-C96F-4D2F-8FE7-E1CF305A1F30

| Debtor | **Galleria 2425 Owner, LLC** | | Case number *(if known)* | **23-34815-H5-11** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$9,481,879.09** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | **$9,481,879.09** |

DocuSign Envelope ID: 39522392-C865-4D2E-8EE7-E1CE305A1539

| Fill in this information to identify the case: |
|---|

| Debtor name | Galleria 2425 Owner, LLC |
|---|---|
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-34815-H5-11    Chapter    11 |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant)- 2425 West Loop South LLC | 2425 West Loop LLC dba Metwall Design Solutions LLC |
| | | Contract to be ASSUMED | 2425 West Loop S Ste 800 |
| | State the term remaining | 25 months | Houston, TX 77027-4214 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Agreement | 2425 WL, LLC |
| | | Contract to be ASSUMED | 13498 Pond Springs Rd |
| | State the term remaining | 0 months | Austin, TX 78729-4422 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease | Bankable Equities |
| | | Contract to be ASSUMED | 2425 West Loop S Ste 600 |
| | State the term remaining | 57 months | Houston, TX 77027-4203 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease | Boho Lounge |
| | | Contract to be ASSUMED | 2425 West Loop S # 100 |
| | State the term remaining | 59 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Property Insurance | CNA Insurance Company |
|---|---|---|---|
| | | Contract to be ASSUMED | PO Box BOX 74007619 |
| | State the term remaining | 0 months | Chicago, IL 60674 |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | Eyebrows 4UTX LLC |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S # 340b |
| | State the term remaining | 12 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Liability Insurance | First Insurance Funding |
|---|---|---|---|
| | | | 450 Skokie Blvd. |
| | State the term remaining | 0 months | Northbrook, IL 60062 |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | G3 Global Services LLC |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S Ste 310 |
| | State the term remaining | 48 months | Houston, TX 77027-4208 |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | lease(tenant)- 4th Floor | Galloworks |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S # 400 |
| | State the term remaining | 0 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) -5h floor | Galloworks |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S # 400 |
| | State the term remaining | 96 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement | Jetall Companies Inc. |
|---|---|---|
| | Contract to be ASSUMED | 2425 West Loop S Ste 1100 |
| State the term remaining | 0 months | Houston, TX 77027-4210 |
| List the contract number of any government contract | | |

**2.12**

| State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | Jetall Companies Inc. |
|---|---|---|
| | Contract to be ASSUMED | 2425 West Loop S Ste 1100 |
| State the term remaining | 105 months | Houston, TX 77027-4210 |
| List the contract number of any government contract | | |

**2.13**

| State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | Kudrath Enterprises PLLC |
|---|---|---|
| | Contract to be ASSUMED | 2425 West Loop S Ste 350 |
| State the term remaining | 33 months | Houston, TX 77027-4208 |
| List the contract number of any government contract | | |

**2.14**

| State what the contract or lease is for and the nature of the debtor's interest | Confidential settlement agreement | National Bank of Kuwait S.A.K.P. |
|---|---|---|
| | | Charles C. Conrad Pillsbury Winthrop Shaw Pittsman, LLP |
| State the term remaining | 0 months | 909 Fannin St, Ste 2000 |
| List the contract number of any government contract | | Houston, TX 77010 |

**2.15**

| State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | Nationwide Investigations & Security Inc |
|---|---|---|
| | Contract to be ASSUMED | 2425 West Loop S Ste 300 |
| State the term remaining | 8 months | Houston, TX 77027-4207 |
| List the contract number of any government contract | | |

**2.16**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial lease | Shah Sloan LLC |
|---|---|---|
| | Contract to be ASSUMED | 2425 West Loop S 501, 503 and 523 |
| State the term remaining | 114 months | Houston, TX 77027-4205 |
| List the contract number of any government contract | | |

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant)-not moved in and not paid deposit - status uncertain | SIBS International Inc |
|---|---|---|---|
| | | | 2425 West Loop S # 900 |
| | State the term remaining | 120 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | SprintCom Inc |
|---|---|---|---|
| | | Contract to be ASSUMED | Rooftop |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | St. Christopher Holdings GP LLC |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S 700 |
| | State the term remaining | 120 months | Houston, TX 77027-4205 |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Commerical lease | UL Therapy |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S Ste 315 |
| | State the term remaining | 22 months | Houston, TX 77027-4211 |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Lease (tenant) | Uptown Cosmetic and Implant Dentistry |
|---|---|---|---|
| | | Contract to be ASSUMED | 2425 West Loop S Ste 333 |
| | State the term remaining | 0 months | Houston, TX 77027-4211 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name     **Galleria 2425 Owner, LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
                                                (State)

Case number (If known):     **23-34815-H5-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

DocuSign Envelope ID: 39522392-C96F-4D2F-8EF7-E1CF305A1E39

| Debtor | **Galleria 2425 Owner, LLC** | Case number (if known) | **23-34815-H5-11** |
|--------|------------------------------|------------------------|---------------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        ZIP Code | | |

DocuSign Envelope ID: 39522392-C965-4D2F-8EE7-E1CF305A1530

| Fill in this information to identify the case: |
| --- |
| Debtor name  Galleria 2425 Owner, LLC |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): 23-34815-H5-11  Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*................................................................................................ $17,500,000.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*.............................................................................................. $125,397.97

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................................ $17,625,397.97

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $92,762,940.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... + $9,481,879.09

4. **Total liabilities**................................................................................................................ $102,244,819.86

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name        Galleria 2425 Owner, LLC |
| United States Bankruptcy Court for the: <br>        Southern District of Texas |
| Case number (if known):     23-34815-H5-11 |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2023</u> to   Filing date <br>        MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $856,837.58 |
| **For prior year:**   From <u>01/01/2022</u> to <u>12/31/2022</u> <br>        MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $875,514.69 |
| **For the year before that:**   From <u>01/01/2021</u> to <u>12/31/2021</u> <br>        MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $907,227.41 |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2023</u> to   Filing date <br>        MM/ DD/ YYYY | | |
| **For prior year:**   From <u>01/01/2022</u> to <u>12/31/2022</u> <br>        MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From <u>01/01/2021</u> to <u>12/31/2021</u> <br>        MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor    Galleria 2425 Owner, LLC                                  Case number *(if known)*    23-34815-H5-11

       Name

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   See SOFA Exhibit 3<br>Creditor's name<br><br>Street<br><br><br>City      State    ZIP Code | | $450,670.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See SOFA Exhibit 4<br>Creditor's name<br><br>Street<br><br><br>City      State    ZIP Code | | $329,263.00 | |
| **Relationship to debtor** | | | |
| 4.2.   Dward Darjean<br>Creditor's name<br>2425 West Loop S Ste 1100<br>Street<br><br>Houston, TX 77027-4210<br>City      State    ZIP Code | 01/06/2023 | $150.00 | Reimbursement of expenses |
| **Relationship to debtor**<br>Manager | | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> XXXX– __ __ __ __ | _____ | _____ |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Galleria 2425 Owner, LLC v. National Bank of Kuwait, S.A.K. <br><br> **Case number** <br> 2021-63370 | Claims including, but not limited to, breach of duty, fraud, conspiracy, RICO, disparagement, breach of confidential settlement agreement, tortuous interference with contract, tortuous interference with business relationships, and other claims and causes of action | 281st Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St. 14th Fl. <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Jetall Companies, 1001 WL, LLC, Galleria 2425 Owner LLC, BDFI LLC, Ali Choudri, Brad Parker and Assemah Zafeer v. Sonder USA, Inc, | Civil | 61st Judicial District Court, Harris County, Texas <br> Name <br><br> 201 Caroline St. 9th Fl. <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2021-09675 | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Galleria 2425 Owner LLC v National Bank of Kuwait S.A.K.P.. a New York Branch and George M. Lee | Claims including, but not limited to, breach of duty, fraud, conspiracy, RICO, disparagement, breach of confidential settlement agreement, tortuous interference with contract, tortuous interference with business relationships, and other claims and causes of action | 11th Judicial District Court, Harris County, Texas <br> Name <br><br> 201 Caroline St. 9th Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 2021-63370 | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | George M. Lee v Galleria 2425 Owner, LLC | Civil | 11th Judicial District Court, Harris County, Texas <br> Name <br><br> 201 Caroline St. 9th Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 2019-89764 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Naissance Galleria, LLC vs National Bank of Kuwait, S.A.K.P. | Case filed by David Tang for Naissance Galleria- Breach of contract | 129th Judicial District Court of Harris County <br> Name <br><br> 201 Caroline St 10th Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2023-41091 | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Naissance Galleria, LLC vs Brad Parker | Case filed by David Tang for Naissance Galleria- Breach of contract | 157th Harris County District Court <br> Name <br><br> 201 Caroline St <br> Street <br><br> Houston, TX 77002-1901 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2023-39006 | | | |

Debtor    Galleria 2425 Owner, LLC
_____
Name                                                                                      Case number (if known)    23-34815-H5-11

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Galleria 2425 Owner LLC vs National Bank of Kuwait | Claims including, but not limited to, breach of duty, fraud, conspiracy, RICO, disparagement, breach of confidential settlement agreement, tortuous interference with contract, tortuous interference with business relationships, and other claims and causes of action | Federal Bankruptcy Court<br><br>Name<br><br>515 Rusk St # 403<br>Street<br><br><br>Houston, TX 77002-2600<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br><br>2023-22748 | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Naissance Galleria LLC vs Zaheer | Case filed by David Tang for Naissance Galleria- Breach of contract; removed to federal bankruptcy court as adversary 23-03259. | 80th Judicial District Court, Harris County, Texas<br>Name<br><br>201 Caroline St. 9th Fl<br>Street<br><br><br>Houston, TX 77002<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br><br>2023-43755 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br><br>Street<br><br><br>City        State    ZIP Code | **Case title**<br><br><br>**Case number**<br><br><br>**Date of order or assignment** | **Court name and address**<br><br>Name<br><br>Street<br><br><br>City        State    ZIP Code |

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State        ZIP Code

Recipient's relationship to debtor

<br>

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  September 2022 | 200.000 | underground water leak | Loss value in excess of insurance |

<br>

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Hayward PLLC | Attorney Fees | 07/03/2023 | $30,000.00 |
| | | Attorney Fees | 11/08/2023 | $20,000.00 |

Address

7600 Brunett Road, Ste 530
Street

Austin, TX 78757
City                    State        ZIP Code

Email or website address

mhayward@hayward.com

Who made the payment, if not debtor?

Debtor     Galleria 2425 Owner, LLC                                                    Case number *(if known)*      23-34815-H5-11
           Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Baker & Associates | attorney fee | 12/07/2023 | $20,000.00 |
| | **Address** | | | |
| | 950 Echo Lane, Suite 300 | | | |
| | Street | | | |
| | Houston, TX 77024 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | courtdocs@bakerassociates.net | | | |
| | **Who made the payment, if not debtor?** | | | |
| | 2401 Fountainview HO | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

DocuSign Envelope ID: 30522392-C96F-4D2E-8EF7-E1CE305A1E30

Debtor    Galleria 2425 Owner, LLC            Case number *(if known)*    23-34815-H5-11

    Name

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br><br> Street _____ <br><br><br> City     State   ZIP Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> City    State    ZIP Code | _____ <br><br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor  Galleria 2425 Owner, LLC                                             Case number *(if known)*    23-34815-H5-11
        Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

DocuSign Envelope ID: 30522392-C965-4D2F-8EE7-E1CE305A1530
Case 23-34815 Document 646-9 Filed in TXSB on 12/23/24 Page 52 of 84
Debtor   Galleria 2425 Owner, LLC                                    Case number *(if known)* 23-34815-H5-11
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

DocuSign Envelope ID: 39522392-C965-4D2E-8EE7-E1CE305A1E30
Case 23-34815 Document 646-9 Filed in TXSB on 12/28/24 Page 53 of 84
Debtor    Galleria 2425 Owner, LLC                                    Case number *(if known)*   23-34815-H5-11

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| Street | | **Dates business existed** |
| City          State    ZIP Code | | From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Case 23-34815 Document 646-9 Filed in TXSB on 12/23/24 Page 54 of 84

Debtor    Galleria 2425 Owner, LLC      Case number *(if known)*   23-34815-H5-11

Name

| Name and address | Dates of service |
|---|---|
| 26a.1. Scarlet MacGeorge - Jetall Companies Inc.<br>Name<br><br>2425 West Loop S Ste 1100<br>Street<br><br>Houston, TX 77027-4210<br>City    State    ZIP Code | 2022-<br>From present    To _____ |
| Name and address | Dates of service |
| 26a.2. Hines Property Management<br>Name<br><br>2800 Post Oak Blvd<br>Street<br><br>Houston, TX 77056<br>City    State    ZIP Code | From 2019 - 2021   To _____ |
| Name and address | Dates of service |
| 26a.3. Michael Chang<br>Name<br><br>Street<br><br>City    State    ZIP Code | From 2021   To 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Hines Property Management<br>Name<br><br>2800 Post Oak Blvd<br>Street<br><br>Houston, TX 77056<br>City    State    ZIP Code | From 2019-2021   To _____ |
| Name and address | Dates of service |
| 26b.2. Scarlet McGeorge - Jetall Companies Inc.<br>Name<br><br>2425 West Loop S Ste 1100<br>Street<br><br>Houston, TX 77027-4210<br>City    State    ZIP Code | 2022-<br>From present    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |

Name and address

Scarlet McGeorge - Jetall Companies Inc.
Name

2425 West Loop S Ste 1100
Street

_____

Houston, TX 77027-4210
City                              State                  ZIP Code

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

26d.1.
_____
Name

_____
Street

_____

_____
City                              State                  ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Name and address of the person who has possession of inventory records

27.1.
_____
Name

_____
Street

_____

_____
City                              State                  ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ali Choudhri | 1001 West Loop South, Ste 700 Houston, TX 77027 | Manager, Ownership of holding company | 100.00% |
| Dward Darjean | 2425 West Loop S Ste 1100 Houston, TX 77027-4210 | Manager, | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

DocuSign Envelope ID: 39522392-C96F-4D2E-8EE7-E1CE305A1530
Case 23-34815 Document 646-9 Filed in TXSB on 12/22/24 Page 56 of 84
Debtor    Galleria 2425 Owner, LLC                                   Case number (If known)    23-34815-H5-11

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|      |         |                                     | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Dward Darjean _____ Name | $150 | 01/06/2023 | Expense reimbursement |
| 2425 West Loop S Ste 1100 _____ Street | | | |
| Houston, TX 77027-4210 _____ City                 State        ZIP Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Galleria 2425 JV LLC | EIN:  8 2 – 5 2 0 0 9 3 2 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/22/2023_____
                    MM/  DD/  YYYY

DocuSigned by:

X _____          Printed name _____Dward Darjean_____
     F771A38D78374AE...
Signature of individual signing on behalf of the debtor

DocuSign Envelope ID: 39522392-C96E-4D2F-8EE7-E1CF305A1E39

| Debtor | Galleria 2425 Owner, LLC | Case number *(if known)* | 23-34815-H5-11 |
|---|---|---|---|
| | Name | | |

Position or relationship to debtor        Manager

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

DocuSign Envelope ID: 30522392-C86E-4D2E-8EF7-E1CE305A1E38

2425 West Loop LLC dba
Metwall Design Solutions LLC
2425 West Loop S Ste 800
Houston, TX 77027-4214


2425 WL, LLC
13498 Pond Springs Rd.
Austin, TX 78729


2425 WL, LLC
60 West 2nd St.
Freeport, NY 11746


2425 WL, LLC
13498 Pond Springs Rd
Austin, TX 78729-4422


ADT
PO Box 382109
Pittsburgh, PA 15251


Ali Choudhri
1001 West Loop South 700
Houston, TX 77027


Ash Automated Control
Systems, LLC
PO Box 1113
Fulshear, TX 77441


Bankable Equities
2425 West Loop S Ste 600
Houston, TX 77027-4203

DocuSign Envelope ID: 30522392-C96F-4D2E-8EF7-E1CE305A1E30

Boho Lounge
2425 West Loop S # 100
Houston, TX 77027-4205

Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070

CFI Mechanical, Inc
6109 Brittmoore Rd
Houston, TX 77041

Cirro Electric
PO Box 60004
Dallas, TX 75266

City of Houston
Po Box 1560
Houston, TX 77251-1560

City of Houston Water
Department
PO Box 1560
Houston, TX 77251

CNA Insurance Co
PO Box 74007619
Chicago, IL 60674

CNA Insurance Company
PO Box BOX 74007619
Chicago, IL 60674

DocuSign Envelope ID: 30522392-C96F-4D2F-8EF7-E1CE305A1E30

Comcast
PO Box 60533
City of Industry, CA 91716


Datawatch Systems
4520 East West Highway 200
Bethesda, MD 20814


Environmental Coalition Inc
PO Box 1568
Stafford, TX 77497


Eyebrows 4UTX LLC
2425 West Loop S # 340b
Houston, TX 77027-4205


Ferguson Facilities Supplies
PO Box 200184
San Antonio, TX 78220


Firetron
PO Box 1604
Stafford, TX 77497


First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062


First Insurance Funding
450 Skokie Blvd.
Northbrook, IL 60062

DocuSign Envelope ID: 30522392-C96F-4D2F-8EF7-E1CE305A1E39

G3 Global Services LLC
2425 West Loop S Ste 310
Houston, TX 77027-4208

Galloworks
2425 West Loop S # 400
Houston, TX 77027-4205

Gulfstream Legal Group
1300 Texas St
Houston, TX 77002

Hayward PLLC
10501 N Central Expy Ste 106
Dallas, TX 75231-2203

HNB Construction, LLC
521 Woodhaven
Ingleside, TX 78362

Houston Community College
System
c/o Tara Grundemeier
Linebarger, Groggan, Blair & Sampson
Po Box 3064
Houston, TX 77253-3064

Houston Independent School
District
P.O. Box 4668
Houston, TX 77210

Jetall Companies Inc.
2425 West Loop S Ste 1100
Houston, TX 77027-4210

DocuSign Envelope ID: 39522392-C96F-4D2F-8EF7-E1CE305A1E3D

Kings 111 Emergency
Communications
751 Canyon Drive, Suite 100
Coppell, TX 75019


Kudrath Enterprises PLLC
2425 West Loop S Ste 350
Houston, TX 77027-4208


Lexitas
PO Box Box 734298 Dept 2012
Dallas, TX 75373


Linebarger Goggan & Blair
P.O. Box 3064
Houston, TX 77253


Logix Fiber Networks
PO Box 734120
Dallas, TX 75373


Metwall Design Solutions LLC
10931 Day Rd
Houston, TX 77043-4901


Mueller Water Treatment
1500 Sherwood Forest Dr.
Houston, TX 77043


National Bank of Kuwait
299 Park Ave. 17th Floor
New York, NY 10171

National Bank of Kuwait
Charles C. Conrad Pillsbury Winthrop
Shaw Pittsman, LLP
909 Fannin St, Ste 2000
Houston, TX 77010

National Bank of Kuwait
S.A.K.P.
Charles C. Conrad Pillsbury Winthrop
Shaw Pittsman, LLP
909 Fannin St, Ste 2000
Houston, TX 77010

Nationwide Investigations &
Security Inc
2425 West Loop S Ste 300
Houston, TX 77027-4207

Nationwide Security
2425 W Loop S 300
Houston, TX 77027

Nichamoff Law Firm
2444 Times Blvd 270
Houston, TX 77005

Shah Sloan LLC
2425 West Loop S 501, 503 and 523
Houston, TX 77027-4205

SIBS International Inc
2425 West Loop S # 900
Houston, TX 77027-4205

Smart Office Solutions
6623 Theall Rd
Houston, TX 77066-1213

DocuSign Envelope ID: 30522392-C96E-4D2E-8EE7-E1CE305A1E30

SprintCom Inc
Rooftop

St. Christopher Holdings GP
LLC
2425 West Loop S 700
Houston, TX 77027-4205

T&R Mechanical
21710 White Oak Dr
Conroe, TX 77306-8848

TKE
3100 Interstate North Cir SE 500
Atlanta, GA 30339

UL Therapy
2425 West Loop S Ste 315
Houston, TX 77027-4211

Uptown Cosmetic and Implant
Dentistry
2425 West Loop S Ste 333
Houston, TX 77027-4211

Waste Management
PO Box 660345
Dallas, TX 75266

Zindler Cleaning Service Co
2450 Fondren 113
Houston, TX 77063

## Payments in 90 days        SOFA Exh 3

2425 West Loop - 2425 West Loop South Houston, TX 77027
**Date Range:** 09/05/2023 to 12/05/2023

| Bank Account | Payee Name | Check # | Check Date | Payment Amount | | Amount |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | CNA Insurance | 8002 Regic | 09/05/2023 | 16,270.77 | | |
| | | | | | Property Insurance | 16,270.77 |
| Galleria 2425 Owner, LLC - 8002 | City of Houston Water | 8002 Regic | 09/06/2023 | 8,140.52 | | |
| | | | | | Water | 8,140.52 |
| Galleria 2425 Owner, LLC - 8002 | Waste Management | 1012 | 09/06/2023 | 563.84 | | |
| | | | | | Waste Removal | 563.84 |
| Galleria 2425 Owner, LLC - 8002 | TK Elevator Corporation | 1013 | 09/06/2023 | 3,542.25 | | |
| | | | | | Elevator Inspection a | 3,542.25 |
| Galleria 2425 Owner, LLC - 8002 | Smart Office Automation | 1014 | 09/06/2023 | 574.46 | | |
| | | | | | Equipment Rental | 574.46 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 1015 | 09/06/2023 | 475.00 | | |
| | | | | | Water Treatment | 475.00 |
| Galleria 2425 Owner, LLC - 8002 | ADT Commercial | 1016 | 09/06/2023 | 86.16 | | |

| | | | | | Fire and Security Mo | 86.16 |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Ferguson Facilities Supply | 1017 | 09/06/2023 | 691.13 | | |
| | | | | | Janitorial Expense | 691.13 |
| Galleria 2425 Owner, LLC - 8002 | Zindler Service Co, Inc | 1018 | 09/06/2023 | 2,110.88 | | |
| | | | | | Janitorial Expense | 2,110.88 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1019 | 09/08/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Villa | 1020 | 09/08/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | 1021 | 09/08/2023 | 4,158.97 | | |
| | | | | | Security Service | 4,158.97 |
| Galleria 2425 Owner, LLC - 8002 | RingCentral | 1022 | 09/08/2023 | 896.87 | | |
| | | | | | Telephone and Interr | 896.87 |
| Galleria 2425 Owner, LLC - 8002 | First Insurance Funding | 8002 Regic | 09/12/2023 | 1,376.84 | | |
| | | | | | Property Insurance | 1,376.84 |
| Galleria 2425 Owner, LLC - 8002 | Comcast Business | 1023 | 09/12/2023 | 248.79 | | |
| | | | | | Telephone and Interr | 248.79 |

| Galleria 2425 Owner, LLC - 8002 | T & R Mechanical, Inc | 1024 | 09/14/2023 | 9,791.21 | | |
| | | | | | HVAC (Heat, Ventilat | 9,791.21 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 3774 | 09/14/2023 | 475.00 | | |
| | | | | | Water Treatment | 475.00 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 3774 | 09/14/2023 | 475.00 | | |
| | | | | | Water Treatment | 475.00 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 3774 | 09/14/2023 | 475.00 | | |
| | | | | | Water Treatment | 475.00 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | 1025 | 09/14/2023 | 3,611.22 | | |
| | | | | | Security Service | 3,611.22 |
| Galleria 2425 Owner, LLC - 8002 | Culligan of Houston | 1026 | 09/14/2023 | 63.56 | | |
| | | | | | Water | 49.49 |
| | | | | | Equipment Rental | 14.07 |
| Galleria 2425 Owner, LLC - 8002 | ADT Commercial | 1027 | 09/14/2023 | 81.19 | | |
| | | | | | Fire and Security Rep | 81.19 |
| Galleria 2425 Owner, LLC - 8002 | The Filter Man, LLC | 1028 | 09/15/2023 | 1,978.36 | | |
| | | | | | Fire Damage 2425 W | 1,978.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Octavio Carranza | 1029 | 09/15/2023 | 3,336.46 | General Maintenance | 3,336.46 |
| Galleria 2425 Owner, LLC - 8002 | Carlos Arroyo | 1030 | 09/15/2023 | 2,427.01 | General Maintenance | 2,427.01 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1031 | 09/15/2023 | 136.00 | General Maintenance | 136.00 |
| Galleria 2425 Owner, LLC - 8002 | U Plumb It | M/C | 09/15/2023 | 77.92 | Plumbing | 77.92 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1032 | 09/20/2023 | 510.00 | General Maintenance | 510.00 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1033 | 09/21/2023 | 1,200.00 | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Villa | 1034 | 09/21/2023 | 1,200.00 | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Cirro Energy | 8002 Regic | 09/22/2023 | 23,292.67 | Electricity | 23,292.67 |

| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1035 | 09/29/2023 | 1,147.50 | | |
|---|---|---|---|---|---|---|
| | | | | | General Maintenance | 1,147.50 |
| Galleria 2425 Owner, LLC - 8002 | Carlos Arroyo | 1036 | 09/29/2023 | 2,208.63 | | |
| | | | | | General Maintenance | 2,208.63 |
| Galleria 2425 Owner, LLC - 8002 | Octavio Carranza | 1037 | 09/29/2023 | 3,133.01 | | |
| | | | | | General Maintenance | 3,133.01 |
| Galleria 2425 Owner, LLC - 8002 | Datawatch Systems | 1042 | 09/30/2023 | 1,382.55 | | |
| | | | | | Fire and Security Mo | 1,382.55 |
| Galleria 2425 Owner, LLC - 8002 | Logix Fiber Networks | 1043 | 09/30/2023 | 315.80 | | |
| | | | | | Fire and Security Mo | 315.80 |
| Galleria 2425 Owner, LLC - 8002 | Meyerland Glass & Mirror Cc | 1044 | 09/30/2023 | 211.09 | | |
| | | | | | Interior Repairs | 211.09 |
| Galleria 2425 Owner, LLC - 8002 | Bank Fee | 8002 Regic | 09/30/2023 | 12.00 | | |
| | | | | | Bank Fees | 12.00 |
| Galleria 2425 Owner, LLC - 8002 | Ferguson Facilities Supply | 1038 | 10/02/2023 | 952.61 | | |
| | | | | | Janitorial Expense | 757.93 |
| | | | | | Janitorial Expense | 194.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Zindler Service Co, Inc | 1039 | 10/02/2023 | 2,110.88 | | |
| | | | | | Janitorial Expense | 2,110.88 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | 1041 | 10/02/2023 | 4,905.89 | | |
| | | | | | Security Service | 497.95 |
| | | | | | Security Service | 4,407.94 |
| Galleria 2425 Owner, LLC - 8002 | Carrillo's Flooring | 1045 | 10/02/2023 | 1,650.00 | | |
| | | | | | Flooring | 1,650.00 |
| Galleria 2425 Owner, LLC - 8002 | Acme Hardware | Octavio pai | 10/02/2023 | 42.22 | | |
| | | | | | Door, Locks, Signs | 42.22 |
| Galleria 2425 Owner, LLC - 8002 | Jetall Companies, Inc | 8002 Regic | 10/02/2023 | 19,395.87 | | |
| | | | | | Administrative | 19,395.87 |
| Galleria 2425 Owner, LLC - 8002 | Department of State Health : | 1046 | 10/04/2023 | 450.00 | | |
| | | | | | Licenses and Permits | 450.00 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Vill: | 1047 | 10/06/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1048 | 10/06/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | Applied to | 10/06/2023 | 712.78 | | |
| | | | | | Security Service | 712.78 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | Applied to | 10/06/2023 | 4,407.94 | | |
| | | | | | Security Service | 4,407.94 |
| Galleria 2425 Owner, LLC - 8002 | Culligan of Houston | 1049 | 10/10/2023 | 14.07 | | |
| | | | | | Equipment Rental | 14.07 |
| Galleria 2425 Owner, LLC - 8002 | TK Elevator Corporation | 1050 | 10/10/2023 | 3,542.25 | | |
| | | | | | Elevator Inspection a | 3,542.25 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 1051 | 10/10/2023 | 475.00 | | |
| | | | | | Water Treatment | 475.00 |
| Galleria 2425 Owner, LLC - 8002 | Ferguson Facilities Supply | 1052 | 10/10/2023 | 1,018.74 | | |
| | | | | | Janitorial Expense | 1,018.74 |
| Galleria 2425 Owner, LLC - 8002 | Datawatch Systems | 1053 | 10/10/2023 | 1,490.81 | | |
| | | | | | Fire and Security Mo | 1,490.81 |
| Galleria 2425 Owner, LLC - 8002 | ADT Commercial | 1054 | 10/10/2023 | 86.16 | | |
| | | | | | Fire and Security Mo | 86.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1055 | 10/11/2023 | 153.00 | | |
| | | | | | General Maintenance | 153.00 |
| Galleria 2425 Owner, LLC - 8002 | Prime Restoration | 1056 | 10/12/2023 | 4,000.00 | | |
| | | | | | Fire Damage 2425 W | 4,000.00 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1057 | 10/12/2023 | 1,504.50 | | |
| | | | | | General Maintenance | 1,504.50 |
| Galleria 2425 Owner, LLC - 8002 | Jetall Companies, Inc | 8002 Regio | 10/12/2023 | 19,395.87 | | |
| | | | | | Administrative | 19,395.87 |
| Galleria 2425 Owner, LLC - 8002 | Carlos Arroyo | 1058 | 10/13/2023 | 2,076.90 | | |
| | | | | | General Maintenance | 2,076.90 |
| Galleria 2425 Owner, LLC - 8002 | Octavio Carranza | 1059 | 10/13/2023 | 3,172.22 | | |
| | | | | | General Maintenance | 3,172.22 |
| Galleria 2425 Owner, LLC - 8002 | T & R Mechanical, Inc | 1060 | 10/18/2023 | 12,901.24 | | |
| | | | | | HVAC (Heat, Ventilat | 12,901.24 |
| Galleria 2425 Owner, LLC - 8002 | T & R Mechanical, Inc | 1061 | 10/18/2023 | 13,093.24 | | |
| | | | | | HVAC (Heat, Ventilat | 13,093.24 |

| Galleria 2425 Owner, LLC - 8002 | U.S. Trustees | 1062 | 10/19/2023 | 578.00 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Other | 578.00 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1063 | 10/20/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Vill; | 1064 | 10/20/2023 | 1,200.00 | | |
| | | | | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | City of Houston Water | 8002 Regio | 10/20/2023 | 9,511.72 | | |
| | | | | | Water | 9,511.72 |
| Galleria 2425 Owner, LLC - 8002 | RingCentral | 1065 | 10/23/2023 | 896.87 | | |
| | | | | | Telephone and Interr | 896.87 |
| Galleria 2425 Owner, LLC - 8002 | Cirro Energy | 8002 Regio | 10/23/2023 | 25,512.26 | | |
| | | | | | Electricity | 25,512.26 |
| Galleria 2425 Owner, LLC - 8002 | Smart Office Automation | 1066 | 10/23/2023 | 806.69 | | |
| | | | | | Equipment Rental | 806.69 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | 1067 | 10/23/2023 | 4,258.56 | | |
| | | | | | Security Service | 4,258.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Waste Management | 1068 | 10/23/2023 | 457.35 | | |
| | | | | | Waste Removal | 457.35 |
| Galleria 2425 Owner, LLC - 8002 | Logix Fiber Networks | 1069 | 10/23/2023 | 323.44 | | |
| | | | | | Fire and Security Mo | 323.44 |
| Galleria 2425 Owner, LLC - 8002 | Comcast Business | 1070 | 10/23/2023 | 249.05 | | |
| | | | | | Telephone and Interr | 249.05 |
| Galleria 2425 Owner, LLC - 8002 | Culligan of Houston | 1071 | 10/23/2023 | 50.57 | | |
| | | | | | Water | 50.57 |
| Galleria 2425 Owner, LLC - 8002 | Meyerland Glass & Mirror Cc | 1072 | 10/24/2023 | 211.09 | | |
| | | | | | Door, Locks, Signs | 211.09 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1073 | 10/25/2023 | 136.00 | | |
| | | | | | General Maintenance | 136.00 |
| Galleria 2425 Owner, LLC - 8002 | Colaco Engineers | 1074 | 10/30/2023 | 4,800.00 | | |
| | | | | | Fire Damage 2425 W | 4,800.00 |
| Galleria 2425 Owner, LLC - 8002 | Octavio Carranza | 1075 | 10/31/2023 | 3,194.97 | | |
| | | | | | General Maintenance | 3,194.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1076 | 10/31/2023 | 1,853.00 | | General Maintenance | 1,853.00 |
| Galleria 2425 Owner, LLC - 8002 | Carlos Arroyo | 1077 | 10/31/2023 | 2,722.30 | | General Maintenance | 2,722.30 |
| Galleria 2425 Owner, LLC - 8002 | Jetall Companies, Inc | 8002 Regic | 11/02/2023 | 19,395.87 | | Administrative | 19,395.87 |
| Galleria 2425 Owner, LLC - 8002 | Kings 111 Emergency Comn | 3774 | 11/02/2023 | 1,091.34 | | Fire and Security Mo | 1,091.34 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Vill; | 1078 | 11/03/2023 | 1,200.00 | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1079 | 11/03/2023 | 1,200.00 | | Janitorial Expense | 1,200.00 |
| Galleria 2425 Owner, LLC - 8002 | Goodman-Gable-Gould | 1080 | 11/06/2023 | 15,000.00 | | Fire Damage 2425 W | 15,000.00 |
| Galleria 2425 Owner, LLC - 8002 | ADT Commercial | 1081 | 11/06/2023 | 1,271.91 | | Fire Damage 2425 W | 1,271.91 |

| Galleria 2425 Owner, LLC - 8002 | Matias J Adrogue, PLLC | 8002 Regic | 11/06/2023 | 20,000.00 | Legal | 20,000.00 |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | City of Houston Water | 8002 Regic | 11/06/2023 | 7,891.67 | Water | 7,891.67 |
| Galleria 2425 Owner, LLC - 8002 | Hayward PLLC | 8002 Regic | 11/09/2023 | 20,000.00 | Legal | 20,000.00 |
| Galleria 2425 Owner, LLC - 8002 | Bay Area Pumps, Inc. | 1084 | 11/09/2023 | 811.88 | HVAC (Heat, Ventilat | 811.88 |
| Galleria 2425 Owner, LLC - 8002 | Bay Area Pumps, Inc. | 1085 | 11/09/2023 | 2,814.50 | HVAC (Heat, Ventilat | 2,814.50 |
| Galleria 2425 Owner, LLC - 8002 | VFS Global Services (USA), | 1086 | 11/09/2023 | 2,520.67 | Clearing Account | 2,520.67 |
| Galleria 2425 Owner, LLC - 8002 | VFS Global Services (USA), | 1087 | 11/09/2023 | 3,416.11 | Clearing Account | 3,416.11 |
| Galleria 2425 Owner, LLC - 8002 | Mueller Water Conditioning I | 8002 Regic | 11/09/2023 | 475.00 | Water Treatment | 475.00 |

| Galleria 2425 Owner, LLC - 8002 | Sign Age, Inc | 1088 | 11/09/2023 | 350.00 | | |
|---|---|---|---|---|---|---|
| | | | | | Door, Locks, Signs | 350.00 |
| Galleria 2425 Owner, LLC - 8002 | Ferguson Facilities Supply | 1089 | 11/13/2023 | 1,425.95 | | |
| | | | | | Janitorial Expense | 64.39 |
| | | | | | Janitorial Expense | 194.63 |
| | | | | | Janitorial Expense | 1,166.93 |
| Galleria 2425 Owner, LLC - 8002 | Passman & Jones | 8002 Regic | 11/15/2023 | 20,000.00 | | |
| | | | | | Legal | 20,000.00 |
| Galleria 2425 Owner, LLC - 8002 | Octavio Carranza | 1090 | 11/15/2023 | 3,192.50 | | |
| | | | | | General Maintenance | 3,192.50 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1091 | 11/15/2023 | 1,914.25 | | |
| | | | | | General Maintenance | 1,914.25 |
| Galleria 2425 Owner, LLC - 8002 | Carlos Arroyo | 1092 | 11/15/2023 | 2,487.81 | | |
| | | | | | General Maintenance | 2,487.81 |
| Galleria 2425 Owner, LLC - 8002 | Bowen, Miclette & Britt | 8002 Regic | 11/15/2023 | 1,885.57 | | |
| | | | | | Property Insurance | 1,885.57 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Vill | 1093 | 11/17/2023 | 1,320.00 | | |

| | | | | | Janitorial Expense | 1,320.00 |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1094 | 11/17/2023 | 1,320.00 | | |
| | | | | | Janitorial Expense | 1,320.00 |
| Galleria 2425 Owner, LLC - 8002 | Culligan of Houston | 1095 | 11/20/2023 | 117.39 | | |
| | | | | | Equipment Rental | 12.26 |
| | | | | | Water | 90.37 |
| | | | | | Equipment Rental | 14.76 |
| Galleria 2425 Owner, LLC - 8002 | Matias J Adrogue, PLLC | 8002 Regic | 11/20/2023 | 20,000.00 | | |
| | | | | | Legal | 20,000.00 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | 1096 | 11/20/2023 | 1,434.17 | | |
| | | | | | Security Service | 1,434.17 |
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | Applied to I | 11/20/2023 | 2,500.72 | | |
| | | | | | Security Service | 2,500.72 |
| Galleria 2425 Owner, LLC - 8002 | U.S. Trustees | 8002 Regic | 11/21/2023 | 134.00 | | |
| | | | | | Other | 134.00 |
| Galleria 2425 Owner, LLC - 8002 | Kathleen Miller | 1097 | 11/28/2023 | 1,530.00 | | |
| | | | | | Legal | 1,530.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Oasis Paychex | 8002 Regic | 11/29/2023 | 22,067.16 | Administrative | 22,067.16 |
| Galleria 2425 Owner, LLC - 8002 | Kathleen Miller | 1099 | 11/30/2023 | 1,631.71 | Legal | 1,631.71 |
| Galleria 2425 Owner, LLC - 8002 | Comcast Business | 1100 | 11/30/2023 | 259.10 | Telephone and Interr | 259.10 |
| Galleria 2425 Owner, LLC - 8002 | Maria Cristina Leos Rico | 1101 | 12/01/2023 | 1,320.00 | Janitorial Expense | 1,320.00 |
| Galleria 2425 Owner, LLC - 8002 | Nemecio Alfonso Garcia Vill: | 1102 | 12/01/2023 | 1,320.00 | Janitorial Expense | 1,320.00 |
| Galleria 2425 Owner, LLC - 8002 | Ricky Delarosa | 1103 | 12/04/2023 | 194.25 | General Maintenance | 194.25 |
| Galleria 2425 Owner, LLC - 8002 | RingCentral | 1104 | 12/04/2023 | 903.64 | Telephone and Interr | 903.64 |
| Galleria 2425 Owner, LLC - 8002 | Polk Mechanical Company L | 1105 | 12/04/2023 | 5,470.96 | HVAC (Heat, Ventilat | 5,470.96 |

| | | | | | |
|---|---|---|---|---|---|
| Galleria 2425 Owner, LLC - 8002 | Nationwide Investigation & S | Applied to | 12/04/2023 | 3,810.40 | |
| | | | | Security Service | 3,810.40 |

**Total**          **450,670.25**

| Payment made | | SOFA Exhibit 4 |
|---|---|---|
| | | |
| Date | Amount | Recipient |
| 1/26/23 | $5,000.00 | Jetall |
| 1/27/23 | $20,850.02 | Jetall |
| 2/2/23 | $4,000.00 | Jetall |
| 2/3/23 | $65,000.00 | Jetall |
| 2/24/23 | $15,000.00 | Jetall |
| 3/3/23 | $5,054.28 | Jetall |
| 3/29/23 | $5,096.15 | Jetall |
| 4/3/23 | $6,100.00 | Jetall |
| 4/12/23 | $5,096.15 | Jetall |
| 4/26/23 | $13,725.67 | Jetall |
| 4/27/23 | $1,750.00 | Jetall |
| 6/12/23 | $20,000.00 | Jetall |
| 6/13/23 | $10,195.56 | Jetall |
| 7/3/23 | $15,000.00 | Jetall |
| July to Nov | $19,395.87 | Jetall |
| 11/2/23 | $4,000.00 | Jetall |
| 11/8/23 | $20,000.00 | Jetall |
| 11/10/23 | $30,000.00 | Jetall |
| 11/13/23 | $25,000.00 | Jetall |
| 11/14/23 | $25,000.00 | Jetall |
| 11/17/23 | $4,000.00 | Jetall |
| 12/5/23 | $10,000.00 | Jetall |
| | | |
| | | |

## CourtAlert® Case Management

**From:**         BKECF_LiveDB@txs.uscourts.gov
**Sent:**           12/23/2023 2:31:54 PM
**To:**               BK_Notices@txsb.uscourts.gov
**Subject:**       23-34815 Schedule A/B

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from Reese W Baker entered on 12/23/2023 at 2:29 PM CST and filed on 12/23/2023
**Case Name:**       Galleria 2425 Owner, LLC
**Case Number:**    23-34815
**Document Number:** 70

**Docket Text:**
Schedule A/B: Property for Non-Individual *And Schedules D, E/F, G, H and Statement of Financial Affairs* (Filed By Galleria 2425 Owner, LLC ). (Attachments: # (1) Exhibit SOFA Exhibit 3 # (2) Exhibit SOFA Exhibit 4) (Baker, Reese)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**SchsDward[27].pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=12/23/2023] [FileNumber=49804372-0] [70dbb2058c11527b223bb741ced0b9046c7c1bf60dfd42185c2583b61c97e9b592 496e53949605d8672981e66035e359db508355e55eb0ede57351492e97090e]]
**Document description:**Exhibit SOFA Exhibit 3
**Original filename:**C:\fakepath\Payments in 90 days SOFA 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=12/23/2023] [FileNumber=49804372-1] [adc62647e6dda6d3a1e0f2bec19e848f9d1e5fe55fc135db0e706841f6a1f8b77a a514489d1cca2e354361d1bf1389180ba25bb77c1e9adc3157ec3061e49dba]]
**Document description:**Exhibit SOFA Exhibit 4
**Original filename:**C:\fakepath\PaymentsGalleria2425 Owner.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=996787432 [Date=12/23/2023] [FileNumber=49804372-2] [2fd7d043fd31579f05b74d3da0923d0fbe22ebb28365d04438fd970d62a8c1af76 b793119df8478aec071a8e5115919601e09a759bf5aac5ca1ee594430e20cf]]

**23-34815 Notice will be electronically mailed to:**

Reese W Baker on behalf of Debtor Galleria 2425 Owner, LLC
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakera ssociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;b akerassociates@jubileebk.net

Reese W Baker on behalf of Plaintiff Galleria 2425 Owner LLC
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakera ssociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;b akerassociates@jubileebk.net

Charles Clayton Conrad on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Charles Clayton Conrad on behalf of Defendant National Bank of Kuwait, S.A.K.P., New York Branch
charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Rodney Lee Drinnon on behalf of Creditor Rodney Drinnon
rdrinnon@mccathernlaw.com,
eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester @mccathernlaw.com

Rodney Lee Drinnon on behalf of Defendant Azeemeh Zaheer
rdrinnon@mccathernlaw.com,
eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester @mccathernlaw.com

Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Property Tax Division
taxbankruptcy.cao@harriscountytx.gov

Tara L Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

James Robert MacNaughton on behalf of Creditor 2425 West Loop, LLC

robert@porterpowers.com

D. Hunter Polvi on behalf of Plaintiff Naissance Galleria, LLC
polvih@passmanjones.com

James Q. Pope on behalf of Debtor Galleria 2425 Owner, LLC
ecf@thepopelawfirm.com, ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

James Q. Pope on behalf of Plaintiff Galleria 2425 Owner LLC
ecf@thepopelawfirm.com, ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

James Q. Pope on behalf of Plaintiff Naissance Galleria, LLC
ecf@thepopelawfirm.com, ecfigotnotices@gmail.com;jpope@jubileebk.net;ecf@casedriver.com

Stephen Wayne Sather on behalf of Creditor 2425 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;padair@bn-lawyers.com;sfarronay@bn-lawyers.com

Howard Marc Spector on behalf of Creditor CC2 TX, LLC
hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Ryan Steinbrunner on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
ryan.steinbrunner@pillsburylaw.com

David W Tang on behalf of Defendant Azeemeh Zaheer
airtang@gmail.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

**23-34815 Notice will not be electronically mailed to:**

Jennifer MacGeorge on behalf of Plaintiff Naissance Galleria, LLC
MacGeorge Law Firm, PLLC
1001 West Loop S. Suite 700
Houston, TX 77027