# **EXHIBIT 10-C**

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION
     In re                        )  CASE NO: 23-34815 (JPN)
 3                                 )
     GALLERIA 2425 Owner, LLC,     )  Houston, Texas
 4                                 )
              Debtor.              )  Monday, July 8, 2024
 5                                 )
                                   )  11:10 a.m. to 11:17 a.m.
 6   ------------------------------)

 7
                                HEARING
 8
             BEFORE THE HONORABLE JEFFREY P. NORMAN
 9                UNITED STATES BANKRUPTCY JUDGE
     APPEARANCES:
10
     For Debtor:              REESE W. BAKER
11                            Baker & Associates
                              950 Echo Lane, Suite 300
12                            Houston, TX 77024

13   For 2425 WL, LLC:        H. GRAY BURKS, IV
                              BurksBaker, PLLC
14                            950 Echo Lane, Suite 300
                              Houston, TX 77024
15
                              STEPHEN SATHER
16                            Barron & Newburger, P.C.
                              7320 North Mopac Expressway
17                            Suite 400
                              Austin, TX 78731
18
     For the Trustee:         R.J. SHANNON
19                            Shannon & Lee LLP
                              2100 Travis Street, Suite 1525
20                            Houston, TX 77002

21   For QB Loop Property:    SIMON RICHARD MAYER
                              Locke Lord LLP
22                            600 Travis, Suite 2800
                              Houston, TX 77002
23
     For Sonder USA:          BROOCKS WILSON
24                            Kean Miller LLP
                              711 Louisiana Street, Suite 1800
25                            Houston, TX 77002
```

```
 1    For RGN:                    MICHELLE E. SHRIRO
                                  Singer & Levick PC
 2                                16200 Addison Road, Suite 140
                                  Addison, TX 75001
 3
      For National Bank of        ANDREW M. TROOP
 4    Kuwait:                     PATRICK E. FITZMAURICE
                                  Pillsbury Winthrop Shaw Pittman
 5                                31 West 52nd Street
                                  New York, NY 10019-6131
 6
      Court Reporter:             UNKNOWN
 7
      Courtroom Deputy:           UNKNOWN
 8
      Transcribed by:             Veritext Legal Solutions
 9                                330 Old Country Road, Suite 300
                                  Mineola, NY 11501
10                                Tel: 800-727-6396

11
      Proceedings recorded by electronic sound recording;
12    Transcript produced by transcription service.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1           HOUSTON, TEXAS; MONDAY JULY 8, 2024; 11:10 AM
 2                           (Call to Order)
 3           THE COURT:  All right, good morning.  It's 9:00
 4   and we're on the record for July 8, 2024.  I appreciate
 5   everyone attending given the storm.  I have power currently.
 6   If it goes out, we may get disconnected but a generator
 7   should kick back in if we have any problems.  So, let me go
 8   ahead and call Galleria 2425 Owner, LLC, 23-34815.
 9   Appearances, please.
10           MR SHANNON:  Good morning, Your Honor.  RJ Shannon
11   on behalf of the Trustee, Christopher Murray, who is also on
12   the line.
13           THE COURT:  Thank you, Mr. Shannon.
14           MR. MAYER:  Good morning, Your Honor.  Simon
15   Mayer, M-A-Y-E-R, on behalf of QB Loop Property, LP, the
16   proposed buyer.  And my client, Mr. --
17           THE COURT:  Thank you, Mr. Mayer.
18           MR. MAYER:  My client, Mr. Anwar Qadeer, has
19   called in.  He's lost power so he's not able to appear by
20   video, but he should be on the line.
21           THE COURT:  Thank you.
22           MR. WILSON:  Good morning, Your Honor.  Mack
23   Wilson for Sonder USA, Inc.
24           THE COURT:  Thank you, Mr. Wilson.
25           MR. BAKER:  Your Honor, Reese Baker on behalf of
```

1  Galleria 2425 Owner.  I can -- I have no internet; I can
2  only appear on the telephone.
3           THE COURT:  That's fine and we'll get to that in
4  just a few seconds, thank you.
5           MS. SHRIRO:  Good morning, Michelle Shriro on
6  behalf of the RGN Entities.
7           THE COURT:  Thank you.
8           MR. TROOP:  Your Honor, Andrew Troop, and Patrick
9  Fitzmaurice on behalf of National Bank of Kuwait.
10          THE COURT:  Thank you, sir.
11          MR. SATHER:  Stephen Sather, on behalf of 2425 WL,
12  LLC and Gray Burks is appearing as well.
13          THE COURT:  All right, thank you.  All right, I
14  think that is everyone.  Mr. Mayer just lost power, so it
15  looks like his went out.  All right, so --
16          MR. MAYER:  Yes, I did.
17          MR. QADEER:  Yeah, this is Anwar Qadeer from QB
18  Loop, my light's also off.  I'm on the phone.
19          THE COURT:  That's fine, sir, you don't need to
20  make an appearance right now.  I appreciate you being on the
21  line though.  Okay, thank you.
22          MR. QADEER:  Thank you.
23          THE COURT:  All right, let me go first to Mr.
24  Shannon.  Obviously, given the weather and the closing of
25  the courthouse, I want to make sure that both you and the

1  trustee are comfortable with going forward.  Mr.
2  MacNaughton, do you want to make an appearance on this case,
3  you just appeared on my screen?
4              MR. MACNAUGHTON:  Yes, sir, Your Honor, on behalf
5  of 2425 West Loop, LLC, a tenant.
6              THE COURT:  All right, thank you very much.  All
7  right, Mr. Shannon, are you comfortable going forward given
8  the courthouse closing and where we are currently with the
9  weather and the fact that no one or there may be parties who
10 cannot appear given lack of power, lack of internet?
11             MR. SHANNON:  Thank you, Your Honor.  Again, RJ
12 Shannon of behalf of the Trustee for the record.  I am, the
13 Trustee is happy to go forward today.  I'll point out,
14 Judge, that there has not been any objections to the sale
15 that was filed.  There are no objections to the actual sale
16 to QB Loop.
17             Now, there has been some comments to the proposed
18 order.  Most recently, just a few minutes ago, about 15
19 minutes ago I filed an updated revised proposed order
20 addressing a few of those comments.  But I do not believe
21 there is going to be any objection to the entry of the
22 revised proposed order at Docket Number 606-1.
23             THE COURT:  All right, let me see, let me up -- I
24 reviewed the one that you had filed earlier.  I don't know
25 if you can hear the wind and noise in the background.  I

1    apologize if you can.  All right, I have in front of me ECF
2    606 which is the notice of revised pro-order.  Bear with me
3    for one second.
4            MR. SHANNON:  And Judge, ECF 606-2 has the redline
5    showing the changes.  And it's just the page -- it just the
6    changes from the version filed last night.
7            THE COURT:  All right.  So, let me ask the parties
8    since I just saw this that probably means that other parties
9    have just seen it.  This was filed apparently this morning.
10   I have not reviewed it, have all the parties on the line who
11   have interest in reviewing the order, the proposed order,
12   which is I think at ECF 606-1 had an opportunity to review
13   that order?
14           MR. BAKER:  Your Honor, this is Reese Baker, I
15   have not.  I have no internet, so I have not been able to
16   access this yet, at this point and time.
17           THE COURT:  Mr. Baker, your client is well
18   represented today.  I mean, there are multiple parties who
19   are here representing 2425 West Loop.  So, Mr. Sather, I
20   think, can step into that void if you have a problem.
21           MR. MACNAUGHTON:  Your Honor, this is Robert
22   MacNaughton.  I just had the power go out and I was just
23   looking at the plan or the amended order, excuse me, and I
24   have not had a chance to see it.
25           THE COURT:  All right.  Mr. Shannon, I'm happy to

1  sign a revised form of order as soon as everyone has had a
2  chance to review it and there aren't any objections.  But
3  given the weather today, that may not be possible for all of
4  the parties who are present.  I'm assuming that this storm's
5  going to pass through and that hopefully everyone gets their
6  power back.  May I make a suggestion that we adjourn until
7  2:00 p.m. today and see if everyone can review that order?
8  If they have no objections, I'm happy to sign it at that
9  point and time.
10         MR. SHANNON:  Obviously, Your Honor, that makes
11  sense to us.  It sounds like you're not going to sign it
12  otherwise, so that works for me and the Trustee, I believe.
13         THE COURT:  All right.  So, let's do this.  I'm
14  going to adjourn hearing until 2:00 p.m. today, ask everyone
15  to attempt to review the revised order which is at 606-1.
16  Assuming that there aren't any objections, and everyone is
17  happy with that language, I'm happy to sign that order at
18  2:00 and put this matter to bed.  If there are objections,
19  I'll hear them at 2:00 p.m. today, okay?  Thank you all for
20  appearing and stay high and dry.
21         ALL:  Thank you, Your Honor.
22         THE COURT:  Thank you.
23         MR. SHANNON:  Thank you, may I be excused?
24         THE COURT:  You may
25     (Proceedings adjourned at 11:17 a.m.)

```
 1                   C E R T I F I C A T I O N

 2

 3       I, Sonya Ledanski Hyde, certified that the foregoing

 4   transcript is a true and accurate record of the proceedings.

 5

 6   [signature: Sonya M. Ledanski Hyde]

 7

 8   Sonya Ledanski Hyde

 9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date  August 15, 2024
```