IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| GALLERIA 2425 Owner, LLC | §   Case No. 23-34815 (JPN) |
| | § |
| Debtor. | §   Chapter 11 |
| | § |
| | § |

**EXHIBIT LIST FOR DECEMBER 5, 2024 EMERGENCY HEARING ON EMERGENCY MOTION TO ENFORCE SALE ORDER AND MOTION FOR CONTINUANCE**

Jetall Companies, Inc. and 2425 WL, LLC file this Witness and Exhibit List for the emergency hearing to be held December 5, 2024 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on (1) NBK's (Renewed) Emergency Motion to Enforce Sale Order (Jetall Companies, Inc.) (ECF No. 838) and (2) NBK's Second Emergency Motion to Enforce Sale Order (2425 WL, LLC) (ECF No. 839).

### WITNESS LIST

Jetall Companies, Inc. and 2425 WL, LLC may call the following witnesses at the Hearing:

1. Any witness called by any other party.

2. Any witness necessary to rebut the testimony of any witness designated by another party.

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 1. | Affidavit of Marc Hill; ECF No. 825-1 | | | | |
| 1-A. | Defendant Jetall Companies, Inc. First Amended and Supplemental Answer to Plaintiff's Petition ECF No. 825-2 | | | | |
| 1-B. | Notice to Vacate Letter dated November 18k, 2024; ECF No. 825-3 | | | | |
| 2. | Order of Disqualification in Case No. 241100353166; ECF No. 825-4 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3. | Motion Hearing Transcript dated November 13, 2024, No. 4:24-cv-3224 (S.D. Tex.); ECF No. 825-5 | | | | |
| 4. | Order Remanding Adversary Proceeding, No. 24-03224 (Bankr. S.D. Tex.) | | | | |
| 5. | Jetall Companies, Inc. Lease Agreement dated May 13, 2024 | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

## RESERVATION OF RIGHTS

Jetall Companies, Inc. reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List before the Hearing.

DATED: December 4, 2024                    Respectfully submitted,

*/s/ J. Carl Cecere*
**J. Carl Cecere**
Texas Bar No. 24050397
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, Texas 75206
Tel:  469-600-9455
ccecere@cecerepc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 4, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, and via email to those listed below.

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman LLC
Main Street Suite 2000
Houston, TX 77002
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com -

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman LLC
31 West 52nd Street New York, NY 10019-6131 Telephone: (212) 858-1000 Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*/s/ J. Carl Cecere*
**J. Carl Cecere**