# EXHIBIT 4

effectiveness of this Order.

5. It is ordered that the remanded proceedings may not be again removed in violation of Bankruptcy Rule 9027.

Signed: December 02, 2024

_____
Marvin Isgur
United States Bankruptcy Judge