IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GALLERIA 2425 Owner, LLC | § | Case No. 23-34815 (JPN) |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

### SUPPLEMENT TO EXHIBIT LIST FOR DECEMBER 5, 2024 EMERGENCY HEARING ON NBK'S EMERGENCY MOTIONS TO ENFORCE SALE ORDER
(Related to ECF No. 838 and ECF No. 839 and ECF No. 846)

National Bank of Kuwait, S.A.K.P., New York Branch ("NBK") and Houston 2425 Galleria, LLC ("NBK's Assignee"), file this Supplement to Exhibit List for the emergency hearing to be held December 5, 2024 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on (1) NBK's (Renewed) Emergency Motion to Enforce Sale Order (Jetall Companies, Inc.) (ECF No. 838) and (2) NBK's Second Emergency Motion to Enforce Sale Order (2425 WL, LLC) (ECF No. 839).

### SUPPLEMENT TO EXHIBIT LIST

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 16. | Amended Order of Disqualification, signed December 4, 2024, Cause No. 241100353166, Justice of the Peace, Harris County, Texas, Precinct 1 Place 1, *Houston 2425 Galleria, LLC v. Jetall Companies, Inc.* | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

## RESERVATION OF RIGHTS

NBK and NBK's Assignee reserve the right to call or to introduce one or more, or none, of their witnesses and exhibits, and further reserve the right to supplement their Witness and Exhibit List before the Hearing.

DATED: December 4, 2024	**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Charles C. Conrad*
Charles C. Conrad
Texas Bar No. 24040721
Ryan Steinbrunner
Texas Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

- and -

Andrew M. Troop
Massachusetts Bar No. MA547179
Patrick E. Fitzmaurice*
Kwame O. Akuffo*
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*Admitted *pro hac vice*

**Counsel for National Bank of Kuwait, S.A.K.P., New York Branch**