IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| GALLERIA 2425 Owner, LLC | § § | Case No. 23-34815 (JPN) |
| Debtor. | § § § | Chapter 11 |

**SUPPLEMENTAL WITNESS AND EXHIBIT LIST FOR DECEMBER 5, 2024 EMERGENCY HEARING**

Jetall Companies, Inc. and 2425 WL, LLC file this Supplemental Witness and Exhibit List for the emergency hearing to be held December 5, 2024 at 9:00 a.m. (prevailing Central Time) (the "Hearing") on (1) NBK's (Renewed) Emergency Motion to Enforce Sale Order (Jetall Companies, Inc.) (ECF No. 838) and (2) NBK's Second Emergency Motion to Enforce Sale Order (2425 WL, LLC) (ECF No. 839).

**SUPPLEMENTAL WITNESSES**

In addition to the Exhibits and Witnesses listed in their initial Witness and Exhibit List (Dkt. No. 847) Jetall Companies, Inc. and 2425 WL, LLC may call the following witnesses at the Hearing:

1. Marc Hill
2. Charles C. Contrad.

Jetall Companies, Inc. and 2425 WL, LLC also designate the following supplemental exhibits for the Hearing:

| Exhibit | Description | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|
| Supp. 1 | Plaintiff's Emergency Motion for Clarification of Order of Disqualification, Cause No. 241100353166 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Supp. 2 | Plaintiff Houston 2425 Galleria, LLC's Emergency Motion for Hearing on Its Emergency Motion for Clarification of Order of Disqualification, Cause No. 241100353166 | | | | |
| Supp. 3 | Amended Order of Disqualification in Case No. 241100353166 | | | | |
| Supp. 4 | Correspondence dated December 4, 2024 | | | | |

## RESERVATION OF RIGHTS

Jetall Companies, Inc. reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List before the Hearing.

DATED: December 4, 2024        Respectfully submitted,

/s/ J. Carl Cecere

J. Carl Cecere
Texas Bar No. 24050397
(admitted pro hac vice)
CECERE PC
6035 McCommas Blvd.
Dallas, Texas 75206
Tel: 469-600-9455
ccecere@cecerepc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 4, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, and via email to those listed below..

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman LLC
Main Street Suite 2000
Houston, TX 77002
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com -

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman LLC
31 West 52nd Street New York, NY 10019-6131 Telephone: (212) 858-1000 Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*/s/ J. Carl Cecere*
**J. Carl Cecere**