SUPP 2

CAUSE NO. 241100353166

| | | |
|---|---|---|
| **HOUSTON 2425 GALLERIA, LLC**<br>*Plaintiff* | § § § § | **JUSTICE OF THE PEACE** |
| v. | § § § | **HARRIS COUNTY, TEXAS** |
| **JETALL COMPANIES, INC.**<br>*Defendant* | § § § | **PRECINCT 1, PLACE 1** |

### PLAINTIFF HOUSTON 2425 GALLERIA, LLC'S EMERGENCY MOTION FOR HEARING ON ITS EMERGENCY MOTION FOR CLARIFICATION OF ORDER OF DISQUALIFICATION

Plaintiff Houston 2425 Galleria, LLC ("Plaintiff") files this Emergency Motion for Hearing on its Emergency Motion for Clarification of Order of Disqualification, and respectfully states as follows:

1. On October 29, 2024, Judge Rendon granted an Order of Disqualification.

2. For the reasons outlined in Plaintiff's Emergency Motion for Clarification of Order of Disqualification, Plaintiff seeks emergency relief and an expedited hearing on this matter.

### PRAYER

For these reasons, Plaintiff respectfully requests the Court schedule an immediate hearing to consider Plaintiff's Emergency Motion for Clarification of Order of Disqualification, filed on November 22, 2024, and for all other relief at law or in equity to which Plaintiff may be justly entitled.

Dated: November 22, 2024.

Respectfully submitted,

LIGHTFOOT, FRANKLIN AND WHITE, LLC

By: _____
Jared I. Levinthal
Texas Bar No. 24002467
levinthal@lightfootlaw.com
Robert A. Wilkins
Texas Bar No. 24033343
rwilkins@lightfootlaw.com
Grant A. Bryan
Texas Bar No. 24087228
gbryan@lightfootlaw.com
1885 Saint James Place, Suite 1150
Houston, Texas 77056
(713) 960-1488 Telephone
(713) 960-8991 Facsimile

**ATTORNEYS FOR PLAINTIFF
HOUSTON 2425 GALLERIA, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent in compliance with the Texas Rules of Civil Procedure on this the 22nd day of November 2024, via electronic filing to all counselors of record, which include:

J. Marcus Hill
HILL & HILL, P.C.
1770 St. James Street, Suite 440
Houston, Texas 77056
(713) 688-6318 Telephone
(713) 688-2817 Facsimile
Email: marc@hillpclaw.com

Carl Cecere
CECERE PC
6035 McComas Blvd.
Dallas, Texas 75206
(469) 600 9455
Email: ccecere@cecerepc.com

Jared I. Levinthal

CAUSE NO. 241100353166

| | | |
|---|---|---|
| **HOUSTON 2425 GALLERIA, LLC**<br>*Plaintiff*<br><br>v.<br><br>**JETALL COMPANIES, INC.**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JUSTICE OF THE PEACE**<br><br>**HARRIS COUNTY, TEXAS**<br><br>**PRECINCT 1, PLACE 1** |

## ORDER GRANTING EMERGENCY MOTION FOR HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR CLARIFICATION OF ORDER OF DISQUALIFICATION

Pending before the Court in the above-captioned cause is *Plaintiff Houston 2425 Galleria, LLC's Emergency Motion for Hearing on its Emergency Motion for Clarification of Order of Disqualification.* The Court, having considered the Motion, and the applicable law, finds that the Motion should be granted.

IT IS THEREFORE:

ORDERED that *Plaintiff Houston 2425 Galleria, LLC's Emergency Motion for Hearing on its Emergency Motion for Clarification of Order of Disqualification* is **GRANTED**.

IT IS FURTHER ORDRED the emergency hearing will be set for the following:

Date:_____

Time: _____

Location:_____


Signed on _____, 2024.

_____
JUDGE PRESIDING

1

# ProDoc eFiling 2

Log Out

logged in as nsanchez@lightfootlaw.com

| Home | Submit Filing | Submit eService | My Filings | My Cases | My eServices | Firm Management | Resources |

**Filing Progress**

🖨 Print Page

1. Case Information
2. Upload Documents
3. eService
4. Review
5. Process
6. Acknowledgement

**Start a New Filing**

## Proof of Submission

**Your submission was successful!** Your trace number is **94632145**. The details of your filing are shown below.

You can monitor the status of this submission by clicking here.

The date and time below will be the official timestamp when this filing is accepted by the clerk.

### Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, November 22, 2024 | 3:56:10 PM |

| Fee | Est.Amount | Payment Information | |
|---|---|---|---|
| **ProDoc, Inc. Fees** | | **Account Name:** LFW | |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card | |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA | |
| **Court Fees** | | **Card Number:** XXXX XXXX XXXX 4359 | |
| | | **Card Expiration Date:** 02/2027 | |
| **The State eFiling System Processing Fees** | | **Transaction Amount:** $4.25 | |
| Convenience Fee | $1.00 | **Transaction Status:** | |
| **Envelope Total:** | $4.25 | **Transaction ID:** 139466864 | |
| | | **Transaction Order ID:** 094632145-0 | |

| Personal Information | Envelope Information | |
|---|---|---|
| **Filer:** Natalie A. Sanchez | **Case Title:** Houston 2425 Galleria LLC vs. JETALL COMPANIES INC | **Plaintiff(s):** Houston 2425 Galleria LLC |
| **Attorney:** Jared Levinthal | **Sealed Case:** No | |
| **Firm or Organization:** Lightfoot Franklin & White, LLC | **Court Name:** Harris County - JP - Precinct 1, Place 1 | **Defendant(s):** JETALL COMPANIES INC |
| **Bar Number:** 24002467 | **Case Category:** Civil - Real Property | |
| **Address:** 1885 Saint James Place Houston, TX 77056 | **Case Type:** Eviction | **Registered Agent(s):** Legal Registered Agent Services Inc |
| **Phone:** 713-960-1488 | **Cause Number:** 241100353166 | |

### Service Recipients

**eService**

| Document Information | |
|---|---|
| **Reference Number:** | 10406.00001 (JETALL) |
| **Comments For Clerk:** | |

**Motion Filed**

**Lead Document:**
📄 Plaintiff's Emergency Motion for Hearing.pdf [Does not contain sensitive data]

**Document Description:** Plaintiff's Emergency Motion for Hearing.pdf

**Attachments:**

» J. Marcus Hill        Marc@Hillpclaw.com
» Farley Grissett       fgrissett@gmail.com
» James Minerve         jgm@minervelaw.com
» Jared Levinthal       levinthal@lightfootlaw.com
» Natalie Sanchez       nsanchez@lightfootlaw.com
» Taylor Leger          tleger@jw.com
» Grant Bryan           gbryan@lightfootlaw.com
» Chevazz Brown         cgbrown@jw.com
» Robert Wilkins        rwilkins@lightfootlaw.com
» Carl Cecere           ccecere@cecerepc.com

Proposed Order.pdf [**Does not contain sensitive data**]

**Document Description:** Proposed Order.pdf

Clerk Letter.pdf [**Does not contain sensitive data**]

**Document Description:** Clerk Letter.pdf

**Bookmark This Page**     **Privacy Policy**     **Contact Us**

This site and all contents Copyright ©2003-2024 Thomson Reuters. All rights reserved.



**Jared I. Levinthal**
Partner
Lightfoot, Franklin & White LLC
(713) 960-1488 Telephone
(713) 960-8991 Facsimile
levinthal@lightfootlaw.com

November 22, 2024

***Via E-File:***
JUDGE ERIC WILLIAM CARTER
HARRIS COUNTY JUSTICE OF THE PEACE
PRECINCT 1, PLACE 1
Clerk of the Court
7300 North Shepherd Drive
Houston, Texas 77091

Re:   Cause No. 241100353166; ***Houston 2425 Galleria, LLC v. JETALL Companies, Inc.***; In the Justice of the Peace, Precinct 1, Place 1 of Harris County, Texas

Dear Clerk:

Attached please find the following:

- ***Plaintiff Houston 2425 Galleria, LLC's Emergency Motion for Hearing on its Emergency Motion for Clarification of Order of Disqualification; and***

- ***Proposed Order.***

If you have any questions or require additional information, please do not hesitate to contact our office. Thank you for your courtesy in these matters.

Respectfully,

Jared I. Levinthal

JIL/nas
Attachments

cc:   ***Via E-Service:***
J. Marcus Hill
HILL & HILL, P.C.
1770 St. James Street, Suite 440
Houston, Texas 77056

1885 Saint James Place   |   Suite 1150   |   Houston, TX 77056   |   lightfootlaw.com
BIRMINGHAM   |   HOUSTON

JUDGE ERIC WILLIAM CARTER
HARRIS COUNTY JUSTICE OF THE PEACE
PRECINCT 1, PLACE 1
Clerk of the Court
November 22, 2024
Page 2

### *Via E-Service:*
Carl Cecere
CECERE PC
6035 McComas Blvd.
Dallas, Texas 75206