**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: § § | |
| **GALLERIA 2425 Owner, LLC** § § | Case No. 23-34815 (JPN) |
| Debtor. § § § | Chapter 11 |

**JETALL COMPANIES, INC.'S SUGGESTION OF BANKRUPTCY**

**To the Honorable Court:**

Please take notice that on December 4, 2024, at 9:12 p.m., an Involuntary Chapter 11 Bankruptcy Petition was filed against Jetall Companies, Inc. in the United States Bankruptcy Court for the Western District of Texas, Austin Division. A copy of the petition is attached as **Exhibit 1.**

DATED: December 5, 2024                Respectfully submitted,

/s/ *J. Carl Cecere*

J. Carl Cecere
Texas Bar No 24050397
(admitted pro hac vice)
CECERE PC
6035 McCommas Blvd.
Dallas, Texas 75206
Tel: 469-600-9455
ccecere@cecerepc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 5, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, and via email to those listed below..

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman LLC
Main Street Suite 2000
Houston, TX 77002
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com -

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman LLC
31 West 52nd Street New York, NY 10019-6131 Telephone: (212) 858-1000 Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*/s/ J. Carl Cecere*
**J. Carl Cecere**