United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** § | |
| § | |
| Debtor. § | |
| § | **CHAPTER 11** |

## ORDER ABATING RULING

Before the Court is NBK's (Renewed) Emergency Motion to Enforce Sale Order against Jetall Companies, Inc. (ECF No. 838) and NBK's Second Emergency Motion to Enforce Sale Order against 2425 WL, LLC (ECF No. 839). The Court set the two matters for hearing on December 5, 2024. A combined response was filed by 2425 WL, LLC and Jetall Companies, Inc. (ECF No. 848) and a Supplement and Reply was filed by NBK (ECF No. 849). Prior to the hearing, an involuntary petition under Chapter 11 was filed by Petitioning Creditor EAO Global, LLC, pro se, against Jetall Companies, under Case No. 24-11544 in the Western District of Texas, Austin Division. The hearing was held, the Court took the two motions under advisement, and advised the parties that it would request the transfer of the involuntary petition to the Southern District of Texas. Based on a pending transfer of that case, this Court abates a ruling on the Emergency Motion to Enforce Sale Order and NBK's Second Emergency Motion to Enforce Sale Order. **The Court expects an expedited ruling when the case transfer is complete.**

**THEREFORE, IT IS ORDERED** that a ruling on the motions is abated.

SIGNED 12/05/2024

_____
Jeffrey Norman
United States Bankruptcy Judge