United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| GALLERIA 2425 OWNER, LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER VACATING ABATEMENT

The Court vacates the Order Abating Ruling (ECF 856). The involuntary bankruptcy case of Jetall Companies (Case No. 24-11544, Western District of Texas (Austin)) has by order signed by United States Bankruptcy Judge Christopher Bradly been transferred to this Court on December 6, 2024. Upon the opening of an appropriate case in the Southern District of Texas by the Clerk of Court the Court will issue appropriate orders on both pending motions (ECF No. 838 and 839).

**SO ORDERED.**

SIGNED 12/06/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

1 / 1