THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | | Case No. 23-34815 |
| Debtor. | | |

### NOTICE OF APPEAL

Notice is hereby given that creditors and real parties in interest Jetall Companies, Inc. and 2425 WL, LLC ("Appellants") appeal to the United States District Court for the Southern District of Texas from the following orders:

a. the Memorandum Opinion dated December 6, 2024 (Dkt. No. 870), attached as **Exhibit 1**;

b. the Order Granting NBK's Emergency (Renewed) Motion to Enforce Sale Order and Requiring Jetall Companies, Inc. to Vacate Property dated December 6, 2024 (Dkt. No. 871), attached as **Exhibit 2**; and

c. the Order Releasing Deed of Trust Instrument No. RP-2021-258619 dated December 6, 2024 (Dkt. No. 872), attached as **Exhibit 3.**

Jetall Companies, Inc. and 2425 WL, LLC are creditors and real-parties-in-interest in this bankruptcy case.

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| Galleria 2425 Owner, LLC<br><br>*Debtor* | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024<br>713-869-9200<br>Fax : 713-869-9100<br>courtdocs@bakerassociates.net<br><br>James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036<br>713-449-4481<br>ecf@thepopelawfirm.com<br><br>Jeffrey W Steidley<br>Steidley Law Firm<br>3000 Weslayan<br>Ste 200<br>Houston, TX 77027<br>713-523-9595<br>Jeff@texlaw.us |

| | |
|---|---|
| Christopher R Murray,<br><br>*Trustee* | **Christopher R Murray**<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007<br>832-529-1999<br>Fax : 832-529-3393<br>chris@jonesmurray.com<br><br>**R. J. Shannon**<br>**Kyung Shik Lee**<br>Shannon & Lee LLP<br>2100 Travis Street, STE 1525<br>Houston, TX 77002<br>713-714-5770<br>rshannon@shannonleellp.com<br>klee@shannonleellp.com |
| National Bank of Kuwait-New York Branch<br><br>*Plan proponent* | Charles C. Conrad<br>Ryan Steinbrunner<br>609 Main Street Suite 2000<br>Houston, TX 77002<br>Telephone: (713) 276-7600<br>Facsimile: (713) 276-7634<br>charles.conrad@pillsburylaw.com<br>ryan.steinbrunner@pillsburylaw.com<br><br>Andrew M. Troop<br>Patrick E. Fitzmaurice<br> Kwame O. Akuffo<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>andrew.troop@pillsburylaw.com<br>patrick.fitzmaurice@pillsburylaw.com |

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
State Bar No. 13268300
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX 75206
Telephone: 469-600-9455

*Attorney for 2425 WL, LLC and Ali Choudhri*

4

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

Christopher R Murray
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007
832-529-1999
Fax : 832-529-3393
chris@jonesmurray.com

Charles C. Conrad
Ryan Steinbrunner
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

R. J. Shannon
Shannon & Lee LLP
2100 Travis Street, STE 1525
Houston, TX 77002
713-714-5770
rshannon@shannonleellp.com

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com

Kyung Shik Lee
Shannon and Lee LLP
2100 Travis St.
Ste 1525
Houston, TX 77002
713-301-4751
klee@shannonleellp.com

Reese W Baker
Baker & Associates
950 Echo Lane
Suite 300
Houston, TX 77024
713-869-9200
Fax : 713-869-9100
courtdocs@bakerassociates.net

| | |
|---|---|
| James Q. Pope<br>The Pope Law Firm<br>6161 Savoy Drive<br>Ste 1125<br>Houston, TX 77036<br>713-449-4481<br>ecf@thepopelawfirm.com | Jeffrey W Steidley<br>Steidley Law Firm<br>3000 Weslayan<br>Ste 200<br>Houston, TX 77027<br>713-523-9595<br>Jeff@texlaw.us |

*/s/ J. Carl Cecere*

**J. Carl Cecere**