# EXHIBIT 12

CAUSE NO. 241100353166

| | | |
|---|---|---|
| **HOUSTON 2425 GALLERIA, LLC** *Plaintiff,* | § § § | **JUSTICE OF THE PEACE** |
| v. | § § § | **HARRIS COUNTY, TEXAS** |
| **JETALL COMPANIES, INC.** *Defendant.* | § § § § | **PRECINCT 1 PLACE 1** |

## AMENDED ORDER OF DISQUALIFICATION

After considering the briefs and authorities cited to the Court, the arguments of counsel, the evidence presented at the October 29, 2024 hearing on Defendant's motion to disqualify (the "Hearing"), and the Motion for Clarification filed by Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury"), the Court makes the following findings:

1.) That an attorney-client relationship has existed between the Jackson Walker, LLP, Law Firm and a.) The named Defendant in this suit, and b.) Plaintiff by and through the representation of its current client, Houston 2425 Galleria, LLC.

2.) That substantial relationship exists between the matters in the case at bar and cases in which the Jackson Walker, LLP, law firm has represented the named Defendant.

3.) That through its attorney-client relationship with the Defendant, Jackson Walker, LLP and its attorneys has received information that intimately relates to the factual issues at bar, which creates a conflict of interest, and which will result in a violation of the Disciplinary Rules of Professional Conduct.

4.) This Court believes, as was stated in the *Home Insurance Company v. Marsh* case (1990) and *Islander East v. Ferguson* (1996) that the trust necessary in any attorney-client relationship is destroyed if this client must be concerned that any information, he/it gives the attorney on related issues may reappear later in adversarial

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
11/22/2024 3:18 PM

proceedings, where his former attorney now represents an opponent. The Court feels that the relationship between the lawyer in those cases creates the possibility that confidential information could inadvertently be used by the law firm and that the appearance of justice would therefore be compromised.

5.) There was no allegation by the Defendant in its motion to disqualify, or any evidence adduced at the Hearing, with respect to Pillsbury.

For those reasons, the motion is GRANTED to the extent set forth herein and it is ORDERED that Jackson Walker, LLP and its attorneys are Disqualified to litigate or have any role in the present case, or the representation of any party in this case or the matters and issues relating thereto; and this disqualification does not extend to Pillsbury or any other law firm.

ORDERED that the Court's prior order dated October 29, 2024, disqualifying Jackson Walker, LLP and its attorneys is amended and superseded in its entirety by this amended Order.

RENDERED this _4th_ day of _December_, 2024.

JUDGE PRESIDING