# EXHIBIT 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| OUT OF DISTRICT MAIN CASE § | CHAPTER 11 |
| § | |
| Mokaram-Latif West Loop, Ltd., et al, § | |
| Plaintiff, § | |
| VS. § | ADVERSARY NO. 24-3224 and |
| § | ADVERSARY NO. 24-3225 |
| Ali Choudhri, et al § | |
| Defendant. § | |

## ORDER REMANDING ADVERSARY PROCEEDING

For the reasons set forth on the record on this date, the Court orders:

1. Adversary proceeding 24-3224 is remanded to the 333rd Judicial District Court of Harris County, Texas.

2. Adversary proceeding 24-3225 is remanded to the 333rd Judicial District Court of Harris County, Texas.

3. The Court respectfully requests that Judge Robinson determines whether the automatic stay applies to either remanded adversary proceeding. Although presented to this Court, the Court abstains in favor of Judge Robinson with respect to that determination. The Court notes that the plaintiffs in the adversary proceeding have waived notice provisions as to the timing of the filing of a motion respecting the automatic stay issue to be determined at the already-scheduled December 19, 2024 hearing. This Court expresses no view on when the hearing should be conducted.

4. The remand provisions of paragraph 1 and 2 of this order are stayed until:

a. The date on which Judge Robinson rules on whether the automatic stay applies to the remanded proceeding, if Judge Robinson rules on that issue prior to January 1, 2025.

b. January 1, 2025, if no order has been issued by Judge Robinson by that date under paragraph 4(a) or 4(c) of this Order.

c. Such date as Judge Robinson orders, if Judge Robinson issues an order further delaying the effectiveness of this Order.

5. It is ordered that the remanded proceedings may not be again removed in violation of Bankruptcy Rule 9027.

Signed: December 02, 2024

Marvin Isgur
United States Bankruptcy Judge