EXHIBIT 14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| GALLERIA 2425 Owner, LLC | § § | Case No. 23-34815 (JPN) |
| Debtor. | § § § | Chapter 11 |

## JETALL COMPANIES, INC.'S SUGGESTION OF BANKRUPTCY

**To the Honorable Court:**

Please take notice that on December 4, 2024, at 9:12 p.m., an Involuntary Chapter 11 Bankruptcy Petition was filed against Jetall Companies, Inc. in the United States Bankruptcy Court for the Western District of Texas, Austin Division. A copy of the petition is attached as **Exhibit 1.**

DATED: December 5, 2024

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
Texas Bar No 24050397
(admitted pro hac vice)
CECERE PC
6035 McCommas Blvd.
Dallas, Texas 75206
Tel: 469-600-9455
ccecere@cecerepc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, and via email to those listed below..

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman LLC
Main Street Suite 2000
Houston, TX 77002
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com -

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman LLC
31 West 52nd Street New York, NY
10019-6131 Telephone: (212) 858-1000 Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

*/s/ J. Carl Cecere*
**J. Carl Cecere**

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (If known): _____ Chapter ____ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Jetall Companies, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   5 4 — 2 1 8 2 0 8 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   13498 Pond Springs Rd.
   Number   Street

   Austin                    TX    78729
   City                      State ZIP Code

   Williamson County
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____   _____   _____
   City                 State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____   _____   _____
   City                 State   ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor  Jetall Companies, Inc.                                Case number (if known) _____
        Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**
   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**
    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205              Involuntary Petition Against a Non-Individual              page 2

Debtor  Jetall Companies, Inc.
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| EAO Global LLC (dba PopLabs) | Consulting services  Consulting services | $ 99,994.79 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

Name and mailing address of petitioner

EAO Global LLC (dba PopLabs)
Name

PO Box 79214
Number  Street

Houston          TX        77279
City             State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

Name and mailing address of petitioner's representative, if any

Gene McCubbin
Name

14315 Briarhills Pkwy
Number  Street

Houston          TX        77077
City             State     ZIP Code

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/04/2024
             MM / DD / YYYY

✗ _____ [signature]
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor _____  Case number (if known) _____
       Name

## Name and mailing address of petitioner

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

## Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

## Name and mailing address of petitioner

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

## Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4