EXHIBIT 16

**The relief described hereinbelow is SO ORDERED.**

Signed December 06, 2024.

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 24-11544-cgb |
| JETALL COMPANIES, INC. | § | |
| | § | CHAPTER 11 |
| Alleged Debtor. | § | |
| | § | |

### ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF TEXAS

On December 4, 2024, an *Involuntary Petition Against a Non-Individual* was filed against Jetall Companies, Inc. The Court has determined that this case should be transferred to the Southern District of Texas in the interest of justice. Accordingly,

IT IS HEREBY ORDERED and NOTICE is given that the above-captioned case is transferred from this Court to the Honorable Jeffrey P. Norman in the United States Bankruptcy Court for the Southern District of Texas.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this order to be served on all parties in interest in this case.

# # #