THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | | Case No. 23-34815 |
| Debtor. | | |

**PROPOSED ORDER**

Before the Court is the *Emergency Motion for Jetall Companies, Inc. for Stay Pending Appeal of Order Granting NBK's Motion to Enforce Sale Order Requiring Jetall Companies, Inc. to Vacate Property*.

The Court orders that this motion be GRANTED. The Court's *Order Granting NBK's Motion to Enforce Sale Order Requiring Jetall Companies, Inc. to Vacate Property* (Dkt. No. 871) is hereby stayed until all appeals of that order are completed and final.

It is so ORDERED on this _____ day of November, 2024.

_____
United States Bankruptcy Court

2