IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) |
|  | ) Case No. 23-34815 |
| Debtor. | ) |

### NOTICE OF WITHDRAL OF ECF No. 899

**PLEASE TAKE NOTICE** that on December 11, 2024, Sonder USA Inc. ("Sonder") inadvertently filed a copy of its *Response to Trustee's Objection to Claim No. 15 of Sonder USA Inc.* (the "Response"),[1] which was signed by Broocks "Mack" Wilson pursuant to Federal Rule of Bankruptcy Procedure 9011, under Lloyd Lim's CM/ECF login.

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2024, Sonder re-filed a copy of its Response[2] under Broocks "Mack" Wilson's CM/ECF login to ensure compliance with the Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules, which have adopted the *Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts*.

**PLEASE TAKE FURTHER NOTICE** that Sonder withdraws the Response filed at **ECF No. 899.**[3]

---

[1] ECF No. 899.
[2] ECF No. 901.
[3] Sonder is not withdrawing the Response filed at ECF No. 901.

Dated: December 11, 2024

                                                Respectfully submitted,

By:   */s/ Broocks M. Wilson*
       **KEAN MILLER LLP**
       Broocks 'Mack' Wilson
       State Bar No. 24102655
       711 Louisiana Street, Suite 1800
       Houston, TX 77002
       Tel: 713.844.3000
       Mack.Wilson@KeanMiller.com

*Counsel for Sonder USA Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 11, 2024, a copy of the foregoing document was served upon all parties entitled to receive notices through the Court's electronic notification system.

                                                */s/ Broocks M. Wilson*
                                                Broocks 'Mack' Wilson