United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-34815 (JPN) |
| GALLERIA 2425 OWNER, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER CANCELING *LIS PENDENS* (ECF No. 895)

Upon the motion (the "Motion")[1] of National Bank of Kuwait, S.A.K.P., New York Branch ("NBK") for itself and Houston 2425 Galleria, LLC ("Houston 2425") and the lack of written response in opposition to an order (the "Order Canceling *Lis Pendens*") enforcing this Court's Sale Order at Docket No. 608 and canceling the Notice of *Lis Pendens* recorded in the Official Records of Harris County as Instrument No. RP-2024-447735; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that emergency consideration of the Motion is warranted and that no other or further notice need be provided; and this Court having reviewed the Motion; and all objections, if any,; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein based upon the record before it, including the entire record of this chapter 11 case; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

~~1.     The Motion is gr~~anted as set forth herein.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4926-3157-8885.v6

2. Emergency relief is warranted.

3. The Notice of *Lis Pendens* recorded as Instrument No. RP-2024-447735 in the Official Public Records of Harris County, Texas is canceled and expunged.

4. The Harris County Clerk's Office is directed to accept this Order Canceling *Lis Pendens* for recording and to strike Instrument No. RP-2024-447735 in the Official Public Records of Harris County, Texas, or otherwise to reflect Instrument No. RP-2024-447735 in the Official Public Records of Harris County, Texas as being canceled and expunged.

5. Any title agents and title insurance underwriters can recognize and rely on this Order Canceling *Lis Pendens* to issue title policies on the Property without exception for Jetall's Notice of *Lis Pendens*, recorded as Instrument No. RP-2024-447735 in the Official Public Records of Harris County, Texas.

6. Jetall and any affiliated party, including without limitation 2425 WL, LLC, Jetall Capital, LLC, Galleria 2425 JV, LLC, Galleria West Loop Investments II, LLC, Naissance Galleria, LLC, Naissance Capital Real Estate, LLC, and Mr. Ali Choudhri or other person or entity affiliated with any of the foregoing are enjoined and barred from bringing any action in any court challenging title to the Property, establishing an interest in the Property, or enforcing an encumbrance against the Property.

7. The entry of this Order Canceling *Lis Pendens* is without prejudice to NBK's rights to seek further relief from the Court regarding Jetall or any affiliated party's violations of this Court's orders and the attorneys' fees, costs, and other expenses NBK has incurred as a result of such violations.

4926-3157-8885.v6

3

8. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

Signed: December 17, 2024

Jeffrey P. Norman
United States Bankruptcy Judge