**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) ) | Case No. 23-34815 |
| Debtor. | ) ) ) ) | |

---

**ALI CHOUDHRI'S STATEMENT OF THE ISSUES AND DESIGNATION OF**
**ITEMS FOR RECORD ON APPEAL OF GATEKEEPING ORDER**
**(DKT NO. 833)**

---

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Creditor 2425 WL, LLC hereby submits this: (a) Statement of the Issues Presented on Appeal; and (b) Designation of Items to be Included on Record on Appeal in connection with their appeal of the following order:

   a. "Order Denying Motion (ECF 810) dated November 25, 2024 (Dkt. No. 833).

That appeal is before the United States District Court for the Southern District of Texas: 4:24-cv-4836.

**ISSUES ON APPEAL**

On November 25, 2024, the Court denied the Motion to Comply with the Gatekeeping Provisions of the Confirmed Chapter 11 Plan filed by Ali Choudhri, and

ordered that Choudhri refrain from "future ongoing litigation" against the National Bank

of Kuwait, S.A.K.P., New York Division, in the following cases:

> *Naissance Galleria, LLC v. Zaheer, et al.*, Cause No. 2023- 43755, pending in the
> 80th District Court of Harris County, Texas;

> *Galleria 2425, LLC, Naissance Galleria, LLC and Choudhri v. NBK*, Adversary
> Case No. 23-06009, pending in this Court; and

> *Choudhri v. NBK and Zaheer*, Adversary Case No. 23-03263, pending in this
> Court.

This order gives rise to the following issue:

I.      Did the Court have legal, factual, or evidentiary grounds to
force Choudhri and entities associated with him to refrain from
pursuing the above-mentioned claims against the Bank of
Kuwait?

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The following items from the bankruptcy case and adversary proceeding are to be

included in the record on appeal. Each designated item shall also include any and all

exhibits and documents annexed to and referenced within such items.

| Dkt. No. | DESCRIPTION |
| --- | --- |
| | Docket Report |
| 1 | Chapter 11 Voluntary Petition Non-Individual Fee Amount $1738 Filed by Galleria 2425 Owner, LLC. Chapter 11 Plan (Small Business) (dated 12/05/2024) |
| 758 | Emergency Motion of National Bank of Kuwait, S.A.K.P., New York Branch's Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan (filed 10/02/2024) |
| 759 | Order Setting Hearing (entered 10/02/2024) |
| 771 | Supplement to Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan (filed 10/08/2024) |

| 778 | Proposed Order RE: Agreed Order Granting Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan (dated 10/10/2024) |
|---|---|
| 779 | Order Granting Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan (entered 10/10/2024) |
| 802 | Motion to Comply with the Gatekeeping Provision of the Confirmed Chapter 11 Plan Filed by Creditor Ali Choudhri (filed October 30, 2024) |
| 804 | Order Denying Motion to Comply (entered 11/01/2024) |
| 810 | Motion to Comply with the Gatekeeping Provisions of the Confirmed Chapter 11 Plan (filed 11/04/2024) |
| 811 | Order Resetting Hearing (entered 11/05/2024) |
| 824 | NBK's Response to Ali Choudhri's Motion to Comply with the Gatekeeping Provisions of the Confirmed Chapter 11 Plan (filed 11/20/2024) |
| 833 | Order Denying Motion (entered 11/25/2024) |
| 887 | Notice of appeal (filed 12/09/2024) |

Appellant reserves the right to amend, modify, and/or supplement the foregoing statement of issues and designations and/or object, or otherwise supplement or move to strike or modify, some or all of the appellees' counter-designation of additional items to be included in the record on appeal and/or cross-statement of issues on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
State Bar No. 13268300
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX 75206
Telephone: 469-600-9455

*Attorneys for 2425 WL, LLC and*
*Ali Choudhri*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

Reese W Baker
Baker & Associates
950 Echo Lane, Ste 300
Houston, TX 77024
(713) 869-9200
Fax : (713) 869-9100
courtdocs@bakerassociates.net

James Q. Pope
The Pope Law Firm
6161 Savoy Drive
Ste 1125
Houston, TX 77036
(713) 449-4481
ecf@thepopelawfirm.com

Jeffrey W Steidley
Steidley Law Firm
3000 Weslayan St., Ste 200
Houston, TX 77027
(713) 523-9595
Jeff@texlaw.us

Christopher R. Murray
Jones Murray LLP
602 Sawyer St., Ste 400
Houston, TX 77007
(832) 529-1999
Fax: (832) 529-3393
chris@jonesmurray.com

R. J. Shannon
Shannon & Lee LLP
2100 Travis St, Ste 1525
Houston, TX 77002
(713) 714-5570
rshannon@shannonleellp.com

Kyung Shik Lee
Shannon and Lee LLP
2100 Travis St., Ste. 1525
Houston, TX 77002
(713) 301-4751
klee@shannonleellp.com

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman
609 Main St. Ste 2000
Houston, TX 77002
(713) 276-7600
Fax: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman
31 West 52nd Street
New York, NY  10019-6131
(212) 858-1000
Fax: (212) 858-1500
Andrew.troop@pillsburylaw.com
Patrick.fitzmaurice@pillsburylaw.com

*/s/ J. Carl Cecere*

**J. Carl Cecere**