UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: Galleria 2425 Owner, LLC § | |
| § | Civil Action No. 4:24-cv-4836 |
| Debtor § | |
| § | Bankruptcy Case No. 23bk34815 |
| Ali Choudhri § | |
| Appellant § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 12/9/2024. The designation of the record was due on 12/5/2024. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: January 8, 2025

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk