IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**GALLERIA 2425 Owner, LLC**<br>Debtor. | §<br>§ Case No. 23-34815 (JPN)<br>§ Chapter 11<br>§ |

## UNSWORN DECLARATION

1. My name is _Lou GARCIA_, I am above 18 years of age, and I am capable of making this unsworn declaration.

2. I am affiliated with or employed by Array, a litigation support service whose website is https://trustarray.com/ .

3. On January 27, 2025, I served the following documents via U.S. first class mail, postage prepaid, to the parties on the attached service list.

- Notice of Removal, with all exhibits thereto, Adversary No. 25-03016, ECF No. 1

- Houston 2425 Galleria, LLC's Notice of Filing of Notice of Removal, with all exhibits thereto (State District Court)

- NBK's Reply In Support of Emergency Motion for Contempt, with all exhibits thereto (ECF No. 952)

- NBK's Fourth Emergency Motion to Enforce Sale Order and Cancel *Lis Pendens* Recorded as Instrument Nos. RP-2024-477576, RP-2025-23705, RP-2025-25888, with all exhibits thereto (ECF 957)

- Proof of Service as to Subpoena to Appear and Testify at a Hearing or Trial (Gene McCubbin) (ECF No. 953)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2025.

_Lou GARCIA_ [print name]

**Service List:**

Joseph Carl Cecere, II
Cecere PC
6035 McCommas Blvd
Dallas, TX 75206
ccecere@cecerepc.com

Stephen Wayne Sather
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
ssather@bn-lawyers.com

David Neal Stern
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
dstern@bn-lawyers.com

Jetall Companies, Inc.
c/o Ali Choudhri
1001 West Loop South, Ste 700
Houston, TX 77027
ali@jetallcompanies.com
ali@jetallcapital.com

Mark Edwin Smith
Barron Newburger, PC
7320 N Mopac Expy Ste 400
Austin, TX 78731
msmith@bn-lawyers.com

J. Marcus Hill
Hill & Hill, P.C.
1770 St. James Street, Ste 440
Houston, TX 77056
marc@hillpclaw.com

Justin Rayome
5882 Sugar Hill Drive
Houston, TX 77057
justinrayome3@gmail.com
justin.r@jetallcompanies.com

Lance Hac Nguyen
6001 Savoy #120
Houston, TX 77036
lancehac@gmail.com