THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) ) ) | Case No. 23-34815 (JPN) |
| Debtor. | ) ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that creditors and real parties in interest Jetall Companies, Inc., Jetall Capital, LLC, and 2425 WL, LLC ("Appellants") appeal to the United States District Court for the Southern District of Texas from the following order:

a. Order Canceling *Lis Pendens* Recorded as Instrument Nos. RP-2024-477576, RP-2025-23705, and RP-2025-25888 (Dkt. No. 958), attached as **Exhibit 1**;

Jetall Companies, Inc., Jetall Capital, LLC, and 2425 WL, LLC are creditors and real parties-in-interest in this bankruptcy case.

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch, *Creditor* | Charles C. Conrad 609 Main Street Suite 2000 Houston, TX 77002 713-276-7600 Fax : 713-276-7673 charles.conrad@pillsburylaw.com |

This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) because the

1

Appellants timely filed a notice of appeal on January 29, 2025, 1 day after the Order Canceling *Lis Pendens* Recorded as Instrument Nos. RP-2024-477576, RPP-2025-23705, and RP-2025-25888 was entered (*see* Dkt. No. 958). Accordingly, this notice is filed within 14 days from the entry of that order.

        Respectfully submitted,

        */s/ Justin Rayome*
        Justin Rayome
        State Bar No. 24130709
        S.D. TX Bar No. 3873342
        1001 West Loop South, Suite 700
        Houston, TX 77027
        Telephone: 214-934-934
        justin.r@jetallcompanies.com

        ***Attorney for Jetall Companies, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th day of January 2025, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

>Charles C. Conrad
>609 Main Street Suite 2000
>Houston, Texas 77002
>713-276-7600
>charles.conrad@pillsburylaw.com
>
>Ryan Steinbrunner
>609 Main Street Suite 2000
>Houston, Texas 77002
>713-276-7600
>ryan.steinbrunner@pillsburylaw.com
>
>L. James Dickinson
>609 Main Street Suite 2000
>Houston, Texas 77002
>713-276-7600
>james.dickinson@pillsburylaw.com
>
>Andrew M. Troop
>31 West 52nd Street
>New York, NY 10019-6131
>212-858-1000
>andrew.troop@pillsburylaw.com
>
>Patrick Fitzmaurice
>31 West 52nd Street
>New York, NY 10019-6131
>212-858-1000
>patrick.fitzmaurice@pillsburylaw.com

*/s/ Justin Rayome*
**Justin Rayome**