THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 23-34815 |
| GALLERIA 2425 OWNER, LLC, | | Chapter 11 |
| *Debtor.* | | |

## NOTICE OF APPEAL

Notice is hereby given that Jetall Companies, Inc., Jetall Capital, LLC, 2425 WL, LLC, and Justin Rayome ("Jetall"), appeals to the United States District Court for the Southern District of Texas from the following orders:

1) Order dated February 12, 2025, *Order on Emergency Motion for Contempt (*Granting *National Bank of Kuwait, S.A.K.P., New York Branch's Emergency Motion for Contempt)* [Dkt. No. 995], Related document(s): Dkt No.: 931, *Emergency Motion,* 986 *Reply,* attached hereto as **Exhibit 1;**

The other parties to the appeal and their attorneys include the following:

Charles C. Conrad
609 Main Street Suite 2000
Houston, Texas 77002
713-276-7600
charles.conrad@pillsburylaw.com

Ryan Steinbrunner
609 Main Street Suite 2000

Houston, Texas 77002
713-276-7600
ryan.steinbrunner@pillsburylaw.com

L. James Dickinson
609 Main Street Suite 2000
Houston, Texas 77002
713-276-7600
james.dickinson@pillsburtylaw.com

Andrew M. Troop
31 West 52nd Street
New York, NY 10019-6131
212-858-1000
andrew.troop@pillsburylaw.com

Patrick Fitzmaurice
31 West 52nd Street
New York, NY 10019-6131
212-858-1000
patrick.fitzmaurice@pillsburylaw.com

  This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) because the Appellants timely filed a notice of appeal on February 12, 2025, the same day the Order Granting Emergency Motion for Contempt was entered (*see* Dkt. No. 995). Accordingly, this notice is filed within 14 days from the entry of that order.

                Respectfully submitted,

                */s/ Justin Rayome*
                Justin Rayome
                State Bar No. 24130709
                S.D. TX Bar No. 3873342
                1001 West Loop South, Suite 700
                Houston, TX 77027
                Telephone: 214-934-934
                justin.r@jetallcompanies.com

                **Attorney for Appellants**

## CERTIFICATE OF SERVICE

   I certify that, on February 12, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and to the following parties via email and/or U.S. first class mail, postage paid:

Charles C. Conrad
609 Main Street Suite 2000
Houston, Texas 77002
713-276-7600
charles.conrad@pillsburylaw.com

Ryan Steinbrunner
609 Main Street Suite 2000
Houston, Texas 77002
713-276-7600
ryan.steinbrunner@pillsburylaw.com

L. James Dickinson
609 Main Street Suite 2000
Houston, Texas 77002
713-276-7600
james.dickinson@pillsburtylaw.com

Andrew M. Troop
31 West 52nd Street
New York, NY 10019-6131
212-858-1000
andrew.troop@pillsburylaw.com

Patrick Fitzmaurice
31 West 52nd Street
New York, NY 10019-6131
212-858-1000
patrick.fitzmaurice@pillsburylaw.com

*/s/ Justin Rayome*
Justin Rayome
