United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 11** |

### ORDER DENYING MOTION TO STAY PENDING APPEAL

Before the Court is the Motion to Stay Pending Appeal filed by Jetall Capital LLC, 2425 WL, LLC and Justin Rayome (ECF No. 1019). This motion is a duplicate of the motion filed at ECF No. 1018. Accordingly, it is moot.

**THEREFORE, IT IS ORDERED** that the Motion to Stay Pending Appeal at ECF No. 1019 is denied as moot.

SIGNED 03/28/2025

_____
Jeffrey Norman
United States Bankruptcy Judge